Oracle Process Service
P.O. Box 901
River Falls, WI   54022
715-425-9560

## Affidavit of Service

__J.K.J.__ Vs. __Polk County Sheriff's Department and Darryl L. Christensen__

United States District Court
Western District of Wisconsin

Case No.  15-CV-428

I, the undersigned, am an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath, do hereby depose and state that on __August 14, 2015__ at __8:50 a.m.__
(date served)  (time served)

at __935 Sunflower Way__ in __Amery__ in the county
(address served)  (municipality served)

of __Polk__, in the State of Wisconsin,
(County Served)

I duly served __Darryl L. Christensen, by serving his live-in 16 year-old son Lane Christensen__,

- ( X ) Defendant
- (  ) Plaintiff
- (  ) Witness
- (  ) Respondent
- (  ) Petitioner
- (  ) Other _____
- ( X ) Person authorized to accept, competent member of the same household over age 14

with an authenticated copy of the below noted documents.

**Documents Served:**
- (  ) Small Claims Summons & Complaint
- (  ) Summons, Complaint
- (  ) Subpoena
- (  ) Order to Appear before Court Official

Attempts: Date and Time

08/13/15   8:10pm
08/14/15   7:55am

( X ) Other __Summons in a Civil Action; Complaint; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Disclosure of Corporate Affiliations and Financial Interest__

Steven Brinkman                                      08/17/15
(process server name)       (process server signature)       (date)

Subscribed to and Sworn to, and before me this __17__ day of __August__, 2015.

_(signature)_
(Notary Public, State of Wisconsin)

My Commission Expires: __11 / 13 / 2018__

Total Service Fee

$ __69.16__

Invoice# __5950WI__