

STATE OF WISCONSIN
DEPARTMENT OF JUSTICE

JAMES E. DOYLE
ATTORNEY GENERAL

Burneatta L. Bridge
Deputy Attorney General

Division of Law Enforcement Services
Training and Standards Bureau

2 East Mifflin Street, Suite 100
P.O. Box 7070
Madison, WI 53707-7070
608/266-8800
V/TTY 608/267-8902

June 19, 1996

Darryl L. Christensen
Polk County Sheriff's Office
200 Polk County Plaza, P.O. Box 245
Balsam Lake, Wisconsin  54810

Dear Mr. Christensen:

At its June 4, 1996 meeting, the Wisconsin Law Enforcement Standards Board certified you as being qualified to be a jail officer in this state.

Certification powers are granted to the Board under Section 165.85(3)(c) and the issuance of the Board's certificate indicates that you have met the minimum recruitment and training standards identified in Chapters LES 2 and LES 3, Rules of the Wisconsin Law Enforcement Standards Board.

Please accept our sincere congratulations on the successful completion of one of our certified training programs. We expect that your law enforcement career will reflect strict adherence to the highest ethical standards of the profession. We hope that you will not only find your position challenging and stimulating but that you will also be motivated to constantly upgrade your professional potential by taking advantage of educational and advanced training opportunities.

Sincerely,

D. Hanson

Dennis Hanson, Director
Training and Standards Bureau

DH:llh

cc: Craig A. Benware, Sheriff

EXHIBIT
4



Christensen
EXHIBIT NO. 2
5-18-16  RPTR CH
For the Record, Inc.
(608) 833-0392

PCJ0000228