1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

M.J.J.,

        Plaintiff

vs.                Civil Action No. 15-cv-433-wmc

POLK COUNTY SHERIFF'S DEPARTMENT AND DARRYL L. CHRISTENSEN,

        Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

        Intervenor

---

J.K.J.,

        Plaintiff,

                Civil Action No. 15-cv-428-wmc

vs.

POLK COUNTY SHERIFF'S DEPARTMENT AND DARRYL L. CHRISTENSEN,

        Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

        Intervenor.

---

DEPOSITION OF
PETER JOHNSON
JUNE 2, 2016
9:55 A.M.

COPY

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

M.J.J.,

    Plaintiff

vs.            Civil Action No. 15-cv-433-wmc

POLK COUNTY SHERIFF'S DEPARTMENT AND DARRYL L. CHRISTENSEN,

    Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

    Intervenor

---

J.K.J.,

    Plaintiff,

            Civil Action No. 15-cv-428-wmc

vs.

POLK COUNTY SHERIFF'S DEPARTMENT AND DARRYL L. CHRISTENSEN,

    Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

    Intervenor.

---

DEPOSITION OF
PETER JOHNSON
JUNE 2, 2016
9:55 A.M.

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

## Page 2

DEPOSITION OF Peter Johnson, taken on the 2nd day of June, 2016, commencing at 9:55 a.m., at Polk County Justice Center, 1005 West Main Street, Balsam Lake, Wisconsin, 54810, before Jean Dillon, Professional Reporter and Notary Public.

APPEARANCES

MR. THOMAS J. WEIDNER and MS. LIDA M. BANNINK, Attorneys at Law, from the law firm of ECKBERG LAMMERS, P.C., 1809 Northwestern Avenue, Stillwater, Minnesota, 55082, appeared as counsel for and on behalf of the Plaintiffs.

MR. CHARLES BOHL, Attorney at Law, from the law firm of WHYTE HIRSCHBOECK DUDEK, S.C., 33 East Main Street, #300, Madison, Wisconsin, 53701, appeared as counsel for and on behalf of the Polk County Sheriff's Department.

MR. MARTIN J. DE VRIES, Attorney at Law, from the law firm of SAGER & COLWIN LAW OFFICES, S.C., 201 South Marr Street, Fon du Lac, Wisconsin, 54936, appeared as counsel for and on behalf of Darryl Christensen, present via telephone.

MS. LORI M. LUBINSKY, Attorney at Law, from the law firm of AXLEY BRYNELSON, LLP, PO Box 1767, Madison, Wisconsin, 53701, appeared as counsel for and on behalf of Wisconsin County Mutual Insurance Company, present via telephone.

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

## Page 3

I N D E X

EXAMINATION BY:                        PAGE

Mr. Weidner                            4

E X H I B I T S

DEPOSITION EXHIBITS:               PAGE MARKED

No Exhibits were marked.           --

(The original transcript is in the possession of Mr. Weidner.)

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

## Page 4

Peter Johnson, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. WEIDNER:

**Q**  Sir, my name is Tom Weidner. I represent two individuals who were previously inmates in Polk County Jail who have brought a claim against for conduct that occurred at the jail. Are you familiar with that?

**A**  Yes, sir.

**Q**  Have you ever had your deposition taken before?

**A**  One time.

**Q**  So you sort of understand the ground rules. Is that fair to say?

**A**  Yes, sir.

**Q**  One of those rules is that you have to allow me to ask the question before you start the answer. Is that fair?

**A**  Yes, sir.

**Q**  And hopefully I'll afford you the same opportunity, but if I don't, please remind me of that as well.

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

## Page 5

1  A  Very good.
2  Q  Sir, could you please state your full name for the
3     record?
   A  Peter Johnson.
5  Q  And Mr. Johnson, you're currently the sheriff of
6     Polk County.  Is that fair to say?
7  A  Yes.
8  Q  How long have you been the sheriff of Polk County?
9  A  Since January of 2011.
10 Q  Sir, could you tell me a little bit about your
11    employment history?
12 A  How far back do you want to go?
13 Q  Tell me about your employment history in law
14    enforcement.
15 A  I started in the Burnett County Reserve Corp in
16    1990, August of '90.  I believe it was March of
17    '93 I was hired full-time for the City of Tomah
18    Police Department.  While there I worked as both
19    the school liaison and as a patrol sergeant.  I
20    came to Polk County in 1999 as a patrol deputy and
21    somewhere in 2006 or 2007 I was reassigned to
22    investigations, where I stayed until I was elected
23    sheriff.  I was elected in 2010 and took office in
24    2011.
25 Q  What were your ranks -- what rank did you obtain

## Page 6

1     with Polk County before becoming a sheriff?
2  A  I was a deputy assigned to investigations.
3  Q  Can you tell me about your education background?
4  A  I have a -- obviously I have a high school diploma
5     from Grantsburg in 1995.  I obtained a Bachelor's
6     in Criminal Justice Administration through Mount
7     Senario in Ladysmith in '96.  I'm currently in my
8     third year of law school at William Mitchell
9     Hamline School of Law.
10 Q  Are you a four year student?
11 A  Yes.  I'm in my fourth year of the four year, but
12    the third year of the...
13 Q  Got it.
14        Tell me a little bit about your training
15    with Polk County, if you would, when you first
16    started as a patrol officer.
17 A  If I recall correctly, we had a short field
18    training program at the time.  Currently for
19    patrol it's over 10 weeks.  At the time I think it
20    was closer to four or five, but that was with
21    riding with the training officer and having them
22    explain the policies and procedures, going through
23    those after they were issued.  And then it's
24    ongoing training.  Minimum of the required 24
25    hours per year, but typically if you've shown

## Page 7

1     interest in certain aspects of law enforcement,
2     the county has always been supportive of sending
3     you towards that.
4  Q  At any time during your employment for Polk
5     County, before you became sheriff, were you
6     involved in jail operations?
7  A  No.
8  Q  Have you ever had training in jail operations?
9  A  Very limited.  I attended the National Sheriff's
10    Institute in Colorado, which is just a two week
11    course, where they did touch on some jail issues.
12    Nothing that I would call significant.  And just
13    some of the new sheriff's training, they touch on
14    it but, again, it's nothing real in depth.
15 Q  When did you go to the National Sheriff's
16    Institute in Colorado?
17 A  That would have been, I think, the first year I
18    was in office.
19 Q  Was that 2011?
20 A  So probably some time in 2011.
21 Q  And where in Colorado?
22 A  Longmont, Colorado, I believe.  It's north of
23    Denver.
24 Q  Did you still have the training materials that you
25    received at the National Sheriff's Institute?

## Page 8

1  A  I doubt it.
2  Q  Do you recall what they trained you on with regard
3     to jail operations?
4  A  I believe it was more on just touching on it.
5     They had some pamphlets.  The National Institute
6     had a lot of thick studies and different things
7     that they had, but we didn't go over that in depth
8     in any of the training.  It basically was
9     promoting themselves as a resource for those
10    things.
11 Q  Did you use them as a resource for those things?
12 A  Limited.  The way it works is the jail captain is
13    the administrator of the jail.  They typically
14    handle all of the creation and the implementations
15    of the policies.  The Chief Deputy supervises the
16    jail captain and then I have the overall view.  So
17    I don't get down into a lot of the minutia of
18    running the jail.
19 Q  But you are ultimately responsible for the
20    operations of the jail.  Correct?
21 A  Yes, sir.
22 Q  And you don't get into the minutia?
23 A  No.
24 Q  And does that minutia involve training?
25 A  Yes, I would say training is definitely the

Page 9

1  captain's area.
2  Q  That's minutia that you wouldn't get into?
3  A  No. Not unless an issue was brought to my attention.
5  Q  And in this thick packet of information that you received at the National Sheriff's Institute, did you review all of that information?
8  A  I don't know if I would classify it as a review. More of a glance. While we were talking about it, certainly I'd page through and look at it, but there was a lot of material. I think it would be pretty impossible for somebody to just sit down and -- unless that was the area they were focusing in on.
15 Q  About being a sheriff?
16 A  No. Focusing on that particular thing. The sheriff is such as wide view of everything. We aren't experts in anything. We're more of a jack-of-all-trades where we know a little bit about a lot of stuff, but we rely on the people we hire to be the experts in those areas.
22 Q  Did you -- in the thick packet of information you received, was there anything in there about jail operations that you recall?
25 A  I think I answered that a couple of times. There

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

Page 10

1  was stuff, but I can't recall what exactly it was or specific -- like I said, there were several thick books that they offered. They didn't give them to everybody. They just kind of showed what they had available.
6  Q  Right. Although you think you might have answered it, I think that's the only time I asked you specifically about jail operations, jail information. So if you misunderstood my question earlier, I apologize.
11 A  And if I misunderstood it, I apologize.
12     MR. CRANLEY: You guys are so nice.
13     MR. WEIDNER: That's because he's from my alma mater.
15 BY MR. WEIDNER:
16 Q  Other than the information that you received there, have you had any other training in jail operations, other than at the National Sheriff's Institute?
20 A  Not specifically, no.
21 Q  Who is responsible in your administration for jail operations?
23 A  The Jail Captain.
24 Q  And that's Captain Nargis?
25 A  Correct.

