**EXHIBIT A**

Polk County Jail
Policy and Procedures Manual

C.     Safety and Security

| C-200  SUPERVISION AND MANAGEMENT OF INMATES |
|---|

**Wisconsin Jail Standards:  DOC 350.07, 350.12(1)**

**Effective Date:   ____Feb 3, 2003**            **Revision Date: 5/16/03, 3/21/04, 2/14/07, 3/16/09**

**I.      POLICY**
It is the policy of the Polk County Jail to ensure the safety and security of inmates, staff and public by accounting for and checking on all inmates in the facility.

**II.     GENERAL PHILOSOPHY**
The supervision and management of inmates in the facility will be accomplished through the implementation of the five C's: Control, Compliance, Consequence, Consistency, and Communication.  It is important for officers to gain control and compliance of inmates by using consequences and to be consistent with those consequences and conducting walkthrus in each pod during times when inmates are not locked down.  Effective communication such as staff-staff and staff-inmate, whether directly or indirectly, is a vital tool in the management of inmates.

**III.    PROCEDURES**
 A.     Management of Inmates
  1.      All inmate housing assignments will be made by the inmate classification system, as per Policy and Procedure C-100, Classification, unless directed otherwise by a supervisor.
  2.      The Booking Officer will make cell assignments in the intake area.
   a.      Any incidents or pod activities requiring a written report will be the responsibility of the officers involved.
   b.      Each pod control officer will maintain a log of all pertinent activities.  This is to be done on the JMS.
   c.      The pod control officer will maintain a pod roster.  The roster will indicate all inmates assigned to a pod, and their cell assignments.  Additions and deletions may be made as transfers occur.
   d.      Officers will be responsible for making sure all inmates are safe and secure, and that all pod and jail rules are followed.
   e.      Officers have the authority to maintain discipline and control through the following:
    i.       Verbal warning
    ii.      Refer the inmate for reclassification
    iii.     Lockdown for 24 hours or less

PCJ0003277

      iv.     Write up and referral for discipline hearing on lockdown of more than 24 hours

      v.     Remove inmate to discipline or maximum security

      vi.    Loss of other privileges (such as visiting).  Refer to Policy and Procedure I-400, Inmate Discipline.

B.    Staff/Inmate Interaction

    1.    Male and female officers will supervise and manage all inmates regardless of gender, with the exception of pat-down searches and strip searches (see Policy and Procedure C-400, Searches of Prisoners and Various Locations).

    2.    The Polk County Jail will enhance and encourage the process of direct and indirect communication between staff and inmates.

    3.    All jail staff will be available to the inmates to forward communications in writing.  All reasonable inmate requests, which fall within the guidelines on the request form, will be forwarded to the proper staff as necessary.  If the officer can answer the request, he/she should do so and return the request to the inmate.

    4.    If an officer receives a verbal inmate request, the inmate may be advised to put the request in writing on the proper form.  If the inmate is unable to write, or the matter is of an urgent or emergency nature, the officer will deal with the request at the time, and document such.

    5.    If the officer cannot answer the question asked, or solve the problem presented, the officer may consult another officer, or forward the request through the chain of command.

    6.    Requests will be answered in a timely and professional matter.

C.    Pod/Cell

    1.    Visual checks at non-lockdown times are systematic scans of inmates in the dayrooms and/or cells from the main corridor, or by viewing from the control station, or walking through the dayroom.

    2.    Visual check at lockdown is a systematic check of inmates confined to their cells or bunks after lockdown hours, which is conducted by observing the occupants of each cell through the cell door.

