**EXHIBIT C**

Polk County Jail
Policy and Procedures Manual

C. Safety & Security

**C-203 FRATERNIZATION BETWEEN STAFF**

**Effective Date:** Nov 18, 2007        **Revision Date:**

## I. POLICY

It is the policy of the Polk County Jail to minimize favoritism, unethical, and unprofessional behavior between employees. Supervisors are expected to maintain a higher level of ethical and professional behavior when dealing with employees whether or not under their direct supervision or control while on or off duty.

A. Good judgment and common sense must be considered in the development of personal relationships between employees, more so between supervisors and subordinates. Relationships between employees must not interfere with the expected ethical and professional behavior of employees in the operation of the Polk County Jail. Good judgment should dictate our behavior when dealing with members of the opposite and/or same sex in the workplace.
B. This policy is not intended to deny employees the right to develop friendships or relationships, or to socialize with other employees. However, these friendships or relationships, or the socializing between employees must not interfere with the ethical and professional operation of the Polk County Jail
C. Employees are to be respectful to other employees, employees of other agencies or departments, and the general public. Employees are not to participate in rumors and gossip about other persons, causing discontent in the department. Problems are to be addressed in the appropriate manner through the proper chain of command.
D. At no time will any supervisor allow any personal relationship, friendship, or fraternization to interfere with the proper operation of the Polk County Jail.

PCJ0003292