# EXHIBIT E

Polk County Jail
Policy and Procedures Manual

I.    Inmate Rights, Rules, and Discipline

| I-200  INMATE GRIEVANCE |
|---|

**Wisconsin Jail Standards:  DOC 350 (silent)**

**Effective Date:** ____Feb 3, 2003          **Revision Date:  May 16, 2003, 3/16/06**

**I.    POLICY**

It is the policy of the Polk County Jail that inmates be provided a grievance procedure as an administrative means for the expression and resolution of issues relating to personal health and welfare of inmates, or the operations and services for the facility.

**II.    GENERAL INFORMATION**

A.    Inmates may pursue grievances without fear of reprisal or punitive action.

**III.    PROCEDURES**

A.    STEP ONE – Submit Initial Grievance
1.    The inmate submits a Grievance Form (I-201) to an officer.  The form details the grievance.
2.    The officer will attempt to resolve the matter personally.  If unable to do so, the form will be forwarded to the Shift Supervisor.

B.    STEP TWO – Initial Grievance Response
1.    A written response will be provided to the inmate within five (5) days of receipt of the Grievance Form.
2.    The original is placed in the inmate's file.  A copy of the grievance and the response will be provided to the inmate.

C.    STEP THREE – Submit Appeal
1.    If the inmate does not feel the problem is resolved, the inmate may appeal the grievance to the Jail Administrator.
2.    The inmate will submit a Grievance Form detailing the grievance and appeal within 48 hours of receiving the initial grievance response.

D.    STEP FOUR – Appeal Response
1.    The Jail Administrator will investigate the grievance and respond to the inmate, in writing, within ten working days.

E.    STEP FIVE – Appeal to Sheriff
1.    The Sheriff will investigate and respond, in writing, within 15 working days.
2.    The Sheriff's response will be the final decision of the grievance procedure within the facility.

PCJ0003497