WORKING COPY **EXHIBIT F**

# POLK COUNTY JAIL



# INMATE HANDBOOK

PCJ0000656

DEPOSITION
EXHIBIT _____ (JFD)
6 - 2 - 16

## POD RULES

1. All inmates will be required to stand quietly in <u>full</u> uniform for mandatory headcounts (approximately 6am, 2pm, and 10pm.) Med/Max security inmates are to stand in front of their cell until headcount is over. Min/Huber inmates are to stand along the wall of the dayroom until headcount is over.

2. Bunks will be made properly immediately following morning headcount and remain so until evening headcount. Properly is both sheets flat the length of the bunk and blanket on top, tucked in. A picture display is posted in each pod. If bunks are found to be made improperly during the day bedding may be taken out of the cell until lockdown. Huber inmates that work the night shift will be allowed to sleep under their bedding during the day. Other inmates will be allowed to sit or lay on bunks, but will not be allowed under sheets or blankets.

3. Cleaning supplies will be put into the pods following morning headcount. All inmates will participate in cleaning the pod and personal cell area daily. Utilities and privileges (phone, T.V., visiting, and programs) will not be turned on, or allowed, until pods and cells pass inspection by a jail officer. Failure to comply will result in the loss of the above.

4. Med/Max pod inmates are not to be in another inmate's cell for any reason. Min pod inmates may not have more than one inmate on a bed at a time. Sleeping areas are not to be used for socializing. Medium and Maximum security inmates are not allowed to change bunks or move to another cell without an officer's approval.

5. Mattresses, blankets, sheets, towels, washcloths are not allowed in the dayroom.

6. All personal property is to be stored in a plastic tote for med/max inmates or in one sliding drawer in minimum. If an inmate has excessive property that will not fit into a tote, or drawer, an inmate request that it be placed in their personal property. Items on empty bunks or in spare drawers may be taken at any time. No personal items are to be hung anywhere in an inmate's cell or on their bunk. Pictures and other personal items may not cover any part of the window in an inmate's cell.

7. Inmates are expected to maintain personal hygiene. Showers are to be completed in a timely fashion DAILY, and are allowed from 0700 – 1000hrs.

8. Razors may be requested from an officer during 0700 meds. Inmates must request their own razor personally. Razors will be picked up ½ hour after being handed out. Inmates may not give their razor to another inmate to use for any reason. Damaging or destroying a razor may result in loss of razor privileges.

9.  Medications are administered four times daily: approximately 7am, 11am, 4pm and 9pm. Inmates may be required to show the officer their jail issued medical I.D. bracelet for verification prior to administering any medication. Inmates taking medication are required to have a cup of water with them, and drink it after taking medication. Inmates will be required to open their mouths to show that medication has been taken. Inmates are required to come to the door for their meds. Failure to do so will be noted as a refusal and will be documented as such. Inmates wishing to see the jail nurse for an illness must fill out a Non-Emergency Medical Request Form and turn it in to an officer. You will be charged a $5.00 co-pay for seeing the Jail Nurse.

10. Jail uniform consists of shirt, pants, and sandals. Uniforms shall be worn throughout the day (exceptions: sandals need not be worn if lying on bunk, shirt may be off for 60 consecutive minutes per day for workout purposes). If you have been approved for a white T-shirt the jail uniform top must be worn over the top of it. Uniforms must fit and be worn properly (shirt/pants right side out, pants cuffed to the ankle, sandals on), and nothing worn on the head.

11. Uniforms/towels are exchanged twice weekly. Sheets are exchanged weekly. Blankets are exchanged monthly. Inmates are required to exchange these items when clean items are offered. Jail officers will determine appropriate size uniform. Upon release you must provide the jailer with the proper amount of sheets/towel/washcloth you were given upon booking. You may be billed for lost or missing items. It is YOUR responsibility.

12. Supply cart is done Monday & Thursday. Inmates may only request items that are needed, and that they are unable to purchase through commissary (toilet paper, tampons, etc.) Staff will determine indigent status, and those inmates will be able to request hygiene items as well as 2 envelopes and writing paper. General Requests and Non Emergency medical forms are available on the cart as well. It is the responsibility of the inmate to retrieve the forms from the cart.

13. Lights, vents, windows, etc., are not to be covered /obstructed. No items are allowed to be hung from, stuck to, or drawn on bunks, doors, walls, windows, or tables. Inmates that damage or draw on any portion of the facility may face criminal charges as well as disciplinary procedures.

