Polk County Jail
Policy and Procedures Manual

I.   Inmate Rights, Rules, and Discipline

### I-300  INMATE RULES

**Wisconsin Jail Standards:  DOC 350.24**

Effective Date: _____ Feb 3, 2003          Revision Date: _____ 5/16/03, 3/12/05, 1/22/11

I.  **POLICY**

   It is the policy of the Polk County Jail to establish rules governing inmate behavior, for the purpose of maintaining order and discipline in the facility.

II.  **GENERAL INFORMATION**
   A.  All inmates admitted to the Polk County Jail shall be provided a copy of inmate rules at the time of booking.
   B.  Inmates that cannot read must make that point known, so that a staff member can read the rules to them.
   C.  All inmates are subject to, and accountable under, the facility rules.

256

EXHIBIT B

PCJ0000916

## POD/HOUSING RULES

1. All inmates will awaken and stand quietly for morning headcount. Med/Max security inmates are to stand in front of their cell until headcount is over. Min/Huber inmates are to stand along the wall of the dayroom until headcount is over. Full uniform is to be worn properly during headcount.
2. Bunks will be made properly immediately following morning headcount and remain so until evening headcount. A picture display is posted in each pod-- both sheets flat the length of the bunk and blanket on top, tucked in. If bunks are found to be made improperly during the day bedding may be taken out of the cell until lockdown. Huber inmates that work the night shift will be allowed to sleep under their bedding during the day. Other inmates will be allowed to sit or lay on bunks, but will not be allowed under sheets or blankets.
3. Cleaning supplies will be put into the pods following morning headcount. All inmates will participate in cleaning the pod and personal cell area daily. Utilities and privileges (phone, T.V., visiting, and programs) will not be turned on, or allowed, until pods and cells pass inspection by a jail officer. Failure to comply will result in the loss of above.
4. Med/Max pod inmates are not to be in another inmate's cell for any reason. Min pod inmates may not have more than one inmate on a bed at a time. Sleeping areas are not to be used for socializing. Inmates are not allowed to change bunks or move to another cell without an officer's approval.
5. Mattresses, blankets, sheets, towels, and/or washcloths are not allowed in the dayroom.
6. All personal property is to be stored in a plastic tote for med/max inmates or in a sliding drawer in minimum. If an inmate has excessive property that will not fit into a tote or drawer it will be put into their property bag or Huber locker. Items left on empty bunks or in spare drawers will be taken. No personal items are to be hung anywhere in an inmate's cell or on their bunk. Pictures and other personal items may not cover any part of the window in an inmate's cell.
7. Inmates are expected to maintain personal hygiene. Showers are to be completed in a timely fashion DAILY and are allowed from 0700 – 1000hrs.
8. Razors may be requested from an officer during 0700 meds. Inmates must request their own razor personally. Razors will be picked up ½ hour after being handed out. Inmates may not give their razor to another inmate to use for any reason. Damaging or destroying a razor may result in loss of razor privileges.
9. Medications are administered four times daily: approximately 0700, 1100, 1600 and 2100 hrs. Inmates may be required to show the officer their jail issued medical I.D. bracelet for verification prior to administering any medication. Inmates taking medication are required to have a cup of water with them, and drink it after taking medication. Inmates will be required to open their mouths to show that medication has been taken. Inmates are required to come to the door for their meds. Failure to do so will be noted

257

as a refusal and will be documented as such. Inmates wishing to see the jail nurse for an illness must fill out a Non-Emergency Medical Request Form and turn it in to an officer. You will be charged a $5.00 co-pay for seeing the nurse.

10. Jail uniform consists of shirt, pants and sandals. Uniforms shall be worn throughout the day (exceptions: sandals need not be worn if laying on bunk, shirt may be off for 60 consecutive minutes per day for workout purposes). If you have been issued a white T-shirt the jail uniform top must be worn over the top of it. Uniforms must fit and be worn properly (shirt/pants right side out, pants cuffed to the ankle, sandals on), and nothing worn on the head.

11. Uniforms/towels are exchanged twice weekly. Sheets are exchanged weekly. Blankets are exchanged monthly. Inmates are required to exchange these items when clean items are offered. Jail Officers will determine appropriate size uniform. Upon release you must provide the jailer with the proper amount of sheets/towel/washcloth you were given upon booking. You may be billed for lost or missing items. It is YOUR responsibility.

12. Supply cart is done Monday & Thursday. Inmates may only request items that are needed, and that they are unable to purchase through commissary (toilet paper, tampons, etc.). Staff will determine indigent status, and those inmates will be able to request hygiene items as well as 2 envelopes and writing paper. General Requests and Non Emergency medical forms are available on the cart as well. It is the responsibility of the inmate to retrieve the forms from the cart.

13. Lights, vents, windows, etc., are not to be covered/obstructed. No items are allowed to be hung from, stuck to, or drawn on bunks, doors, walls, windows, or tables. Inmates that damage or draw on any portion of the facility may face criminal charges as well as disciplinary procedures.

14. Inmates are not to steal or tamper with jail property, or property of another inmate. Criminal charges may result from such behavior, as well as discipline.

15. Running, horseplay, yelling, whistling, or profanity, causing a disturbance of any kind, or disrupting the operations of the jail is not allowed. This includes the throwing or kicking of items. Inmate's are not allowed to place their hands on another inmate. Fighting will not be tolerated, and may result in criminal charges as well as discipline.

16. Inmates are not allowed to barter, trade, gamble, etc. Transfer of property or funds from one inmate to another is not allowed. Communication between pods is prohibited. Talking through pass through doors or passing notes between pods may result in disciplinary procedures.

17. Inmates are required to pick up their own meal tray upon delivery. Inmates refusing to eat must do so personally. Inmates failing to come to the pass through in time during meal pass may miss that meal. Any food not eaten will be returned on the tray. Food and drink items are not to be kept for later consumption. When finished eating, utensils will be put back in the tray, or kept separate from your breakfast bag when done. Cartons used for food distribution with any meal will not be allowed to be kept in an inmate's property (Styrofoam cups, juice cups, etc.)

PC I0000918

18. Inmates are not allowed to sit or loiter on the mezzanine (upper) level, and are not to drop, lower, suspend, or hang anything from it. Inmates may not dangle/hang from fixtures, railings, security bars, etc. Inmates are not allowed to stand on tables, table seats, or chairs and may not sit on the tables.
19. Inmate's are required to produce, upon officer's request, the I.D. bracelet issued at the time of booking. Intentionally destroying the bracelet or losing it can result in a charge of $5.00 for a replacement.
20. Your person, your property and your cell/pod may be searched at random. You do not have a right to be present during property or cell/pod searches. You may remove your legal mail during the search after a jail officer inspects it.
21. Intercoms are not to be used to disrupt/distract/harass officers. Discipline may result from such behavior.
22. Inmates are required to follow orders/instructions from staff, as well as the rules.
23. When ordered by staff to lockdown, immediately move to your assigned cell/bunk and stay there until an officer authorizes you to come out. Failure to immediately comply with this order may result in loss of privileges.
24. Officers may restrict privileges and/or lockdown inmates for up to 24 hours without a formal hearing for violation of jail rules. Staff may determine that a major rule violation be punished with a sanction normally reserved for a minor rule offence.

Form 1-301