Polk County Jail
Policy and Procedures Manual

G.   Inmate Programs

**G-400  LIBRARY**

**Wisconsin Jail Standards:  DOC 350.26**
**Wisconsin State Statutes:  19.35(3)**

**Effective Date:** ____Feb 3, 2003          **Revision Date:** _____5/16/03, 3/27/04

**I.   POLICY**
It is the policy of the Polk County Jail to promote the constructive use of idle time by providing adequate reading materials to inmates.

**II.  PROCEDURES**
   A.   Books-by-Mail
       1.   Inmates will be allowed to utilize the Books-by-Mail service provided by the Polk County Library Federation. Each pod unit will be supplied with order forms, and catalogues as available, to use in placing orders. These orders will be included in the outgoing mail, and are transmitted through inter-office mail.
       2.   Inmates may not keep books ordered through the library, and are responsible to the library for any loss or damage.
   B.   Restriction on Reading Materials
       1.   Inmates shall be allowed to keep a reasonable amount of reading materials in the cells/pods. Restrictions may be imposed so as to minimize fire hazards and prevent clutter within the cells.
       2.   Materials shall not be allowed which appear to present a threat to the security of the jail. This might include publications on escape, arson, riot, production of weapons, or other such materials.
       3.   Materials may not be allowed which are pornographic or prurient nature. This might include publications illustrating human sexuality, bestiality, child pornography, etc.
       4.   Jail Administration shall have the final say as to whether or not particular materials will be allowed.
       5.   Inmates may not have subscriptions sent to the Polk County Jail.
   C.   Jail Library
       1.   Book inventory will be maintained through donations.
       2.   All donations of books, from inmates or the public, will be routed to the jail library, where they will be inspected for placement into the available inventory, if approved.
       3.   Officers will return damaged or excessively worn books to the library.
       4.   Bibles and Korans will be included in the library for distribution, if requested by an inmate.
       5.   Inmates found to have damaged books or equipment belonging to jail library will be handled in accordance with Policy and Procedures I-400, Inmate Discipline.
   E.   Legal Research

193


EXHIBIT E

1. Inmates must fill out an Inmate Request Form and submit it to an officer when requesting access to legal research materials, such as Wisconsin Statutes and Administrative code. Inmates may keep materials as long as necessary, unless there is a demand for the materials by another inmate.
2. Officers will be responsible for ensuring that legal materials borrowed by inmates are returned in a timely fashion.
3. Requests for copies of legal material will be directed to the shift supervisor on an Inmate Request Form.
4. Inmates will not be allowed to request copies for other inmates.
5. If being represented by an attorney, the inmate must make all requests for legal materials to that attorney.