G.    Inmate Programs

**G-500  EXERCISE AND RECREATION**

**Wisconsin Jail Standards:  DOC 350.25**

**Effective Date:** ____Feb 3, 2003         **Revision Date:** 5/16/03, 3/27/04, 2/25/07, 1/22/11

I. **POLICY**
   It is the policy of the Polk County Jail to provide inmates with access to leisure and exercise time activities, for the purpose of maintaining physical, emotional, and social health.

II. **GENERAL INFORMATION**
   A. An inmate's classification status will determine his/her allowable recreation privileges.
   B. All activities are subject to the limitations for safety and security of the facility.
   C. The dayroom of each pod will be available to inmates, based on classification, from morning to night, seven days a week, for leisure activities such as television, board games, puzzles, cards, and reading.  Exceptions would be during regularly scheduled daily activities, which include cleaning, meals, and lockdowns.
   D. All activities will cease approximately five (5) minutes before meals are served.  Activities may be resumed after meal clean up is complete.  Televisions may be left on.  If inmates do not comply with the officers during Head Counts or meal times, the television will be turned off until after the next meal.
   E. Inmates will be allowed to walk or do calisthenics in the pod dayrooms, if they are not disruptive to other inmates, and do not walk or exercise in front of the television area or during any time an activity is going on in the pod.
   F. Leisure activities will not be allowed until the pod passes daily inspection.
   G. Medical staff will determine if an inmate is ineligible for exercise-oriented recreation.  Medical staff will notify the Supervisor on duty, who will advise the appropriate officers.  This will also be logged on the daily log.
   H. Recreation privileges may be denied to inmates by staff based on classification, disciplinary, security, or medical reasons.
   I. Staff may terminate any recreation period, for an individual or group, if facility rules are violated.  A minimum of a verbal reprimand will accompany this action.  See Discipline Policy, I-400.
   J. Those inmates in Protective Custody and Administrative Segregation will have the same exercise and leisure time activities available to them as prescribed by the current Administrative Segregation guidelines.
   K. Those inmates in Disciplinary Segregation will have access to exercise and leisure activities for one (1) hour per day, seven (7) days a week, subject to the safety and security of the facility.
   L. All inmates are subject to pat-searches or strip-searches, as deemed necessary.
   M. Activities will not be allowed during times of lockdown.



    N. See policy H-1000, Huber Recreation.

**III. DEFINITIONS**
    A. **Television** – televisions will be provided in each general pod in the Polk County Jail.
    B. **Board Games, Puzzles and Cards** – board games and puzzles will not contain metal, wood, electronic, or other material that could compromise the security and safety of the jail and its inmates. Cards are available through commissary.
    C. **Exercise Room** – aerobic exercise will be allowed in the recreation/exercise rooms.

**IV. PROCEDURES**
    A. Television
        1. The staff will regulate television operation and usage time, according to facility schedule. Control Officers will turn on and off the televisions.
        2. The televisions will be turned off at lockdown (2215hrs).
        3. Television will **NOT** be provided in Disciplinary Segregation pods.
        4. Television is a privilege and, as such, may be restricted for disciplinary reasons.
        5. For minor violations of jail rules by several inmates in a pod, television privileges may be restricted for a maximum period of 24 hours. Staff may implement this discipline themselves. However, they must document such action with a report, and note it on the jail log.
        6. See also Policy and Procedures I-400, Inmate Discipline.
    B. Board Games, Puzzles and Cards
        1. Board games, puzzles, and one deck of cards may be supplied by the Polk County Jail for all pods, with the exception of Disciplinary Segregation pods.
        2. The pod dayroom tables and seating will be used for all approved leisure time activities, and will not interfere with normal pod operation.
        3. Board games, puzzles, and cards will be stored in each of the pod dayroom areas.
        4. At no time will any form of wagering or gambling be allowed.
    C. Multipurpose Rooms
        1. The multipurpose rooms may be for eligible inmates who meet classification requirements. See Policy and Procedures C-100, Classification.
        2. Multipurpose rooms should be searched before and after recreation time.
        3. Staff will escort inmates to and from the multipurpose rooms, based on classification.
        4. Available activities will include walking, calisthenics, aerobic exercise, shadow boxing, etc.
        5. All inmates in the multipurpose rooms will have respect for the other inmates' exercise space. No horseplay will be allowed.

6. Inmates will wear facility-issued uniforms and sandals while going to and from the multipurpose rooms, as well as while inside them.
7. Inmates may be pat-searched before and after going to the multipurpose rooms, at officer discretion.
8. The Floor/Utility Officer will generate an Incident Report if an inmate is injured during recreation. Officers will follow procedure as outlined in the Medical Services Policy and Procedures.

PCJ0003441