Polk County Jail<br/>Policy and Procedures Manual

C.     Safety and Security

| C-900  CORRECTIONS OFFICER POST ORDERS |
|---|

**Wisconsin Jail Standards:**

**Effective Date:** ____Feb 3, 2003          **Revision Date:** ___5/16/03, 3/22/04, 2/27/10, 1/22/11

I.   **POLICY**
The Polk County Jail shall create written orders for each position within the facility. These orders shall facilitate the daily operation of the facility and ensure inmate supervision and control.

II.  **DEFINITIONS**
   A. **Post Orders** – written orders outlining tasks to be performed by staff at specific times and locations.
   B. **Shift Turnover** – the off-going officer informs the on-coming officer of pertinent information regarding the previous shift or any areas of concern or problems relevant to the management of the pod, post assigned, or facility as a whole.
   C. **Shift Briefing** – a gathering of an on-coming shift and/or a shift supervisor for the relay of pertinent information, special assignments or activities that need to be performed on the upcoming shift:
      1. Post assignments
      2. Questions answered
      3. Notification of upcoming events
      4. Policy changes
      5. Major incidents
      6. Classification moves
      7. Other information necessary for staff to safely and effectively perform their duties.

III. **PROCEDURES**
   A. **General Post Order Information**
      1. Location of Post Orders
         a. Copies of post orders shall be available in the offices of the Jail Administrator, the shift supervisors and at each fixed post.
      2. Scope of Orders
         a. Post orders shall cite specific and general instructions for the operation of each post.
         b. Post orders cannot cover every incident or eventuality which may occur.
         c. Officer assigned to a specific post shall use good judgment and tact, and pay careful attention to detail in



PCJ0003330

      discharging their duties.
    d. Questions regarding specific post orders should be directed to a shift supervisor immediately.
  3. Utilization of Orders
    a. All officers and supervisors shall use the post orders to familiarize themselves with the extent and duties of the post and stay abreast of changes that occur in operation or duties of the post.
  4. Changes to Post Orders
    a. Officers are encouraged to submit, in writing, a list of changes that have occurred (in their opinion) in the operation of specific posts.
    b. The shift supervisors will edit the suggestions and submit to the Jail Administrator for review and/or action.
    c. No changes will be made in any post order without the approval of the Jail Administrator.
  5. Security of Post Orders
    a. Post orders are for the exclusive use of facility personnel and shall, at no time, for any reason, be shown to inmates or persons who are not authorized.
  6. Relationship to Overall Division Policy and Procedure Manual
    a. Post orders are intended to provide an outline description of the duties and tasks affiliated with each post.
    b. Flexibility of staff and operations is a necessity for the safe, secure and orderly operation of the facility.
    c. For detailed information on how specific procedures are carried out, officers must refer to the specific section of the facility policy and procedure manual for direction.
  7. Post Coverage
    a. The posts covered by the procedure include:
      1. Huber Officer (C-901)
      2. Shift Supervisor (C-902)
      3. Master Control (C-903)
      4. Floor Officer (C-904)
      5. Secure Control (C-905)
      6. Minimum Control (C-906)
      7. Booking Officer (C-907)
      8. Utility Officer (C-908)
  8. Shift Supervisor
    a. Functions with the responsibility and authority of the Shift Supervisor.
    b. Assists and relieves line officers with routine duties, such as booking, releasing and supervising inmates.

**B.**  **Policy for Staffing Post Positions**
  1. To ensure inmate control and the safe operation of the facility, the

following shall be implemented:
a. All personnel shall arrive at their assigned post position at the start of their assigned shift.
b. Each officer assigned to a post position shall remain on their post until relieved by the Shift Supervisor or the officer assigned to the post.
c. It shall be the responsibility of all officers to conform to Wisconsin Jail Standards.
d. Each officer shall remain at the post position at all times, unless there is an emergency at another area with the facility, or their duties require assisting other positions.
e. Each officer shall make routine checks of cell blocks and post position areas for any unusual occurrence and document such event(s).
f. Each officer shall maintain an up-to-date log of cell checks. Cell checks should be attempted every 30 minutes.
g. In the absence of Jail Medical Personnel, each officer shall be responsible for distributing medications and logging the event. Medications shall be distributed according to state standards (DOC 350.20).
h. No officer shall pass items from one pod to another for inmates.
i. No officer shall place any chemical cleaning agent into a pod, other than the approved cleaning supplies, without authorization.
j. Each officer shall read this policy and sign a statement that he/she understands the policy and shall abide by the policy.

**Polk County Jail**

I have read the policy concerning the Post Orders of the Polk County Jail. I further understand that if I fail to abide by these policies, my employment could be suspended or terminated, or I could be prosecuted for any violations of law.

_____          _____
Officer's Signature                                              Date

PCJ0003332