Polk County Jail
Policy and Procedures Manual

C. Safety and Security

**C-902  SHIFT SUPERVISOR POST ORDERS**

**Hours of Duty:**

**Days:**

    Sunday through Saturday

**Equipment:**
| | |
|---|---|
| Badge | Black Pen |
| Portable Radio | Handcuffs with Case |
| Handcuff key | Latex Gloves |
| Name Plate | |

**GENERAL INSTRUCTIONS**
1. The Shift Supervisor must report in full duty uniform.
2. Read and follow shift supervisor post orders.
3. Complete logs and necessary reports before going off duty.
4. Provide back-up to other officers as needed.
5. Know emergency evacuation procedures for the facility.
6. Supervisors may deviate from general orders under emergency situations, or as they deem necessary, or as directed by command staff.
7. Times noted on the Post Orders are approximate and subject to change depending on availability of staff, security needs and exigent circumstances.
8. Read and follow jail and departmental policy and procedure.

**SCHEDULED DUTIES**
    **First Shift:**

    **Second Shift:**

    **Third Shift:**

**NON-SCHEDULED DUTIES**
1. Assist officers as necessary.
2. Ensure that other duty posts are being manned as directed by the Jail Administrator, and that the duties are being carried out as outlined in the appropriate Post Orders.
3. Ensure that jail staff are performing their duties as outlined in Policy and Procedure manual, and correct any deficiencies.
4. Ensure completion of tasks assigned by the Jail Administrator.


EXHIBIT H

PCJ0003336

**Signatures:**

_____        _____
**Sheriff**                           **Date**


_____        _____
**Jail Administrator**                **Date**


I, _____, hereby acknowledge receiving a copy of the duties and responsibilities required by this post (Shift Supervisor). I understand the duties, procedures and responsibilities set forth by this post.


_____        _____
**Officer's Signature**               **Date & Time**

PCJ0003337