Polk County Jail  
Policy and Procedures Manual

C.  Safety and Security

### C-903 MASTER CONTROL POST ORDERS

**Hours of Duty:**

    First Shift:    0600-1430  
    Second Shift: 1400-2230  
    Third Shift:    2200-0630

**Days:**

    Sunday through Saturday

**Equipment:**

| | |
|---|---|
| Badge | Black Pen |
| Portable Radio | Handcuffs with Case |
| Handcuff key | Name plate |
| Latex Gloves | |

**GENERAL INSTRUCTIONS**

1. The Master Control Officer must report in full duty uniform.
2. Read and follow Master Control Officer post orders.
3. Complete logs and necessary reports before going off duty.
4. Know emergency evacuation procedures for the facility.
5. Inspect the condition of all jail equipment at that post.
6. Officers may deviate from general orders under emergency situations and/or at the direction of the shift supervisor or other command staff.
7. Times noted on the Post Orders are approximate and subject to change depending on availability of staff, security needs and exigent circumstances.
8. Read and follow jail and departmental policy and procedure.

**SCHEDULED DUTIES**

    First Shift:    0600-1430

| | |
|---|---|
| 0600 | Shift Briefing |
| 0615 | Shift change on post |
| | Exchange radio |
| | Read shift log on JMS |
| | Visually inspect Master Control area with off-going officer |
| 0615-1415 | Operate controls for the jail as necessary |
| 1400 | Prepare for shift change |
| 1415 | Exchange radio |
| 1430 | Off duty |



EXHIBIT I

PCJ0003338

### Second Shift: 1400-2230

| | |
|---|---|
| 1400 | Shift Briefing |
| 1415 | Exchange radio |
| 1415-2200 | Operate controls for the jail as necessary |
| 2200 | Prepare for shift change |
| 2215 | Exchange radio |
| 2230 | Off duty |

### Third Shift: 2200-0630

| | |
|---|---|
| 2200 | Shift Briefing |
| 2215 | Exchange radio |
| 2230 | Assume control of the Minimum Pod. |
| 2230-0600 | Operate controls for the jail as necessary |
| 0600 | Prepare for shift change |
| 0615 | Exchange radio |
| 0630 | Off duty |

## NON-SCHEDULED DUTIES

1. Run warrant/driver status checks on TIME System as required.
2. Check TIME System for criminal history information as required.
3. Provide District Attorney's office information on inmates with new charges, as required.
4. Provide Public Defender's office information on inmates with new charges, as required.
5. Contact Probation and Parole office as required.
6. Maintain line of communication with the Communications Center regarding information on persons in custody (new arrests, TTY's, etc).
7. Monitor closed-circuit television system, watching for unusual activity.
8. Monitor closed-circuit television system to identify persons requesting entry into the secured portion of the facility.
9. Maintain communication with other posts to ensure smooth operation of facility.
11. Operate facility controls as required.
12. Report to the Shift Supervisor as required.
13. Clean/maintain area and equipment as needed.

PCJ0003339

**Signatures:**

_____   _____
**Sheriff**                       **Date**


_____   _____
**Jail Administrator**            **Date**


I, _____, hereby acknowledge receiving a copy of the duties and responsibilities required by this post (Master Control). I understand the duties, procedures and responsibilities set forth by this post.



_____   _____
**Officer's Signature**           **Date & Time**

PCJ0003340