Polk County Jail
Policy and Procedures Manual

C. Safety and Security

**C-904   FLOOR OFFICER POST ORDERS**

**Hours of Duty:**

    **First Shift:** 0600-1430
    **Second Shift:** 1400-2230
    **Third Shift:** 2200-0630

**Days:**

    Sunday through Saturday

**Equipment:**

| | |
|---|---|
| Badge | Post Keys |
| Black Pen | Portable Radio |
| Handcuffs with Case | Handcuff key |
| Name Plate | Latex Gloves |

**GENERAL INSTRUCTIONS**
1. The Floor Officer must report in full duty uniform.
2. Read and follow floor officer post orders.
3. Complete logs and necessary reports before going off duty.
4. Provide back-up to other officers as necessary.
5. Know emergency evacuation procedures for the facility.
6. Inspect the condition of all jail equipment at that post.
7. Officers may deviate from general orders under emergency situations and/or at the direction of the shift supervisor or other command staff.
8. Times noted on the Post Orders are approximate and subject to change.
9. Read and follow jail and departmental policy and procedure.

**SCHEDULED DUTIES**
    **First Shift:** 0600-1430

| | |
|---|---|
| 0600 | Shift Briefing |
| 0615 | Shift change on post |
| | Exchange radio/keys |
| | Read shift log on JMS |
| | Wake up/lights on |
| | Head count |
| 0630 | Breakfast trays in |
| 0700 | Breakfast trays out |
| | Assist with medication delivery |



| | |
|---|---|
| 0800 | Cleaning supplies in (if needed) |
| 0830 | Cleaning supplies out (if needed) |
| 0900-1100 | Cell check |
| | Movement of inmates as required |
| 1100 | Assist with medication delivery |
| 1130 | Cell check |
| 1200 | Lunch trays in |
| 1230 | Lunch trays out |
| 1300-1330 | Assist in preparation of inmates for court appearances |
| | Cell check |
| 1330-1400 | Receive inmates from court and process according to disposition |
| 1400 | Prepare for shift change |
| 1415 | Exchange keys/radio |
| | Head count |
| 1430 | Off duty |

**Second Shift: 1400-2230**

| | |
|---|---|
| 1400 | Shift Briefing |
| 1415 | Shift change on post |
| | Exchange keys/radio |
| | Review shift log on JMS |
| | Head count |
| 1430 | Continue to process/house inmates returning from court |
| 1445 | Cell check |
| 1515 | Cell check |
| 1545 | Cell check |
| 1600 | Assist with medication delivery |
| 1630 | Cell check |
| 1700 | Dinner trays in |
| 1730 | Dinner trays out |
| 1730-2030 | Movement of inmates as required for programming |
| | Cell check |
| 2100 | Assist with medication delivery |
| 2130 | Cell check |
| 2200 | Prepare for shift change |
| 2215 | Exchange keys/radio |
| | Head count |
| 2230 | Off duty |

**Third Shift: 2200-0630**

| | |
|---|---|
| 2200 | Shift Briefing |
| 2215 | Shift change on post |
| | Exchange keys/radio |
| | Review shift log on JMS |

PCJ0003342

|           |                                          |
|-----------|------------------------------------------|
|           | Head count                               |
|           | Lights out                               |
| 2230-0545 | Cell check                               |
|           | Movement/housing of inmates as necessary |
| 0600      | Prepare for shift change                 |
| 0615      | Exchange keys/radio                      |
| 0630      | Off duty                                 |

**NON-SCHEDULED DUTIES**

1. Assist in movement of inmates to court, appointments, attorney visits, nurse visits, recreation, etc.
2. Make supplies available to inmates when necessary (toilet paper, paper, etc.).
3. Supervise inmates.
4. Inspect housing areas, and other areas accessible to inmates, for neatness, damage, contraband, etc.
5. Provide information pertinent to inmate files to Intake officer.
6. Maintain communication with Control officer to ensure smooth operation of the facility.
7. Report to Shift Supervisor as required.
8. Clean/maintain area and equipment as necessary.

**Signatures:**

_____        _____
**Sheriff**                           **Date**


_____        _____
**Jail Administrator**                **Date**


I, _____, hereby acknowledge receiving a copy of the duties and responsibilities required by this post (Floor Officer). I understand the duties, procedures and responsibilities set forth by this post.


_____        _____
**Officer's Signature**               **Date & Time**

PCJ0003343