Polk County Jail
Policy and Procedures Manual

C.   Safety and Security

**C-905  SECURE CONTROL POST ORDERS**

**Hours of Duty:**

    First Shift:   0600-1430
    Second Shift: 1400-2230
    Third Shift:   2200-0630

**Days:**

    Sunday through Saturday

**Equipment:**

| | |
|---|---|
| Badge | Black Pen |
| Portable Radio | Handcuffs with Case |
| Handcuff key | Name plate |
| Latex Gloves | |

**GENERAL INSTRUCTIONS**
1. The Secure Control Officer must report in full duty uniform.
2. Read and follow Secure Control Officer post orders.
3. Complete logs and necessary reports before going off duty.
4. Know emergency evacuation procedures for the facility.
5. Inspect the condition of all jail equipment at that post.
6. Officers may deviate from general orders under emergency situations and/or at the direction of the shift supervisor or other command staff.
7. Times noted on the Post Orders are approximate and subject to change depending on availability of staff, security needs and exigent circumstances.
8. Read and follow jail and departmental policy and procedure.

**SCHEDULED DUTIES**
    First Shift:   0600-1430

| | |
|---|---|
| 0600 | Shift Briefing |
| 0615 | Shift change on post |
| | Exchange radio |
| | Read shift log on JMS |
| | Visually inspect Secure Control area with off-going officer |
| | Wake-up/lights on |
| | Head count |
| 0630-1400 | Operate pod controls as necessary |
| 1400 | Prepare for shift change |

100



PCJ0003344

| | |
|---|---|
| 1415 | Exchange radio |
| | Head count |
| 1430 | Off duty |

**Second Shift:**     1400-2230

| | |
|---|---|
| 1400 | Shift Briefing |
| 1415 | Shift change on post |
| | Exchange radio |
| | Read shift log on JMS |
| | Visually inspect Secure Control area with off-going officer |
| | Head count |
| 1445 | Meal count to kitchen |
| 1445-2200 | Operate pod controls as necessary |
| 2200 | Prepare for shift change |
| 2215 | Exchange radio |
| | Head count |
| 2230 | Off duty |

**Third Shift:**     2200-0630

| | |
|---|---|
| 2200 | Shift Briefing |
| 2215 | Shift change on post |
| | Exchange radio |
| | Read shift log on JMS |
| | Visually inspect Secure Control area with off-going officer |
| | Head count |
| | Lights out |
| 2230-0600 | Operate pod controls as necessary |
| 0600 | Prepare for shift change |
| 0615 | Exchange radio |
| | Head count |
| 0630 | Off duty |

**NON-SCHEDULED DUTIES**
1. Operate pod controls as required.
2. Maintain communication with Floor Officer and Master Control Officer to ensure smooth operation of the facility.
3. Monitor closed-circuit television system.
4. Monitor the housing units and activity rooms (when occupied).
5. Give commands over the intercom to inmates in the housing units as required (headcounts, meals, medications, etc).
6. Report to the shift supervisor as required.
7. Clean/maintain area and equipment as needed.

PCJ0003345

**Signatures:**

_____   _____
**Sheriff**                       **Date**


_____   _____
**Jail Administrator**            **Date**


I, _____, hereby acknowledge receiving a copy of the duties and responsibilities required by this post (Secure Control). I understand the duties, procedures and responsibilities set forth by this post.


_____   _____
**Officer's Signature**           **Date & Time**

PCJ0003346