Polk County Jail
Policy and Procedures Manual

C.   Safety and Security

**C-906 MINIMUM CONTROL POST ORDERS**

**Hours of Duty:**

    **First Shift:**   0600-1430
    **Second Shift:** 1400-2230

**Days:**

    **Sunday through Saturday**

**Equipment:**

| | |
|---|---|
| Badge | Black Pen |
| Portable Radio | Handcuffs with case |
| Handcuff key | Name plate |
| Latex Gloves | |

**GENERAL INSTRUCTIONS**

1. The Minimum Control Officer must report in full duty uniform.
2. Read and follow Minimum Control Officer post orders.
3. Complete logs and necessary reports before going off duty.
4. Know emergency evacuation procedures for the facility.
5. Inspect the condition of all jail equipment at that post.
6. Officers may deviate from general orders under emergency situations and/or at the direction of the shift supervisor or other command staff.
7. Times noted on the Post Orders are approximate and subject to change depending on availability of staff, security needs and exigent circumstances.
8. Read and follow jail and departmental policy and procedure.

**SCHEDULED DUTIES**
    **First Shift:**   0600-1430

| | |
|---|---|
| 0600 | Shift Briefing |
| 0615 | Shift change on post |
| | Assume control of pod from Master Control |
| | Read shift log on JMS |
| | Visually inspect Minimum Control area |
| | Wake-up/lights on |
| | Head count |
| 0630 | Breakfast trays in |
| 0700 | Breakfast trays out |



EXHIBIT L

PCJ0003347

|       |                                       |
|-------|---------------------------------------|
|       | Medication delivery                   |
| 0800  | Cleaning supplies in (if needed)      |
|       | Meal count to kitchen                 |
| 0830  | Cleaning supplies out (if needed)     |
| 0845-0945 | Operate pod controls as needed    |
|       | Cell check                            |
| 1000-1100 | Operate pod controls as needed    |
|       | Cell check                            |
| 1100  | Medication delivery                   |
| 1200  | Lunch trays in                        |
| 1230  | Lunch trays out                       |
| 1230-1400 | Operate pod controls as needed    |
|       | Cell check                            |
| 1400  | Prepare for shift change              |
| 1415  | Exchange radio                        |
|       | Head count                            |
| 1430  | Off duty                              |

**Second Shift:        1400-2230**

| 1400  | Shift Briefing                        |
| 1415  | Shift change on post                  |
|       | Exchange radio                        |
|       | Read shift log on JMS                 |
|       | Visually inspect Minimum Control area with off-going officer |
|       | Head count                            |
| 1445  | Meal count to kitchen                 |
| 1500-1600 | Operate pod controls as necessary |
|       | Cell check                            |
| 1600  | Medication delivery                   |
|       | Cell check                            |
| 1700  | Dinner trays in                       |
| 1730  | Dinner trays out                      |
| 1800-2100 | Operate pod controls as necessary |
|       | Cell check                            |
| 2100  | Medication delivery                   |
| 2200  | Prepare for shift change              |
| 2215  | Head count                            |
|       | Lights out                            |
|       | Shift pod control to Master Control   |
| 2230  | Off duty                              |

**NON-SCHEDULED DUTIES**
1.   Operate pod controls as necessary.

104

PCJ0003348

2. Maintain communication with Floor Officer and Master Control officer to ensure smooth operation of the facility.
3. Monitor the housing units and activity rooms (when occupied).
4. Give commands over the intercom to inmates in the housing units as required (headcounts, meals, medications, etc).
5. Report to the shift supervisor as required.
6. Clean/maintain area and equipment as needed.

**Signatures:**

_____  _____
**Sheriff**                                      **Date**


_____  _____
**Jail Administrator**                           **Date**


I, _____, hereby acknowledge receiving a copy of the duties and responsibilities required by this post (Minimum Control). I understand the duties, procedures and responsibilities set forth by this post.


_____  _____
**Officer's Signature**                          **Date & Time**

PCJ0003349