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

Page 11

1  Q  Does Captain Nargis report directly to you?
2  A  No.
3  Q  Who does Captain Nargis report to?
4  A  The Chief Deputy.
5  Q  What is the Chief Deputy's name?
6  A  Up until March of this year it was Steve Moe and our Chief Deputy position has been empty since March.
9  Q  Has Mr. Moe retired?
10 A  Yes.
11 Q  And no disrespect for calling him mister.
       Tell me what Chief Deputy Moe's responsibility was with regard to jail supervision and operation?
15 A  Generally, in a sheriff's office the Chief Deputy is responsible for the day-to-day operations of all of the divisions. He is the direct supervisor of each of the division heads, which includes the jail. Generally, if the Jail Captain advises him of an issue, then they would make the first attempts at correcting or coming to a decision on that. Typically if it's a decision that involves budget or different utilization of personnel they would come to me for approval, that kind of thing, but the decisions would typically be made at that

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

Page 12

1  level.
2  Q  Do you know what experience or training Chief Deputy Moe has in jail operations?
4  A  No.
5  Q  Did you review his background to determine whether or not he maintained a certain level of expertise, as you had indicated, in jail operations?
8  A  No.
9  Q  How long has Chief Deputy Moe been in his position?
11 A  For 25 years.
12 Q  Is Chief Deputy an appointed position?
13 A  Yes.
14 Q  So who was the sheriff before you?
15 A  Tim Moore.
16 Q  How long was Tim Moore the sheriff?
17 A  I believe five years.
18 Q  Who was the sheriff before Tim Moore?
19 A  Ann Hraychuck, H-R-A-Y-C-H-U-C-K, I believe.
20 Q  How long was she the sheriff?
21 A  I believe she was also the sheriff for five years.
22 Q  Are they five year elected terms?
23 A  When Sheriff Hraychuck started, I think she had a two year term and then the first four year term, which she did not complete, because she was

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

**Page 13**

1  elected to the assembly.
2  Q  And that's when Tim Moore --
3  A  Tim Moore was appointed by the governor the first
4     year and then he was elected to a four year term.
5  Q  Did you run against Sheriff Moore?
6  A  No.
7  Q  Did you --
8  A  It was an open position. Sorry.
9  Q  That's all right.
10        Did you have an opponent in your election?
11 A  Yes.
12 Q  Who was the opponent in your election?
13 A  The first election it was Sergeant Tim O'Hare.
14 Q  Does Sergeant Tim O'Hare work for you?
15 A  Yes.
16 Q  What area does Sergeant Tim O'Hare work in?
17 A  He's a patrol sergeant.
18 Q  What about the second election?
19 A  Jarod Cockroft, who is a St. Croix Falls officer.
20 Q  Have you had any conversations with Sheriff Moore
21    about jail operations?
22 A  No.
23 Q  Was it a friendly transfer of power, so to speak?
24 A  Between he and I it was generally friendly. There
25    were other conflicts. He didn't leave here with a

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

**Page 14**

1  general happy feeling by a lot of the department
2  members, but he and I never had a problem.
3  Q  Did he serve out his term?
4  A  Yes.
5  Q  Under Sheriff Moore, are you familiar with any
6     problems associated with jail operations?
7  A  Not specifically anything that I can recall. At
8     the time his wife was the jail administrator and
9     there were some issues just because of that.
10 Q  Explain to me what you mean by that.
11 A  Just that I think people had a perception that he
12    was micromanaging, because his wife was the
13    department head and likewise, that she was
14    involved in things outside of her area of
15    responsibilities, because she was married to him.
16 Q  Was that Cynthia Moore? Is that correct?
17 A  Yes.
18 Q  And Cynthia Moore was the jail administrator?
19 A  Yes.
20 Q  Is that currently the role that Captain Nargis
21    has?
22 A  Correct.
23 Q  Was Cynthia Moore also a licensed peace officer?
24 A  I believe earlier in her career she was, yes.
25 Q  Who was in their position first, Tim Moore or

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

**Page 15**

1  Cynthia Moore?
2  A  Cindy was the jail administrator at the time Tim
3     was elected sheriff.
4  Q  When you were elected sheriff, was Cindy Moore
5     still the jail administrator?
6  A  No. She had gone out on a medical leave of
7     absence, I believe she was out for close to two
8     years. And I think Sergeant Nargis at the time
9     was acting as jail administrator, and I believe it
10    was Tim that promoted him and changed the
11    administrator title to captain at that time and
12    that was right shortly before he left office.
13 Q  Do you personally know what Captain Nargis's
14    training in jail operations is?
15 A  Not off the top of my head.
16 Q  Where would that information be kept?
17 A  I would assume it's in his training file or his
18    personnel file.
19 Q  Tell me, if you know, what Captain Nargis's
20    background is in jail operations.
21       MR. BOHL: Objection. Asked and answered.
22    You can answer.
23       THE WITNESS: Sure. To my knowledge, I know
24    he goes to the jail conferences every year. I
25    know -- they have training through those. I don't

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

**Page 16**

1  know what training he went through prior. When I
2  was a patrol officer I had no input or knowledge
3  into anything happening in the jail. So I'm not
4  familiar with anything prior to that. I'm just
5  familiar with the job that he's done since I've
6  been there. I'm aware he goes to those yearly
7  conferences and trainings.
8  BY MR. WEIDNER:
9  Q  Where are those jail conferences, you've referred
10    to, held?
11 A  I believe the majority of them are in the Dells.
12 Q  And are those Wisconsin Department of Corrections?
13 A  I believe so. Yes.
14 Q  They are not national conferences?
15 A  No.
16 Q  When he comes back from those jail conferences, do
17    you meet and talk about issues related to jail
18    operations?
19 A  Only if there's something specific -- if he wanted
20    to make some major change in something or if there
21    was a major new change in state law or something
22    that would require a budgetary change.
23 Q  When's the last time you recall having a
24    conversation with him about a major change in
25    something, as you put it?

JEAN DILLON COURT REPORTING, INC., (763) 519-0222

Page 17

```
 1  A   I don't recall anything significant.  A lot of our
 2      primary discussions lately have been in some
 3      conflicts we have had between probation and parole
 4      and the jail and some of the state changes on how
 5      they hold state inmates or state probation, is
 6      they're violated.  That's probably taken up the
 7      majority of our conversations over the last year
 8      or so.
 9  Q   Tell me about -- that's one of the changes.  What
10      are the other conversations you've had with him,
11      and for lack of a better term, debriefing of sort
12      from the jail conferences?
13  A   I wouldn't say he and I have had debriefing per
14      se.  Like I said, that's a couple levels removed
15      from him.  He may have had those discussions with
16      the Chief Deputy.  I don't know.  For my part,
17      what I'm typically concerned with is budgetary
18      items.  If it's something that's going to require
19      budget support, then those are the things that
20      typically he and I would look into or discuss,
21      along with the Chief Deputy.
22  Q   Tell me what you know of PREA?
23  A   Prison Rape Elimination Act.  We've had it
24      mentioned a few times at our sheriff's conference.
25      Again, I'm sure, as you know, an hour or less
```

Page 18

```
 1      discussing it at a conference you aren't touching
 2      the surface.  Certainly I understand that any
 3      contact between guards and inmates, inmates and
 4      inmates, any of that has to be reported and acted
 5      on, investigated as soon as possible.  PREA is a
 6      big subject and I don't claim to come anywhere
 7      near to be an expert on that.
 8  Q   Well, you talked about, you might have talked
 9      about it at -- I don't want to put words in your
10      mouth, by any means, but you mentioned it might be
11      mentioned at a sheriff's conference?
12  A   Yes.
13  Q   You go to an annual sheriff's conference?
14  A   We meet quarterly.  I do not -- I typically may go
15      to one of the four a year.
16  Q   Where do the sheriff's conferences that you're
17      referring to now, are they held?
18  A   They're all over the state.
19  Q   Those are not in Colorado?  Those are statewide?
20  A   Correct.
21  Q   And in those conferences, they might have
22      mentioned PREA?  Is that what you're saying?
23  A   Yeah.  I know one specifically, DOC did come in
24      and talk about it, but again, it was a short
25      conversation.  That was several years ago.  I
```