    3.    Officers will conduct pod/cell checks of each housing area at frequent, irregular intervals not to exceed 60 minutes, during the day and night, to ensure that all inmates are in custody and safe.

      a.    All security checks will be logged using the guard tour system.  Any unusual activity or incidents will be documented in the JMS.

      b.    Be alert to any irregular activities, noises, smells, or body language of inmates.  They may be trying to get your attention.

      c.    Check for signs of social or medical problems.  Inmates who are sleeping will be observed for signs of breathing or

34

movement. Inmates will not be allowed to cover their heads or faces during lockdown periods. If an inmate has their head and/or face covered, the officer may have to enter the cell to make sure the inmate is still in there. If this is to occur, the officer **should not** enter the cell until another officer is present. Caution should be used as a situation like this could be a means of escape, or a way to assault an officer.

    d.    Look for obvious security or safety hazards, including contraband, weapons, sanitary conditions, and damaged equipment, loose wires, etc.

    e.    Check for any damage, vandalism or tampering to any cell equipment, furniture, doors, etc.

    f.    Observe areas for any build-up or excess of newspaper, magazines, or other paper products, or extra bedding and linens.

    g.    Check to be sure that doors or gates that are supposed to be locked are actually locked.

4. Walls, ceilings, windows, lights, doors and floors of the cell will be kept clear of items.

5. Pod/cell checks will include both audio and visual monitoring of assigned area. This involves use of the intercom system and the closed circuit television (CCTV).

6. Do not rely on CCTV as a substitute for personally checking on inmates. Officers will be required to perform physical pod/cell checks at least once an hour.

7. Use the intercom system to listen in on inmates on a random basis to perceive if there are any security or supervision problems which you should know about.

8. Never use the intercom to harass inmates.

9. In the event of an emergency during a pod/cell check, the Control Officer will summon additional help. Officers will not enter the pod or cell alone until arrangements for additional help have been made. If necessary, lockdown the other inmates in the dayroom.

D.    Walkthrus

1. Corrections officers must remain constantly alert and watchful of all inmate movement and activity.

2. The officer(s) can prevent most common inmate problems by simply moving about inside the pod area periodically throughout the shift, when inmates are not locked down.

3. Walkthrus will be conducted at least twice a shift. This is to be done in addition to other scheduled activities, such as laundry exchange, meals, etc. Walkthrus will be completed during times when inmates are not locked down and are present in the dayroom. Inmates will be allowed normal dayroom activity during walkthrus unless special circumstances evolve.

35

PCJ0003279

4. For walkthrus to be effective, the Five C's will be implemented:

    a. Control: Officers must remain in control of their pod. No inmate or inmates will dominate, control or attempt to control the behavior of other inmates, or the operation of the pod.

    b. Compliance: Officer presence will best show results in ensuring compliance with jail rules. Inmates will learn that it is in their best interest to comply with jail rules. Compliance with rules equals positive consequences or privileges vs. non-compliance with rules equals negative consequences or loss of privileges.

    c. Consequence: Officers must be able to identify and reprimand or remove inmates who question the officer's authority and disrupt pod control. In the absence of consequences, there is no control. Staff must create an environment where the inmate must choose to live within the boundaries set forth by the facility, or suffer the consequences.

    d. Consistency: All jail staff members are responsible for consistent rule enforcement. If certain officers enforce certain rules, while other officers let those rules slide, an unbalance of control is created. This gives the inmates a tool where they will play one officer against another. Contraband, rule violations and disorganization of pod operations are the result.

    e. Communication: Effective communication forms the basis for all human interactions. Everything you say, the tone, inflections, mood, expression or gesture is communication. Use of Interpersonal Communication (IPC) skills is critical. On-going communication with inmates, as well as supervisors and other staff members on your shift, and other shifts, is critical to being fully aware of what is "going on" in the jail.

5. One officer may perform a walkthrough:

    a. When another officer is operating the control station for the pod, and

    b. In pods with Medium status or lower.

6. Officers may perform a walkthrough in discipline or maximum security pods while inmates are in the dayroom. Prior to entering the pod, the officer should notify the inmates of that pod, and the Secure Control Officer.

7. Officers should never attempt to take physical enforcement action against inmates by themselves, unless necessary, or it is apparent that a lack of action could result in death or great bodily harm.

8. Before taking any action, the officer should alert pod control via radio, so that additional officers may be summoned for assistance.

36

PCJ0003280

E.   Wake-up
1.   Wake-up will be at 0615hrs every day of the week.
2.   Inmates will be instructed to exit their cells and report for required activities (i.e. laundry exchange, meals, cleaning, etc.).
3.   Cell doors will remain open.  Upon completion of required activities (these will be completed at approximately 0900hrs), inmates may be denied access of their assigned cell.
4.   Inmates may not enter the cell of another inmate, or give permission for another inmate to enter their cell.
5.   Congregation of inmates on the mezzanine level, or stairs, is prohibited.