14. Inmates are not to steal or tamper with jail property, or property of another inmate. Criminal charges may result from such behavior, as well as discipline.

15. Running, horseplay, yelling, whistling, or profanity causing a disturbance of any kind, or disrupting the operations of the jail is not allowed. This includes the throwing or kicking of items. Inmates are not allowed to place their hands on another inmate. Fighting will not be tolerated, and may result in criminal charges as well as discipline.

PCJ0000657

16. Inmates should not barter, trade, gamble, etc. Transfer of property or funds from one inmate to another is not allowed. Communication between pods is prohibited. Talking through pass through doors or passing notes between pods may result in disciplinary procedures.

17. Inmates are required to pick up their own meal tray upon delivery. Inmates refusing to eat must do so personally. Inmates failing to come to the pass through in time during meal pass may miss that meal. Any food not eaten will be returned on the tray. Food and drink items are **not** to be kept for later consumption. When finished eating, utensils will be put back in the tray, or kept separate from your breakfast bag when done. Cartons used for food distribution with any meal will not be allowed to be kept in an inmate's property (Styrofoam cups, juice cups, etc.)

18. Inmates are not allowed to sit or loiter on the mezzanine (upper) level, and are not to drop, lower, suspend, hang anything from it. Inmates may not dangle/hang from fixtures, railing, security bars, etc. Inmates are not allowed to stand on tables, table seats or chairs and may not sit on the tables. No exercising of any kind is allowed on the stairway.

19. Inmates are required to produce, upon officer's request, the I.D. bracelet issued at the time of booking. Intentionally destroying the bracelet or losing it can result in a charge of $5.00 for a replacement.

20. Your person, your property, and your cell/pod may be searched at random. You do not have a right to be present during property or cell/pod searches. You may remove your legal mail during the search after a jail officer inspects it. Any items from the medication cart which are designated for one time use may be confiscated. Hand made property containers/frames such as those made from playing cards or candy wrappers may also be confiscated.

21. Intercoms are not to be used to disrupt/distract/harass officers. Discipline may result from such behavior.

22. Inmates are required to follow orders/instructions from staff, as well as the rules.

23. When ordered by staff to lockdown, immediately move to your assigned cell/bunk and stay there until an officer authorizes you to come out. Failure to immediately comply with this order may result in loss of privileges.

24. Officers may restrict privileges and or/ lock down an inmate for up to 24hrs without a formal hearing for violations of the jail rules. Staff may determine that a major rule violation be punished with a sanction normally reserved for a minor rule offence.

## VOLUNTARY JAIL PROGRAMS

Inmates will be given an opportunity to sign up for jail programs that take place throughout the week. A sign up sheet/contract is handed out at Booking and inmates may sign up for programs they wish to attend.

Max inmates are only allowed to sign up for 1 on 1 on Fridays.

Program participation is mandatory if signed up.

Inmates are required to sign a Jail Programs Contract at the time of signing up for any programs.

Any inmate violating this contract may be suspended from programs for up to 30 days. The following is a list of current programs

| | |
|---|---|
| Monday: | A.A. (Alcoholics Anonymous) |
| Tuesday: | Christian Motorcycle Association |
| Wednesday: | Women's Support Group |
| Thursday: | Jail Ministry Bible Study |
| Friday: | Jail Ministry One on One |
| | Therapy dog and Volunteer |
| | Jehovah Witness |
| Sunday: | Gideon's Bible Study |
| | Sunday Night Church |

Additional programs may become available at various times throughout the year. These special programs will be offered to inmates of Minimum status only. Participation in these programs will not be mandatory and not subject to a Program Contract. Inmates will be provided with a sign-up sheet for each additional special program.

PCJ0000660

## Major Rule Violations

a. Repeated or Habitual Violation of Minor Rules
b. Tampering with Security or Safety Equipment
c. Misuse of Jail Property
d. Vandalism
e. Use of Obscene language
f. Attempting to Commit Aiding and/ or Abetting
g. Manufacture/possession of Intoxicants or Contraband Drugs
h. Lying to staff
i. Possession or Smuggling of Contraband
j. Escape
k. Assault on Staff or any Person
l. Sexual Assault
m. Arson
n. Abduction
o. Rioting/Disorderly Conduct
p. Disobeying a Direct Order
q. Extortion
r. Indecent Exposure
s. Interfering with Security Operations
t. Interfering with Inmate Count
u. Misuse of Medication
v. Possession of a Weapon
w. Using or Possessing Unauthorized Equipment or Tools
x. Arrest for Charges Incurred During Incarceration
y. Use of Alcohol or Non-Prescribed, Illicit Drugs during period of incarceration
z. Refusal to provide blood, DNA, urine, or breath samples
aa. Bribery of a Staff member
bb. Theft/Stealing
cc. Tattooing