Page 19

```
 1      don't even remember where we were at, at the time.
 2      I think it might have been Wisconsin Rapids, but
 3      that's the only official scheduled discussions
 4      that I recall on PREA.
 5  Q   On that PREA, tell me what you know of it.
 6          MR. BOHL:  I object to the form of the
 7      question.  I don't understand it.
 8      BY MR. WEIDNER:
 9  Q   Do you understand it?  Because he doesn't.
10  A   I guess I understand it the same way as I tried to
11      explain before.  My understanding is very limited
12      to, I know there's a law and I know there's some
13      requirements that that law requires or that PREA
14      requires on federal agencies.  I know those are
15      best practices that we are aiming to try to get
16      to, but based on some of what they have as a best
17      practice, I don't believe fiscally we'll ever be
18      able to fully comply.  I know the things we can
19      get to and that's where I'd like us to get.
20  Q   What things would you like to get to?
21  A   And again, I don't know the details.  Certain
22      things, I know you have to have an officer that is
23      the PREA compliance officer that takes those
24      complaints and forwards them where they need to
25      go.  You know, there's a policy that has to be in
```

Page 20

```
 1      place.  I know there's been some discussion and I
 2      think when a correction officer of an opposite sex
 3      comes into an area they're supposed to announce
 4      themselves.  I know there's been discussion as to
 5      whether or not that can be done or should be done,
 6      because of officer safety.  If you're announcing
 7      into a pod whether that can correct some officer
 8      safety issues.  Those are the types of things
 9      we're trying to work through and figure out, if we
10      can get there.
11  Q   Who are you trying to work through those best
12      practices with?
13  A   Those are things that the captain is working on.
14  Q   Are you having discussions with progress on those?
15  A   I have not.
16  Q   When you say the discussions, you're not part of
17      the discussion?
18  A   Typically if anything -- of course, after this
19      case came up, my discussion with him is we need to
20      get as much as possible in compliance.  Since then
21      my world has been crazy with the chief deputy
22      leaving and the captain retiring and trying to do
23      more than one job.  So I haven't been able to
24      focus on any one thing.  I'm just trying to, at
25      this point, keep the ship floating.
```

**Page 21**

1  Q  When you talk about that you're aware of some of
2     the best practices and you've identified that
3     there are certain policies that need to be in
4     place.
5  A  Uh-huh.
6  Q  Is that a yes?
7  A  Yes.
8  Q  Do you know whether or not those policies are in
9     place?
10 A  I believe they are. My understanding is that they
11    are.
12 Q  And which policies are they, specifically, if you
13    know?
14 A  I don't know specifically.
15 Q  Who would have put those policies in place?
16 A  Captain Nargis.
17 Q  Has Captain Nargis reported back to you in any
18    form or fashion that says, the policies for PREA
19    are in place and we are compliant?
20 A  No. He has never said we are PREA compliant. No,
21    that's never been said.
22 Q  Do you know who your PREA compliance officer is?
23 A  I'm assuming it's Captain Nargis.
24 Q  Do you know that it's Captain Nargis?
25 A  No.

**Page 22**

1  Q  Has PREA been a priority for you?
2  A  I can't say it's been a priority, because I know
3     we can't meet it completely. Certainly I would
4     like those things in place and I have told the
5     captain we need to move in that direction, but
6     again, I've got so many areas of concern that I
7     don't have time to focus on one thing. Those
8     things are given to the captain to get done and he
9     directs that.
10 Q  Do you know what PREA is? Do you know what the
11    purpose of PREA is?
12 A  Obviously it's to stop and get to the root of
13    sexual misconduct in jails and corrections.
14 Q  To eliminate sexual assaults --
15 A  Yes. Yes.
16 Q  Do you know what you do to -- what your jail does
17    to inform inmates of reporting sexual assaults?
18 A  100 percent, no, but I believe it's in the
19    handbook that is given to every inmate.
20 Q  Do you know if there's any information from PREA
21    that's suggested to be given to inmates?
22 A  I'm not sure I understand that.
23 Q  Do you know whether or not there's any -- that
24    PREA suggests information to be given to inmates?
25 A  I believe that's one of the things is that inmates

**Page 23**

1     are given that information.
2  Q  Do you know whether or not your jail provides that
3     information to inmates?
4  A  I believe it's in the handbook.
5  Q  Do you know if there's separate information about
6     PREA that's given to inmates?
7  A  No, I don't believe so.
8  Q  You don't believe --
9  A  I don't know. But I don't believe so.
10 Q  Why not? Is that a budgetary issue?
11        MR. BOHL: I object to the form of the
12    question.
13        THE WITNESS: And I'm not sure. That would
14    probably be an answer more for Scott Nargis.
15 BY MR. WEIDNER:
16 Q  You answered the question earlier that indicated
17    that you don't comply with some parts of it or
18    don't believe you can comply with parts of the
19    best practices identified in PREA, because of
20    budgetary constraints.
21 A  Sure.
22 Q  Do you know if -- if you don't provide the
23    information on PREA reporting to an inmate, do you
24    know if that's done because of a budgetary
25    constraint?

**Page 24**

1  A  No, I don't know.
2  Q  Do you believe that would be one of the budgetary
3     constraints that would keep you from giving them
4     information?
5  A  I don't know that, but I wouldn't think so.
6  Q  Tell me what you know or what your involvement
7     with the investigation of Darryl Christensen's
8     allegations of sexual assault?
9  A  My involvement was very limited. Chief Deputy Moe
10    received the information from an investigator from
11    Burnett County. After he got off of that phone
12    call he asked me or let me know, he advised me
13    that he had taken that call. I assigned him to
14    look into it and I had no direct part of that.
15 Q  So that would have been Chief Deputy Moe?
16 A  Correct.
17 Q  Is that the extent of your involvement?
18 A  He briefed me after his initial interviews as to
19    what he had found. After that part I know they
20    set up the meeting with Darryl Christensen, and it
21    was during that information that I was called and
22    I was advised that they believed there was enough
23    that we were probably heading towards a
24    termination. Shortly after that I was advised
25    that he resigned. At that point I immediately

25

1 told the chief deputy, the administrative, that
2 the investigation is over, because once he's no
3 longer an employee we don't have anywhere to go
4 with that, but I think I contacted DCI by phone.
5 I think Robert Powell was the guy in charge of the
6 Eau Claire office at the time. I told him what we
7 had and I wanted them to come in as an outside
8 agency to conduct a criminal investigation.
9 Q What did you do for the victims of the sexual
10 assaults?
11 A The victims, I know while they were in jail we
12 allowed them better access to psychiatric
13 services, if they requested. I'm not sure what
14 else. I think any time they made a request we
15 certainly took that into consideration and tried
16 to assist them in whatever way we could.
17 Q Did you bring in any special help to talk to them
18 or discuss with them what occurred?
19 A I know at least one had met with the psychiatrist
20 or psychologist in the jail. I don't know to the
21 -- obviously, I'm not privy to any of those
22 conversations or who exactly they talked to.
23 Q Post October of 2014 and post termination of -- he
24 wasn't terminated, I guess he resigned, right, Mr.
25 Christensen?

26

1 A Correct.
2 Q Have you sat down and talked about your procedures
3 with for reporting sexual assault in jail with
4 Chief Deputy Moe?
5 A Not that I recall. We did not even get the DCI
6 report until probably -- they wouldn't give it to
7 us until after he was sentenced, which ended up
8 being only a couple weeks before Chief Deputy Moe
9 retired. So I don't believe Steve Moe and I ever
10 had a chance to review even what the investigators
11 found in the criminal investigation.
12 Q Why did Chief Deputy Moe retire?
13 A I guess you'd have to ask him. He had, I think,
14 34 years in and he was well over retirement age
15 and just decided to go.
16 Q Did this have any impact on his decision to
17 retire, that you know of?
18 A No, I have no idea.
19 Q Have you had any conversations with any change of
20 procedures or review of procedures with Captain
21 Nargis since this incident?
22 A One time we sat down with and I can't remember her
23 name, from DOC, and we just had some general
24 discussions on a -- she provided some PREA
25 information.