F.   Scheduled Lockdown
1.   Pod Control Officers will be responsible to announce lockdown to inmates in their pods.
2.   Scheduled lockdowns will be:
    a.   2215 hours for all inmates.
3.   Inmates in Secure pods will be required to enter their cells. The Control Officers will close the slider doors and secure the inmates.
4.   Inmates in dorm style housing units will be required to be on their assigned bunks at lockdown.
5.   Control Officers will visually check the control panel to verify that all doors have been secured.
6.   Officers will physically check each door to make sure it is secured and inmates are in their assigned cells.
7.   Except in an emergency, inmates shall be allowed out of their cells for a minimum of 14 hours per day.  The exception to this would be for inmates whose security classification deems less time, or for inmates on discipline or administrative lockdown.

G.   Emergency Lockdown
1.   Master Control will be responsible for announcing unscheduled lockdowns during emergency situations.
2.   Unscheduled lockdowns may occur during:
    a.   Escapes or attempted escapes
    b.   Riots
    c.   Hostage situations
    d.   Searches
    e.   Facility emergencies
    f.   Fights
    g.   For other reasons affecting the facility security at the discretion of the shift supervisor.
3.   Facility operations and inmate movement may be restricted during emergency lockdowns.
4.   All visits will be terminated and the inmates will immediately return to their assigned cells.
5.   A corrections officer will escort inmates in program areas to their

37

assigned housing area.

6.     Lockdown procedure will be the same as scheduled lockdown in F above.

7.     Shift Supervisor will notify Master Control when emergency situation is under control.

8.     Master Control will announce end of lockdown.

9.     Normal pod activities will resume.

H.   Administrative Lockdown

1.     This will be conducted and governed by the Jail Administrator or other command staff, and consists of selecting one or more pods or special needs cells for temporary or permanent lockdown status.

2.     This will totally limit inmate movement so as to conduct investigations, or when staffing falls to a low level.

3.     During administrative lockdowns, inmates will be allowed to participate in the following, unless directed otherwise by a supervisor:

    a.     Attorney visitation

    b.     Regular visitation

    c.     Clergy visitation

    d.     Facility programs

    e.     One hour of dayroom activity per day

I.   Security Checks of Non-Inmate Living Areas

1.     Besides the routine checks of all inmate living areas, it is important to conduct routine checks of non-living areas. This includes the following:

    a.     Check to be sure that all doors that are supposed to be locked are actually locked.

    b.     Be sure that emergency exits are operating freely and are not blocked.

    c.     Make sure that there are no unauthorized or unnecessary materials or supplies in corridors.

    d.     Overall, make sure everything is in good working order and that nothing suspicious is occurring.

2.     These checks do not have to be done every hour as with inmate checks, but should be done periodically throughout the shift, especially during the night.

3.     For any maintenance problems, see Policy and Procedure F-400, Facility Maintenance.

J.   Perimeter Security Checks

1.     Conducting a perimeter security check involves checking for possible security problems around the outside of the jail. It is not uncommon for inmates and their friends to tamper with jail property outside of the jail, either to aid an escape attempt, or just to cause trouble.

2.     Conducting a perimeter security check includes the following:

    a.     Look for general indications of damage or destruction to

PCJ0003282

walls or windows.

b.    Check all doors to be sure that they work properly and have not been tampered with.

c.    Check to be sure that all perimeter lights are working and have not been tampered with.

d.    Check to be sure that all wires leading into the building seem to be solidly attached at the junctions and show no signs of tampering.

e.    Check clestory windows on roof for evidence of tampering. This check is to be done monthly by maintenance staff, and documented on the appropriate form.

f.    If there are any suspicious or questionable objects, check them out.  However, if an object appears to be a possible explosive device, DO NOT TOUCH IT!  Contact a supervisor.

3.    Officers should not leave their post to perform a perimeter check unless directed to by a supervisor.

PCJ0003283