## Violation of Major Rules

Penalties for Major Rule Violations will be limited to the following, and require a formal hearing unless waived:

- Disciplinary Segregation for a period greater than 24 hours.
- Loss of one or more privileges for up to 30 days.  (T.V. visits etc)
- Loss of Canteen – except hygiene and writing materials
- Restitution for damages
- Criminal Charges
- Re-classification
- Loss of good time
- Request to court for revocation of Huber Privileges
- Any combination of the above

## Minor Rule Violations

a. Excessive Noise
b. Disruptive Behavior
c. Failure to Maintain Personal Hygiene or failure to shower at least 3 times per week.
d. Failure to keep clothing, bedding, and cell area as clean as possible
e. Failure to keep pod dayroom and shower area as clean as possible.
f. Accumulation of trash or perishable food items.
g. Violation of Dress Code
h. Littering – within or outside the facility
i. Posting any item on the walls, lights, or other facility fixtures
j. Loitering or standing on the mezzanine level walkway
k. Loitering or standing behind the dayroom stairwells
l. Loitering or sitting on the stairs
m. Hoarding
n. Unauthorized use of the telephone
o. Encroachment
p. Bringing mattresses, bedding and other items that should remain in an inmate's individual cell into the day room
q. Unauthorized Communication (including note passing)
r. Gambling (including making poker chips from cutting cards in half)
s. Monopolizing General Use of Recreation Equipment.
t. **Any THREE Minor rule violations may equal a Major violation**

## Violations of Minor Rules

An Officer witnessing or gaining knowledge of an incident involving violations of minor jail rules may immediately discipline the offending inmate by:

- Verbal Warning
- Temporarily restricting that inmate's privileges (T.V., canteen, etc.)
- Placing the inmate on Disciplinary Segregation for 24 hours
- Restitution for damages
- Write up for re-classification

**If placed on disciplinary segregation an inmate will be allowed a washcloth, handsoap, toothbrush, toothpaste and a bible or religious text.**

**You may also face criminal charges for displaying/engaging in behavior that is otherwise defined as criminal by law.**

PCJ0000658

## COMMISSARY

You are allowed to purchase hygiene items from commissary one time a week. If you have money in your inmate account, you will be allowed to place orders using the kiosk on Tuesdays. Plan ahead and have money deposited accordingly. Commissary will normally be distributed on Thursdays. You are not allowed to have more than twenty (20) food items and thirty (30) drink items in your cell at a time. Any more than this amount will be considered hoarding.

Inmates serving time on a Probation Hold or serving a sentence for a Judgment of Conviction will be charged a $25.00 Sentenced Inmate Housing Fee.

## VISITING

You must list your visitors on the form provided. All visitors are subject to jail approval.

Minimum and Medium inmates will be allowed two, twenty five minute visits per week.

Maximum Inmates will be allowed one twenty five minute visit per week.

Visiting hours are:

- Females:   Wed & Thurs.   1800 – 1900 hrs   Sat 1300 – 1400 hrs
- Males:   Wed & Thurs.   1900 – 2100 hrs   Sat 1400 – 1600 hrs

You may be allowed to change your visiting list after ninety (90) days of incarceration at this facility.
All visits are scheduled no later than 2000hrs (8:00 p.m.) the day before the scheduled visit.

## HAIRCUTS

Inmates may personally request to use the jail owned clippers on the first
Sunday of each month at 0700 med pass.  Jail officers will determine the
exact time of use based on the jail's activities for the day.  At the time of
use the inmate will be provided with one sanitized single cut clipper.
Guide comb attachments and scissors will not be provided.  Only one
inmate will be allowed to use the clipper at a time.  Each inmate is
responsible for his individual haircut and clean up.  If the inmate is using
the clippers in an unsafe manner, using the clippers for a purpose other
than what it is intended for, or for any reason an officer sees fit, the inmate
will have the clippers taken away and may lose the privilege indefinitely.