27

1 Q Do you know who that is?
2 A If I heard her name I would remember. But I think
3 she is fairly high up in DOC. I can't recall her
4 name.
5 Q Do you have any way of finding that record that
6 would indicate who she is?
7 A I might be. I can certainly try to come up with
8 that. Captain Nargis will I'm sure remember. He
9 deals with DOC a lot more than I do.
10 Q Can you tell me what you recall of that
11 conversation?
12 A It was just very general. She provided some
13 copies of posters and stuff that we could get or
14 make ourselves to put up in the jail. I think it
15 was just more of a general -- I think I had
16 expressed to her that when I get a chance to
17 review the full DCI investigation that I wanted to
18 sit down with our regional jail inspector just to
19 discuss what his opinions and suggestions were in
20 moving forward.
21 Q Who is your regional jail inspector?
22 A Brad and I can't recall his last name right now,
23 but it's Brad.
24 Q Do you know who he works with or works for?
25 A He works for DOC, and he's the regional jail

28

1 inspector. He does our jail inspection every year
2 or has been. He's been there a couple of years
3 now.
4 Q What does the jail inspector review?
5 A My understanding is, just to make sure we're in
6 compliance with DOC 350 and the other rules and
7 laws that DOC has to run jails.
8 Q Do you know whether or not those posters that were
9 given to you are displayed in your jail for
10 inmates?
11 A No, I don't.
12 Q Have you asked Captain Nargis whether or not they
13 are?
14 A No, I haven't.
15 Q Do you think it would be a good idea if they were
16 recommended by DOC?
17 A Yes.
18 Q Would it surprise you if they weren't?
19 A Surprise me? Nothing surprises me. Would it
20 disappoint me? Probably.
21 Q Why?
22 A Because it's a cost effective way of getting the
23 information out.
24 Q To inmates?
25 A Yes.

**Page 29**

1  Q  Have you ever asked Captain Nargis if they were?
2  A  No.
3  Q  Does Captain Nargis have reviews annually?
4  A  Yes.
5  Q  Do you have records of those annual reviews?
6  A  The reviews just started last year, and my guess
7     is that it's in there somewhere. The chief deputy
8     would review the captain.
9  Q  When you say they just started last year, what do
10    you mean by that?
11 A  The county had kind of ended personnel reviews.
12    I'm not exactly sure why. That was years ago.
13    They basically just stopped doing them, but it's
14    been brought back in the last, I think the last
15    year is the first year they started wanting them
16    done again.
17        MR. WEIDNER: Off the record.
18        (Off the record.)
19 BY MR. WEIDNER:
20 Q  Do you know why they cancelled the reviews?
21 A  I have no idea.
22 Q  If I were to ask you questions about specific jail
23    procedures, you wouldn't have any idea, would you?
24 A  No, sir.
25 Q  Do you know Allen Jorgenson?

**Page 30**

1  A  Yes.
2  Q  Are you familiar with the circumstances or
3     allegations of Allen Jorgenson having
4     inappropriate contact with inmates?
5  A  I'm familiar with the incident happening, the
6     investigation or when they looked into it. I
7     wasn't involved directly. I believe I was present
8     when we talked to Allen at one point and then
9     resigned shortly thereafter.
10 Q  Do you know who was in charge of the jail when
11    Mr. Jorgenson was investigated?
12 A  I believe I was sheriff, so it would have been
13    Captain Nargis.
14 Q  Do you know what the disciplinary action was, if
15    any, was taken against Mr. Jorgenson?
16 A  That would be in his personnel file. I don't
17    recall if we had come to a final discipline or if
18    he resigned prior to that.
19 Q  At that point when you were sheriff, had you been
20    aware of PREA when you were doing that
21    investigation?
22 A  I don't believe so. That was pretty early on in
23    my term, if I remember correctly.
24 Q  Do you recall if in that investigation whether or
25    not the inmate who was allegedly inappropriately

**Page 31**

1     touched was interviewed?
2  A  I don't recall. I don't know.
3  Q  Do you believe that would be a good practice to
4     interview the inmate who was allegedly touched?
5  A  Yeah, I believe so. Yes.
6  Q  Do you know if it was reported to the DCI?
7  A  I have no idea.
8  Q  Did you request a criminal investigation be
9     completed against Mr. Jorgenson?
10 A  I did not request that, no.
11 Q  Why not?
12 A  I don't recall specifically, but my assumption
13    would be that we didn't have enough information to
14    make a credible complaint.
15 Q  Do you know whether or not -- that's right. You
16    don't know whether or not that inmate that was
17    alleged to have been touched was interviewed.
18    Right?
19 A  Right. I don't know.
20 Q  Would that have been one method in which to gather
21    enough information to make a credible complaint?
22        MR. BOHL: Objection. Argumentative.
23    Hypothetical. Calls for speculation. Vague.
24        THE WITNESS: Yes.
25 BY MR. WEIDNER:

**Page 32**

1  Q  One of the budgetary concerns that you have about
2     compliance with PREA have to do with cameras?
3  A  Oh, of course. That would be part of, absolutely.
4     It's not just the cameras. It's the storage of
5     the footage and how do you review it. There's all
6     sorts of -- when you talk cameras, there's many
7     aspects when it comes to budget on all of that and
8     how it would affect it.
9  Q  Data storage?
10 A  Absolutely, yeah, that would all be part of it.
11 Q  When is your term up?
12 A  January 7, 2019.
13        MR. WEIDNER: Thank you. I have no further
14    questions.
15        THE WITNESS: Thank you.
16        MR. BOHL: Any questions on the phone?
17        MR. DE VRIES: No, sir.
18        MS. LUBINSKY: None for Lori.
19        (The deposition was concluded at 10:40 a.m.)

```
 1   STATE OF MINNESOTA  )
 2   COUNTY OF HENNEPIN  )
 3
           Be it known that I took the foregoing deposition
 4   of Peter Johnson;

           That I was then and there a notary public in
 5   and for the County of Hennepin, State of Minnesota;
 6
           That by virtue thereof, I was duly authorized
 7   to administer an oath;

 8         That the witness was by me first duly sworn
     to testify the truth, the whole truth and nothing
 9   but the truth concerning the matter in controversy
     aforesaid;
10
           That the foregoing transcript is a true and
11   correct transcript of my stenographic notes in said
     matter;
12
           That I am not related to or an employee of
13   any of the parties hereto, nor a relative nor
     employee of any attorney or counsel employed by the
14   parties hereto, nor interested in the outcome of the
     action;
15
           That the cost of the original has been
16   charged to the party who noticed the deposition, and
     that all the parties who ordered copies have been
17   charged the same rate for said copies;

18         WITNESS MY HAND AND SEAL this 2nd day of
     June, 2016.
19
20                    _____
21                    Jean F. Dillon
                      Notary Public, Hennepin County, Minnesota
22                    My Commission expires January 31, 2020
23
24
25
     JEAN DILLON COURT REPORTING, INC., (763) 519-0222
```

# 

#300 [1] - 2:10

' 

'90 [1] - 5:16
'93 [1] - 5:17
'96 [1] - 6:7

1

10 [1] - 6:19
100 [1] - 22:18
1005 [1] - 2:2
10:40 [1] - 32:19
15-cv-428-wmc [1] - 1:15
15-cv-433-wmc [1] - 1:6
1767 [1] - 2:17
1809 [1] - 2:6
1990 [1] - 5:16
1995 [1] - 6:5
1999 [1] - 5:20

2

2 [1] - 1:24
2006 [1] - 5:21
2007 [1] - 5:21
201 [1] - 2:13
2010 [1] - 5:23
2011 [4] - 5:9, 5:24, 7:19, 7:20
2014 [1] - 25:23
2016 [3] - 1:24, 2:1, 33:18
2019 [1] - 32:12
2020 [1] - 33:22
24 [1] - 6:24
25 [1] - 12:11
2nd [2] - 2:1, 33:18

3

31 [1] - 33:22
33 [1] - 2:10
34 [1] - 26:14
350 [1] - 28:6

4

4 [1] - 3:4

5

53701 [2] - 2:10, 2:17
54810 [1] - 2:2
54936 [1] - 2:14
55082 [1] - 2:6

7

7 [1] - 32:12

9

9:55 [2] - 1:24, 2:1

A

A.M [1] - 1:24
a.m [2] - 2:1, 32:19
able [2] - 19:18, 20:23
absence [1] - 15:7
absolutely [2] - 32:3, 32:10
access [1] - 25:12
Act [1] - 17:23
acted [1] - 18:4
acting [1] - 15:9
Action [2] - 1:6, 1:15
action [2] - 30:14, 33:14
administer [1] - 33:7
Administration [1] - 6:6
administration [1] - 10:21
administrative [1] - 25:1
administrator [7] - 8:13, 14:8, 14:18, 15:2, 15:5, 15:9, 15:11
advised [3] - 24:12, 24:22, 24:24
advises [1] - 11:19
affect [1] - 32:8
afford [1] - 4:23
aforesaid [1] - 33:9
age [1] - 26:14
agencies [1] - 19:14
agency [1] - 25:8
ago [2] - 18:25, 29:12
aiming [1] - 19:15
allegations [2] - 24:8, 30:3
alleged [1] - 31:17
allegedly [2] - 30:25, 31:4