If an inmate would like to purchase a haircut they may do so by filling out
a general request asking to have their name added to the list.  The jail's
stylist is contacted when we have enough inmates on the list with funds in
their inmate account.  This is not done on a routine basis rather dictated by
inmate interest.  Indigent inmates may be given a haircut after 90 days of
incarceration.

## MAIL

You will be allowed to send and receive mail, limited only by content
and/or ability to pay for postage.  Indigent inmates will be provided two
(2) stamps per week and reasonable postage for legal correspondence.

The only allowable items through the mail will be letters, acceptable
magazines, money orders, cashier's checks, or personal checks.  Cash will
be accepted at our lobby kiosk.  Socks, underwear (new in un-opened
package), prescriptions, reading glasses and a bible will be accepted at the
jail service window.

Mail addressed to an attorney will not be held at the jail service window
for pick up by the visiting attorney's.  All legal mail will need to be
handled through the US Postal System and will require the correct postage
and mailing address.

PCJ0000659

# GRIEVANCE PROCESS

Step One- Submit Initial Grievance
>An officer will attempt to resolve the matter personally. If unable to do so, the form will be forwarded to a Supervisor.

Step Two- Initial Grievance Response
>A written response will be provided to the inmate within 5 days of receipt of Grievance.

Step Three- Submit Appeal
>If the inmate does not feel the problem is resolved, the inmate may appeal the grievance. The inmate will submit a Grievance Form detailing the grievance and appeal within 48 hours of receiving the initial grievance response.

Step Four- Appeal Response
>The Jail Administrator will investigate and respond to the inmate, in writing, within 10 working days. This will be the final decision of the grievance process within the facility.

Step Five- Appeal to the Sheriff

Every inmate has the right to be safe from sexual abuse and harassment. No one has the right to pressure you to engage in sexual acts. If you are being pressured threatened, or extorted for sex, you should report this to staff immediately.

Todo recluse tiene el derecho a estar protegido del abuso sexual. Nadie tiene el derecho a presionarlo para que se envuelva en actos sexuales. Si lo están presionando, amenazando o extorsionando por sexo, usted debe reporter esto al personal.

## INMATE CLASSIFICATION
## AND HOUSING

All Polk county inmates are housed according to their classification at booking. Within 48 hrs of your booking a classification officer will review your initial classification and your status is subject to change. Classification of inmates at intake is based on a point system consisting of past criminal history, felony convictions, severity of current charges, past behavior issues and stability factors.

**Minimum Security Inmates** will be given some additional privileges not afforded medium or maximum inmates. These include the ability to have 2 visits per week and full access to current and future jail programs. 2 late nights will be offered per week. Additional TV channels are also provided.

**Medium Security Inmates** will also be allowed 2 visits per week and somewhat limited access to jail programs. One late night per week based on inmate behavior and at officer discretion. Housing will be in a separate part of the jail from minimum inmates. Limited TV channels are provided.

**Maximum Security Inmates** will be offered one visit per week. You will not be allowed to attend group programs, only the Friday morning One on One. 5 TV channels are provided. Maximum Security inmates will be housed separately from all other inmates.

Classifications for Medium and Maximum inmates will be reviewed on a 14 day basis. Your classification and housing may be upgraded, depending on your behavior and your ability to get along with others. Inmates will be given a printed notice of classification after each 14 day cycle. Inmates have no need to ask jail staff about reclassification. Classification Officers or Jail Sergeants will inform inmates of their status. Any requests turned in regarding classification will be discarded.

**Your housing and privilege status during your incarceration is primarily up to you. Inmates able to follow the rules and lawful directives of the jail staff will find that their status will improve. Those that cannot follow the rules will find their privileges and housing options restricted. You are responsible for your own behavior and you are ultimately responsible for the conditions of your stay at the Polk County Jail.**

PCJ0000655

## OTHER GENERAL RULES

- Treat people the way you would like to be treated.
- If you don't have something nice to say, don't say it.
- Listen as much as you talk.
- Keep your hands to yourself.
- Apologize when you make a mistake.
- Treat all Staff, Volunteers, and Inmates with respect.
- Stay away from the glass at all times.

## OTHER INFORMATION

Polk County Jail
1005 W Main St. Suite 900
Balsam Lake WI 54810
715-485-8370

Wisconsin State Public Defender's Office
2100 O'Neil Rd Suite 400
Hudson, WI 54016
715-386-4360

Polk County Probation and Parole
941 Mallard Ln. Suite 105
Balsam Lake, WI 54810

Securus (Phone service provider)
1-800-844-6591

Edited 9/23/13