Allen [3] - 29:25, 30:3, 30:8
allow [1] - 4:19
allowed [1] - 25:12
alma [1] - 10:14
AND [3] - 1:7, 1:17, 33:18
Ann [1] - 12:19
announce [1] - 20:3
announcing [1] - 20:6
annual [2] - 18:13, 29:5
annually [1] - 29:3
answer [3] - 4:20, 15:22, 23:14
answered [4] - 9:25, 10:6, 15:21, 23:16
apologize [2] - 10:10, 10:11
appeared [4] - 2:7, 2:10, 2:14, 2:17
appointed [2] - 12:12, 13:3
approval [1] - 11:24
area [5] - 9:1, 9:13, 13:16, 14:14, 20:3
areas [2] - 9:21, 22:6
argumentative [1] - 31:22
aspects [2] - 7:1, 32:7
assault [2] - 24:8, 26:3
assaults [3] - 22:14, 22:17, 25:10
assembly [1] - 13:1
assigned [2] - 6:2, 24:13
assist [1] - 25:16
associated [1] - 14:6
assume [1] - 15:17
assuming [1] - 21:23
assumption [1] - 31:12
attempts [1] - 11:21
attended [1] - 7:9
attention [1] - 9:4
Attorney [3] - 2:9, 2:12, 2:16
attorney [1] - 33:13
Attorneys [1] - 2:5
August [1] - 5:16
authorized [1] - 33:6
available [1] - 10:5
Avenue [1] - 2:6
aware [3] - 16:6, 21:1, 30:20
AXLEY [1] - 2:17

B

Bachelor's [1] - 6:5
background [3] - 6:3, 12:5, 15:20
Balsam [1] - 2:2
BANNINK [1] - 2:5
based [1] - 19:16
became [1] - 7:5
becoming [1] - 6:1
behalf [4] - 2:7, 2:11, 2:14, 2:18
best [5] - 19:15, 19:16, 20:11, 21:2, 23:19
better [2] - 17:11, 25:12
between [3] - 13:24, 17:3, 18:3
big [1] - 18:6
bit [3] - 5:10, 6:14, 9:19
BOHL [6] - 2:9, 15:21, 19:6, 23:11, 31:22, 32:16
books [1] - 10:3
Box [1] - 2:17
brad [1] - 27:22
Brad [1] - 27:23
briefed [1] - 24:18
bring [1] - 25:17
brought [3] - 4:10, 9:3, 29:14
BRYNELSON [1] - 2:17
budget [3] - 11:23, 17:19, 32:7
budgetary [7] - 16:22, 17:17, 23:10, 23:20, 23:24, 24:2, 32:1
Burnett [2] - 5:15, 24:11
BY [8] - 3:3, 4:7, 10:15, 16:8, 19:8, 23:15, 29:19, 31:25

C

cameras [3] - 32:2, 32:4, 32:6
cancelled [1] - 29:20
captain [8] - 8:12, 8:16, 15:11, 20:13, 20:22, 22:5, 22:8, 29:8
Captain [18] - 10:23, 10:24, 11:1, 11:3, 11:19, 14:20, 15:13, 15:19, 21:16, 21:17, 21:23, 21:24, 26:20, 27:8, 28:12, 29:1, 29:3, 30:13
captain's [1] - 9:1
career [1] - 14:24
case [1] - 20:19
Center [1] - 2:2
certain [4] - 7:1, 12:6, 19:21, 21:3
certainly [5] - 9:10, 18:2, 22:3, 25:15, 27:7
chance [2] - 26:10, 27:16
change [5] - 16:20, 16:21, 16:22, 16:24, 26:19
changed [1] - 15:10
changes [2] - 17:4, 17:9
charge [2] - 25:5, 30:10
charged [2] - 33:16, 33:17
CHARLES [1] - 2:9
chief [4] - 20:21, 24:9, 25:1, 29:7
Chief [15] - 8:15, 11:4, 11:5, 11:7, 11:12, 11:15, 12:2, 12:9, 12:12, 17:16, 17:21, 24:15, 26:4, 26:8, 26:12
christensen [1] - 25:25
CHRISTENSEN [2] - 1:7, 1:17
Christensen [2] - 2:14, 24:20
Christensen's [1] - 24:7
Cindy [2] - 15:2, 15:4
circumstances [1] - 30:2
City [1] - 5:17
Civil [2] - 1:6, 1:15
claim [2] - 4:10, 18:6
Claire [1] - 25:6
classify [1] - 9:8
close [1] - 15:7
closer [1] - 6:20
Cockroft [1] - 13:19
Colorado [5] - 7:10, 7:16, 7:21, 7:22, 18:19
COLWIN [1] - 2:13
coming [1] - 11:21
commencing [1] - 2:1
Commission [1] - 33:22

Company [1] - 2:18
complaint [2] - 31:14, 31:21
complaints [1] - 19:24
complete [1] - 12:25
completed [1] - 31:9
completely [1] - 22:3
compliance [5] - 19:23, 20:20, 21:22, 28:6, 32:2
compliant [2] - 21:19, 21:20
comply [3] - 19:18, 23:17, 23:18
concern [1] - 22:6
concerned [1] - 17:17
concerning [1] - 33:9
concerns [1] - 32:1
concluded [1] - 32:19
conduct [2] - 4:11, 25:8
conference [4] - 17:24, 18:1, 18:11, 18:13
conferences [8] - 15:24, 16:7, 16:9, 16:14, 16:16, 17:12, 18:16, 18:21
conflicts [2] - 13:25, 17:3
consideration [1] - 25:15
constraint [1] - 23:25
constraints [2] - 23:20, 24:3
contact [2] - 18:3, 30:4
contacted [1] - 25:4
controversy [1] - 33:9
conversation [3] - 16:24, 18:25, 27:11
conversations [5] - 13:20, 17:7, 17:10, 25:22, 26:19
copies [3] - 27:13, 33:16, 33:17
Corp [1] - 5:15
CORPORATION [2] - 1:10, 1:20
correct [9] - 8:20, 10:25, 14:16, 14:22, 18:20, 20:7, 24:16, 26:1, 33:11
correcting [1] - 11:21
correction [1] - 20:2
corrections [1] - 22:13
Corrections [1] - 16:12
correctly [2] - 6:17, 30:23

cost [2] - 28:22, 33:15
counsel [5] - 2:7, 2:10, 2:14, 2:18, 33:13
county [3] - 7:2, 29:11, 33:2
COUNTY [4] - 1:7, 1:10, 1:17, 1:20
County [14] - 2:2, 2:11, 2:18, 4:10, 5:6, 5:8, 5:15, 5:20, 6:1, 6:15, 7:5, 24:11, 33:5, 33:21
couple [4] - 9:25, 17:14, 26:8, 28:2
course [3] - 7:11, 20:18, 32:3
COURT [1] - 1:1
CRANLEY [1] - 10:12
crazy [1] - 20:21
creation [1] - 8:14
credible [2] - 31:14, 31:21
Criminal [1] - 6:6
criminal [3] - 25:8, 26:11, 31:8
Croix [1] - 13:19
Cynthia [4] - 14:16, 14:18, 14:23, 15:1

D

Darryl [3] - 2:14, 24:7, 24:20
DARRYL [2] - 1:7, 1:17
data [1] - 32:9
day-to-day [1] - 11:16
DCI [4] - 25:4, 26:5, 27:17, 31:6
DE [2] - 2:12, 32:17
deals [1] - 27:9
debriefing [2] - 17:11, 17:13
decided [1] - 26:15
decision [3] - 11:21, 11:22, 26:16
decisions [1] - 11:25
Defendants [2] - 1:8, 1:18
definitely [1] - 8:25
Dells [1] - 16:11
Denver [1] - 7:23
DEPARTMENT [2] - 1:7, 1:17
Department [3] - 2:11, 5:18, 16:12
department [2] - 14:1, 14:13

deposition [4] - 4:14, 32:19, 33:3, 33:16
DEPOSITION [3] - 1:23, 2:1, 3:11
depth [2] - 7:14, 8:7
deputy [5] - 5:20, 6:2, 20:21, 25:1, 29:7
Deputy [15] - 8:15, 11:4, 11:7, 11:12, 11:15, 12:3, 12:9, 12:12, 17:16, 17:21, 24:9, 24:15, 26:4, 26:8, 26:12
Deputy's [1] - 11:5
details [1] - 19:21
determine [1] - 12:5
different [2] - 8:6, 11:23
Dillon [2] - 2:2, 33:21
diploma [1] - 6:4
direct [2] - 11:17, 24:14
direction [1] - 22:5
directly [2] - 11:1, 30:7
directs [1] - 22:9
disappoint [1] - 28:20
disciplinary [1] - 30:14
discipline [1] - 30:17
discuss [3] - 17:20, 25:18, 27:19
discussing [1] - 18:1
discussion [4] - 20:1, 20:4, 20:17, 20:19
discussions [6] - 17:2, 17:15, 19:3, 20:14, 20:16, 26:24
displayed [1] - 28:9
disrespect [1] - 11:11
DISTRICT [2] - 1:1, 1:2
division [1] - 11:18
divisions [1] - 11:17
DOC [8] - 18:23, 26:23, 27:3, 27:9, 27:25, 28:6, 28:7, 28:16
done [6] - 16:5, 20:5, 22:8, 23:24, 29:16
doubt [1] - 8:1
down [5] - 8:17, 9:12, 26:2, 26:22, 27:18
du [1] - 2:13
DUDEK [1] - 2:9
duly [3] - 4:1, 33:6, 33:8
during [2] - 7:4, 24:21

E

early [1] - 30:22
East [1] - 2:10
Eau [1] - 25:6
ECKBERG [1] - 2:6
education [1] - 6:3
effective [1] - 28:22
elected [7] - 5:22, 5:23, 12:22, 13:1, 13:4, 15:3, 15:4
election [4] - 13:10, 13:12, 13:13, 13:18
eliminate [1] - 22:14
Elimination [1] - 17:23
employed [1] - 33:13
employee [3] - 25:3, 33:12, 33:13
employment [3] - 5:11, 5:13, 7:4
empty [1] - 11:7
ended [2] - 26:7, 29:11
enforcement [2] - 5:14, 7:1
exactly [3] - 10:1, 25:22, 29:12
EXAMINATION [2] - 3:3, 4:4
examined [1] - 4:2
EXHIBITS [1] - 3:11
Exhibits [1] - 3:12
experience [1] - 12:2
expert [1] - 18:7
expertise [1] - 12:6
experts [2] - 9:18, 9:21
expires [1] - 33:22
explain [3] - 6:22, 14:10, 19:11
expressed [1] - 27:16
extent [1] - 24:17

F

fair [3] - 4:17, 4:21, 5:6
fairly [1] - 27:3
Falls [1] - 13:19
familiar [6] - 4:12, 14:5, 16:4, 16:5, 30:2, 30:5
far [1] - 5:12
fashion [1] - 21:18
federal [1] - 19:14
few [1] - 17:24
field [1] - 6:17
figure [1] - 20:9

file [3] - 15:17, 15:18, 30:16
final [1] - 30:17
firm [4] - 2:6, 2:9, 2:13, 2:17
first [10] - 4:1, 6:15, 7:17, 11:20, 12:24, 13:3, 13:13, 14:25, 29:15, 33:8
fiscally [1] - 19:17
five [4] - 6:20, 12:17, 12:21, 12:22
floating [1] - 20:25
focus [2] - 20:24, 22:7
focusing [2] - 9:13, 9:16
follows [1] - 4:2
Fon [1] - 2:13
footage [1] - 32:5
FOR [1] - 1:2
foregoing [2] - 33:3, 33:10
form [3] - 19:6, 21:18, 23:11
forward [1] - 27:20
forwards [1] - 19:24
four [6] - 6:10, 6:11, 6:20, 12:24, 13:4, 18:15
fourth [1] - 6:11
friendly [2] - 13:23, 13:24
full [3] - 5:2, 5:17, 27:17
full-time [1] - 5:17
fully [1] - 19:18

G

gather [1] - 31:20
general [4] - 14:1, 26:23, 27:12, 27:15
generally [3] - 11:15, 11:19, 13:24
given [7] - 22:8, 22:19, 22:21, 22:24, 23:1, 23:6, 28:9
glance [1] - 9:9
governor [1] - 13:3
Grantsburg [1] - 6:5
ground [1] - 4:16
guards [1] - 18:3
guess [4] - 19:10, 25:24, 26:13, 29:6
guy [1] - 25:5
guys [1] - 10:12

**H**

Hamline [1] - 6:9
HAND [1] - 33:18
handbook [2] - 22:19, 23:4
handle [1] - 8:14
happy [1] - 14:1
head [2] - 14:13, 15:15
heading [1] - 24:23
heads [1] - 11:18
heard [1] - 27:2
held [2] - 16:10, 18:17
help [1] - 25:17
HENNEPIN [1] - 33:2
Hennepin [2] - 33:5, 33:21
hereto [2] - 33:13, 33:14
high [2] - 6:4, 27:3
hire [1] - 9:21
hired [1] - 5:17
HIRSCHBOECK [1] - 2:9
history [2] - 5:11, 5:13
hold [1] - 17:5
hopefully [1] - 4:23
hour [1] - 17:25
hours [1] - 6:25
Hraychuck [2] - 12:19, 12:23
HRAYCHUCK [1] - 12:19
Hypothetical [1] - 31:23

**I**

idea [5] - 26:18, 28:15, 29:21, 29:23, 31:7
identified [2] - 21:2, 23:19
immediately [1] - 24:25
impact [1] - 26:16
implementations [1] - 8:14
impossible [1] - 9:12
IN [1] - 1:1
inappropriate [1] - 30:4
inappropriately [1] - 30:25
incident [2] - 26:21, 30:5
includes [1] - 11:18
indicate [1] - 27:6
indicated [2] - 12:7, 23:16
individuals [1] - 4:9
inform [1] - 22:17
information [19] - 9:5, 9:7, 9:22, 10:9, 10:16, 15:16, 22:20, 22:24, 23:1, 23:3, 23:5, 23:23, 24:4, 24:10, 24:21, 26:25, 28:23, 31:13, 31:21
initial [1] - 24:18
inmate [5] - 22:19, 23:23, 30:25, 31:4, 31:16
inmates [14] - 4:9, 17:5, 18:3, 18:4, 22:17, 22:21, 22:24, 22:25, 23:3, 23:6, 28:10, 28:24, 30:4
input [1] - 16:2
inspection [1] - 28:1
inspector [4] - 27:18, 27:21, 28:1, 28:4
Institute [6] - 7:10, 7:16, 7:25, 8:5, 9:6, 10:19
Insurance [1] - 2:18
INSURANCE [2] - 1:10, 1:20
interest [1] - 7:1
interested [1] - 33:14
Intervenor [2] - 1:11, 1:21
interview [1] - 31:4
interviewed [2] - 31:1, 31:17
interviews [1] - 24:18
investigated [2] - 18:5, 30:11
investigation [9] - 24:7, 25:2, 25:8, 26:11, 27:17, 30:6, 30:21, 30:24, 31:8
investigations [2] - 5:22, 6:2
investigator [1] - 24:10
investigators [1] - 26:10
involve [1] - 8:24
involved [3] - 7:6, 14:14, 30:7
involvement [3] - 24:6, 24:9, 24:17
involves [1] - 11:22
issue [3] - 9:3, 11:20, 23:10
issued [1] - 6:23
issues [4] - 7:11, 14:9, 16:17, 20:8
items [1] - 17:18

**J**

J.K.J [1] - 1:14
jack [1] - 9:19
jack-of-all-trades [1] - 9:19
Jail [3] - 4:10, 10:23, 11:19
jail [49] - 4:11, 7:6, 7:8, 7:11, 8:3, 8:12, 8:13, 8:16, 8:18, 8:20, 9:23, 10:8, 10:17, 10:21, 11:13, 11:19, 12:3, 12:7, 13:21, 14:6, 14:8, 14:18, 15:2, 15:5, 15:9, 15:14, 15:20, 15:24, 16:3, 16:9, 16:16, 16:17, 17:4, 17:12, 22:16, 23:2, 25:11, 25:20, 26:3, 27:14, 27:18, 27:21, 27:25, 28:1, 28:4, 28:9, 29:22, 30:10
jails [2] - 22:13, 28:7
january [1] - 32:12
January [2] - 5:9, 33:22
Jarod [1] - 13:19
Jean [2] - 2:2, 33:21
job [2] - 16:5, 20:23
JOHNSON [1] - 1:23
Johnson [5] - 2:1, 4:1, 5:4, 5:5, 33:4
Jorgenson [5] - 29:25, 30:3, 30:11, 30:15, 31:9
JUNE [1] - 1:24
June [2] - 2:1, 33:18
Justice [2] - 2:2, 6:6

**K**

keep [2] - 20:25, 24:3
kept [1] - 15:16
kind [3] - 10:4, 11:24, 29:11
knowledge [2] - 15:23, 16:2
known [1] - 33:3

**L**

Lac [1] - 2:13
lack [1] - 17:11
Ladysmith [1] - 6:7
Lake [1] - 2:2
LAMMERS [1] - 2:6
last [7] - 16:23, 17:7, 27:22, 29:6, 29:9, 29:14
lately [1] - 17:2
Law [5] - 2:5, 2:9, 2:13, 2:17, 6:9
law [10] - 2:6, 2:9, 2:13, 2:17, 5:13, 6:8, 7:1, 16:21, 19:12, 19:13
LAW [1] - 2:13
laws [1] - 28:7
least [1] - 25:19
leave [2] - 13:25, 15:6
leaving [1] - 20:22
left [1] - 15:12
less [1] - 17:25
level [2] - 12:1, 12:6
levels [1] - 17:14
liaison [1] - 5:19
licensed [1] - 14:23
LIDA [1] - 2:5
likewise [1] - 14:13
limited [4] - 7:9, 8:12, 19:11, 24:9
LLP [1] - 2:17
longmont [1] - 7:22
look [3] - 9:10, 17:20, 24:14
looked [1] - 30:6
Lori [1] - 32:18
LORI [1] - 2:16
LUBINSKY [2] - 2:16, 32:18

**M**

M.J.J [1] - 1:4
Madison [2] - 2:10, 2:17
Main [2] - 2:2, 2:10
maintained [1] - 12:6
major [3] - 16:20, 16:21, 16:24
majority [2] - 16:11, 17:7
March [3] - 5:16, 11:6, 11:8
MARKED [1] - 3:11
marked [1] - 3:12
Marr [1] - 2:13
married [1] - 14:15
MARTIN [1] - 2:12
mater [1] - 10:14
material [1] - 9:11
materials [1] - 7:24
matter [2] - 33:9, 33:11
mean [2] - 14:10, 29:10
means [1] - 18:10
medical [1] - 15:6
meet [3] - 16:17, 18:14, 22:3
meeting [1] - 24:20
members [1] - 14:2
mentioned [4] - 17:24, 18:10, 18:11, 18:22
met [1] - 25:19
method [1] - 31:20
micromanaging [1] - 14:12
might [6] - 10:6, 18:8, 18:10, 18:21, 19:2, 27:7
Minimum [1] - 6:24
Minnesota [3] - 2:6, 33:5, 33:21
MINNESOTA [1] - 33:1
minutia [4] - 8:17, 8:22, 8:24, 9:2
misconduct [1] - 22:13
mister [1] - 11:11
misunderstood [2] - 10:9, 10:11
Mitchell [1] - 6:8
Moe [10] - 11:6, 11:9, 12:3, 12:9, 24:9, 24:15, 26:4, 26:8, 26:9, 26:12
Moe's [1] - 11:12
Moore [14] - 12:15, 12:16, 12:18, 13:2, 13:3, 13:5, 13:20, 14:5, 14:16, 14:18, 14:23, 14:25, 15:1, 15:4
Mount [1] - 6:6
mouth [1] - 18:10
move [1] - 22:5
moving [1] - 27:20
MR [20] - 2:5, 2:9, 2:12, 4:7, 10:12, 10:13, 10:15, 15:21, 16:8, 19:6, 19:8, 23:11, 23:15, 29:17, 29:19, 31:22, 31:25, 32:13, 32:16, 32:17
MS [3] - 2:5, 2:16, 32:18
MUTUAL [2] - 1:10, 1:20
Mutual [1] - 2:18
MY [1] - 33:18

| N | | | | |
|---|---|---|---|---|
| **name** [7] - 4:8, 5:2, 11:5, 26:23, 27:2, 27:4, 27:22 | 20:2, 20:6, 20:7, 21:22 | **perception** [1] - 14:11 | **problem** [1] - 14:2 | 30:23 |

name [7] - 4:8, 5:2, 11:5, 26:23, 27:2, 27:4, 27:22
Nargis [16] - 10:24, 11:1, 11:3, 14:20, 15:8, 21:16, 21:17, 21:23, 21:24, 23:14, 26:21, 27:8, 28:12, 29:1, 29:3, 30:13
Nargis's [2] - 15:13, 15:19
National [6] - 7:9, 7:15, 7:25, 8:5, 9:6, 10:18
national [1] - 16:14
near [1] - 18:7
need [4] - 19:24, 20:19, 21:3, 22:5
never [3] - 14:2, 21:20, 21:21
new [2] - 7:13, 16:21
nice [1] - 10:12
none [1] - 32:18
north [1] - 7:22
Northwestern [1] - 2:6
notary [1] - 33:5
Notary [2] - 2:3, 33:21
notes [1] - 33:11
nothing [4] - 7:12, 7:14, 28:19, 33:8
noticed [1] - 33:16

**O**

O'Hare [3] - 13:13, 13:14, 13:16
oath [1] - 33:7
object [2] - 19:6, 23:11
objection [2] - 15:21, 31:22
obtain [1] - 5:25
obtained [1] - 6:5
obviously [3] - 6:4, 22:12, 25:21
occurred [2] - 4:11, 25:18
October [1] - 25:23
OF [5] - 1:2, 1:23, 2:1, 33:1, 33:2
offered [1] - 10:3
office [5] - 5:23, 7:18, 11:15, 15:12, 25:6
officer [11] - 6:16, 6:21, 13:19, 14:23, 16:2, 19:22, 19:23,
20:2, 20:6, 20:7, 21:22
OFFICES [1] - 2:13
official [1] - 19:3
once [1] - 25:2
one [15] - 4:15, 4:19, 17:9, 18:15, 18:23, 20:23, 20:24, 22:7, 22:25, 24:2, 25:19, 26:22, 30:8, 31:20, 32:1
ongoing [1] - 6:24
open [1] - 13:8
operation [1] - 11:14
operations [16] - 7:6, 7:8, 8:3, 8:20, 9:24, 10:8, 10:18, 10:22, 11:16, 12:3, 12:7, 13:21, 14:6, 15:14, 15:20, 16:18
opinions [1] - 27:19
opponent [2] - 13:10, 13:12
opportunity [1] - 4:24
opposite [1] - 20:2
ordered [1] - 33:16
original [2] - 3:20, 33:15
ourselves [1] - 27:14
outcome [1] - 33:14
outside [2] - 14:14, 25:7
overall [1] - 8:16

**P**

P.C [1] - 2:6
packet [2] - 9:5, 9:22
PAGE [2] - 3:3, 3:11
page [1] - 9:10
pamphlets [1] - 8:5
parole [1] - 17:3
part [6] - 17:16, 20:16, 24:14, 24:19, 32:3, 32:10
particular [1] - 9:16
parties [3] - 33:13, 33:14, 33:16
parts [2] - 23:17, 23:18
party [1] - 33:16
patrol [6] - 5:19, 5:20, 6:16, 6:19, 13:17, 16:2
peace [1] - 14:23
people [2] - 9:20, 14:11
per [2] - 6:25, 17:13
percent [1] - 22:18
perception [1] - 14:11
personally [1] - 15:13
personnel [4] - 11:23, 15:18, 29:11, 30:16
PETER [1] - 1:23
Peter [4] - 2:1, 4:1, 5:4, 33:4
phone [3] - 24:11, 25:4, 32:16
place [6] - 20:1, 21:4, 21:9, 21:15, 21:19, 22:4
Plaintiff [2] - 1:5, 1:14
Plaintiffs [1] - 2:7
PO [1] - 2:17
pod [1] - 20:7
point [4] - 20:25, 24:25, 30:8, 30:19
Police [1] - 5:18
policies [7] - 6:22, 8:15, 21:3, 21:8, 21:12, 21:15, 21:18
policy [1] - 19:25
POLK [2] - 1:7, 1:17
Polk [9] - 2:1, 2:11, 4:9, 5:6, 5:8, 5:20, 6:1, 6:15, 7:4
position [5] - 11:7, 12:10, 12:12, 13:8, 14:25
possession [1] - 3:20
possible [2] - 18:5, 20:20
post [2] - 25:23
posters [2] - 27:13, 28:8
Powell [1] - 25:5
power [1] - 13:23
practice [2] - 19:17, 31:3
practices [4] - 19:15, 20:12, 21:2, 23:19
PREA [21] - 17:22, 18:5, 18:22, 19:4, 19:5, 19:13, 19:23, 21:18, 21:20, 21:22, 22:1, 22:10, 22:11, 22:20, 22:24, 23:6, 23:19, 23:23, 26:24, 30:20, 32:2
present [3] - 2:14, 2:18, 30:7
pretty [2] - 9:12, 30:22
previously [1] - 4:9
primary [1] - 17:2
priority [2] - 22:1, 22:2
prison [1] - 17:23
privy [1] - 25:21
probation [2] - 17:3, 17:5
problem [1] - 14:2
problems [1] - 14:6
procedures [5] - 6:22, 26:2, 26:20, 29:23
Professional [1] - 2:3
program [1] - 6:18
progress [1] - 20:14
promoted [1] - 15:10
promoting [1] - 8:9
provide [1] - 23:22
provided [2] - 26:24, 27:12
provides [1] - 23:2
psychiatric [1] - 25:12
psychiatrist [1] - 25:19
psychologist [1] - 25:20
Public [2] - 2:3, 33:21
public [1] - 33:5
purpose [1] - 22:11
put [4] - 16:25, 18:9, 21:15, 27:14

**Q**

quarterly [1] - 18:14
questions [3] - 29:22, 32:14, 32:16

**R**

rank [1] - 5:25
ranks [1] - 5:25
Rape [1] - 17:23
Rapids [1] - 19:2
rate [1] - 33:17
real [1] - 7:14
reassigned [1] - 5:21
received [5] - 7:25, 9:6, 9:23, 10:16, 24:10
recommended [1] - 28:16
record [4] - 5:3, 27:5, 29:17, 29:18
records [1] - 29:5
referred [1] - 16:9
referring [1] - 18:17
regard [2] - 8:2, 11:13
regional [3] - 27:18, 27:21, 27:25
related [2] - 16:17, 33:12
relative [1] - 33:13
rely [1] - 9:20
remember [5] - 19:1, 26:22, 27:2, 27:8,
30:23
remind [1] - 4:24
removed [1] - 17:14
report [3] - 11:1, 11:3, 26:6
reported [3] - 18:4, 21:17, 31:6
Reporter [1] - 2:3
reporting [3] - 22:17, 23:23, 26:3
represent [1] - 4:8
request [3] - 25:14, 31:8, 31:10
requested [1] - 25:13
require [2] - 16:22, 17:18
required [1] - 6:24
requirements [1] - 19:13
requires [2] - 19:13, 19:14
Reserve [1] - 5:15
resigned [4] - 24:25, 25:24, 30:9, 30:18
resource [2] - 8:9, 8:11
responsibilities [1] - 14:15
responsibility [1] - 11:13
responsible [3] - 8:19, 10:21, 11:16
retire [2] - 26:12, 26:17
retired [2] - 11:9, 26:9
retirement [1] - 26:14
retiring [1] - 20:22
review [9] - 9:7, 9:8, 12:5, 26:10, 26:20, 27:17, 28:4, 29:8, 32:5
reviews [5] - 29:3, 29:5, 29:6, 29:11, 29:20
riding [1] - 6:21
Robert [1] - 25:5
role [1] - 14:20
root [1] - 22:12
rules [3] - 4:16, 4:19, 28:6
run [2] - 13:5, 28:7
running [1] - 8:18

**S**

S.C [2] - 2:10, 2:13
safety [2] - 20:6, 20:8
SAGER [1] - 2:13
sat [2] - 26:2, 26:22

scheduled [1] - 19:3
school [3] - 5:19, 6:4, 6:8
School [1] - 6:9
Scott [1] - 23:14
se [1] - 17:14
SEAL [1] - 33:18
second [1] - 13:18
Senario [1] - 6:7
sending [1] - 7:2
sentenced [1] - 26:7
separate [1] - 23:5
sergeant [2] - 5:19, 13:17
Sergeant [4] - 13:13, 13:14, 13:16, 15:8
serve [1] - 14:3
services [1] - 25:13
set [1] - 24:20
several [2] - 10:2, 18:25
sex [1] - 20:2
sexual [6] - 22:13, 22:14, 22:17, 24:8, 25:9, 26:3
Sheriff [4] - 12:23, 13:5, 13:20, 14:5
sheriff [16] - 5:5, 5:8, 5:23, 6:1, 7:5, 9:15, 9:17, 12:14, 12:16, 12:18, 12:20, 12:21, 15:3, 15:4, 30:12, 30:19
Sheriff's [6] - 2:11, 7:9, 7:15, 7:25, 9:6, 10:18
SHERIFF'S [2] - 1:7, 1:17
sheriff's [6] - 7:13, 11:15, 17:24, 18:11, 18:13, 18:16
ship [1] - 20:25
short [2] - 6:17, 18:24
shortly [3] - 15:12, 24:24, 30:9
showed [1] - 10:4
shown [1] - 6:25
significant [2] - 7:12, 17:1
sit [2] - 9:12, 27:18
somewhere [2] - 5:21, 29:7
soon [1] - 18:5
Sorry [1] - 13:8
sort [2] - 4:16, 17:11
sorts [1] - 32:6
South [1] - 2:13
special [1] - 25:17
specific [3] - 10:2, 16:19, 29:22

specifically [7] - 10:8, 10:20, 14:7, 18:23, 21:12, 21:14, 31:12
speculation [1] - 31:23
St [1] - 13:19
start [1] - 4:20
started [6] - 5:15, 6:16, 12:23, 29:6, 29:9, 29:15
STATE [1] - 33:1
state [6] - 5:2, 16:21, 17:4, 17:5, 18:18
State [1] - 33:5
STATES [1] - 1:1
statewide [1] - 18:19
stayed [1] - 5:22
stenographic [1] - 33:11
Steve [2] - 11:6, 26:9
still [2] - 7:24, 15:5
Stillwater [1] - 2:6
stop [1] - 22:12
stopped [1] - 29:13
storage [2] - 32:4, 32:9
Street [3] - 2:2, 2:10, 2:13
student [1] - 6:10
studies [1] - 8:6
stuff [3] - 9:20, 10:1, 27:13
subject [1] - 18:6
suggested [1] - 22:21
suggestions [1] - 27:19
suggests [1] - 22:24
supervises [1] - 8:15
supervision [1] - 11:13
supervisor [1] - 11:17
support [1] - 17:19
supportive [1] - 7:2
supposed [1] - 20:3
surface [1] - 18:2
surprise [2] - 28:18, 28:19
surprises [1] - 28:19
sworn [2] - 4:1, 33:8

T

telephone [2] - 2:15, 2:18
term [7] - 12:24, 13:4, 14:3, 17:11, 30:23, 32:11
terminated [1] - 25:24
termination [2] -

24:24, 25:23
terms [1] - 12:22
testified [1] - 4:2
testify [1] - 33:8
THE [6] - 1:1, 1:2, 15:23, 23:13, 31:24, 32:15
the.. [1] - 6:12
themselves [2] - 8:9, 20:4
thereafter [1] - 30:9
thereof [1] - 33:6
thick [4] - 8:6, 9:5, 9:22, 10:3
third [2] - 6:8, 6:12
THOMAS [1] - 2:5
Tim [11] - 12:15, 12:16, 12:18, 13:2, 13:3, 13:13, 13:14, 13:16, 14:25, 15:2, 15:10
title [1] - 15:11
Tom [1] - 4:8
Tomah [1] - 5:17
took [3] - 5:23, 25:15, 33:3
top [1] - 15:15
touch [2] - 7:11, 7:13
touched [3] - 31:1, 31:4, 31:17
touching [2] - 8:4, 18:1
towards [2] - 7:3, 24:23
trades [1] - 9:19
trained [1] - 8:2
training [16] - 6:14, 6:18, 6:21, 6:24, 7:8, 7:13, 7:24, 8:8, 8:24, 8:25, 10:17, 12:2, 15:14, 15:17, 15:25, 16:1
trainings [1] - 16:7
transcript [3] - 3:20, 33:10, 33:11
transfer [1] - 13:23
tried [2] - 19:10, 25:15
true [1] - 33:10
truth [3] - 33:8, 33:9
try [2] - 19:15, 27:7
trying [4] - 20:9, 20:11, 20:22, 20:24
two [4] - 4:8, 7:10, 12:24, 15:7
types [1] - 20:8
typically [8] - 6:25, 8:13, 11:22, 11:25, 17:17, 17:20, 18:14, 20:18

U

ultimately [1] - 8:19
under [1] - 14:5
UNITED [1] - 1:1
unless [2] - 9:3, 9:13
up [9] - 11:6, 17:6, 20:19, 24:20, 26:7, 27:3, 27:7, 27:14, 32:11
utilization [1] - 11:23

V

vague [1] - 31:23
via [2] - 2:14, 2:18
victims [2] - 25:9, 25:11
view [2] - 8:16, 9:17
violated [1] - 17:6
virtue [1] - 33:6
VRIES [2] - 2:12, 32:17
vs [2] - 1:6, 1:16

W

week [1] - 7:10
weeks [2] - 6:19, 26:8
Weidner [3] - 3:4, 3:21, 4:8
WEIDNER [11] - 2:5, 4:7, 10:13, 10:15, 16:8, 19:8, 23:15, 29:17, 29:19, 31:25, 32:13
West [1] - 2:2
WESTERN [1] - 1:2
whole [1] - 33:8
WHYTE [1] - 2:9
wide [1] - 9:17
wife [2] - 14:8, 14:12
William [1] - 6:8
WISCONSIN [3] - 1:2, 1:10, 1:20
Wisconsin [7] - 2:2, 2:10, 2:14, 2:17, 2:18, 16:12, 19:2
WITNESS [5] - 15:23, 23:13, 31:24, 32:15, 33:18
witness [1] - 33:8
words [1] - 18:9
works [4] - 8:12, 27:24, 27:25
world [1] - 20:21

Y

year [21] - 6:8, 6:10, 6:11, 6:12, 6:25, 7:17, 11:6, 12:22, 12:24, 13:4, 15:24, 17:7, 18:15, 28:1, 29:6, 29:9, 29:15
yearly [1] - 16:6
years [8] - 12:11, 12:17, 12:21, 15:8, 18:25, 26:14, 28:2, 29:12