UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

J.K.J.,

        Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT,
DARRYL L. CHRISTENSEN,

        Defendants.               Case No. 15-CV-428

## ANSWER TO SECOND AMENDED COMPLAINT
## AND AFFIRMATIVE DEFENSES

Defendant, Darryl L. Christensen, by Martin J. De Vries of Sager & Colwin Law Offices, S.C., answers plaintiff's 2nd Amended Complaint as follows:

1. Answering paragraph 1, this paragraph is a legal conclusion with no factual material. Thus, defendant cannot respond. Defendant denies all liability.

2. Answering paragraph 2, this paragraph is a legal conclusion with no factual material. Thus, defendant cannot respond. Defendant denies all liability.

3. Answering paragraph 3, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

4. Answering paragraph 4, this paragraph is a legal conclusion with no factual material. Thus, defendant cannot respond. Defendant denies all liability.

5. Answering paragraph 5, admits.

6. Answering paragraph 6, admits.

7. Answering paragraph 7, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

8. Answering paragraph 8, this paragraph is a legal conclusion with no factual material. Thus, defendant cannot respond. Defendant denies all liability.

9. Answering paragraph 9, this paragraph is a legal conclusion with no factual material. Thus, defendant cannot respond. Defendant denies all liability.

10. Answering paragraph 10, this paragraph is a legal conclusion with no factual material. Thus, defendant cannot respond. Defendant denies all liability.

11. Answering paragraph 11, defendant denies "sexual assault" and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

12. Answering paragraph 12, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

13. Answering paragraph 13, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

14. Answering paragraph 14, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

15. Answering paragraph 15, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

16. Answering paragraph 16, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

17. Answering paragraph 17, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

18. Answering paragraph 18, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

19. Answering paragraph 19, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

20. Answering paragraph 20, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

21. Answering paragraph 21, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

22. Answering paragraph 22, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

23. Answering paragraph 23, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

24. Answering paragraph 24, defendant denies taking advantage and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

25. Answering paragraph 25, defendant denies taking advantage and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

26. Answering paragraph 26, defendant denies "misconduct" and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

27. Answering paragraph 27, admits.

28. Answering paragraph 28, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

29. Answering paragraph 29, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

30. Answering paragraph 30, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

31. Answering paragraph 31, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

32. Answering paragraph 32, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

33. Answering paragraph 33, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

34. Answering paragraph 34, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

35. Answering paragraph 35, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

36. Answering paragraph 36, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

37. Answering paragraph 37, denies.

38. Answering paragraph 38, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

39. Answering paragraph 39, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

40. Answering paragraph 40, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

41. Answering paragraph 41, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

42. Answering paragraph 42, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

43. Answering paragraph 43, denies.

44. Answering paragraph 44, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

45. Answering paragraph 45, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

46. Answering paragraph 46, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

47. Answering paragraph 47, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

48. Answering paragraph 48, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

49. Answering paragraph 49, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

50. Answering paragraph 50, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

51. Answering paragraph 51, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

52. Answering paragraph 52, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

53. Answering paragraph 53, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

54. Answering paragraph 54, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

55. Answering paragraph 55, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

56. Answering paragraph 56, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

57. Answering paragraph 57, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

58. Answering paragraph 58, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

59. Answering paragraph 59, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

60. Answering paragraph 60, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

61. Answering paragraph 61, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

62. Answering paragraph 62, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

63. Answering paragraph 63, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

64. Answering paragraph 64, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

65. Answering paragraph 65, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

66. Answering paragraph 66, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

67. Answering paragraph 67, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

68. Answering paragraph 68, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

69. Answering paragraph 69, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

70. Answering paragraph 70, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

71. Answering paragraph 71, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

72. Answering paragraph 72, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

73. Answering paragraph 73, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

74. Answering paragraph 74, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

75. Answering paragraph 75, denies.

76. Answering paragraph 76, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

77. Answering paragraph 77, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

78. Answering paragraph 78, incorporates herein answers to paragraph 1 through 77 of the amended complaint.

79. Answering paragraph 79, denies.

80. Answering paragraph 80, denies.

81. Answering paragraph 81, denies.

82. Answering paragraph 82, denies.

83. Answering paragraph 83, denies.

84. Answering paragraph 84, denies.

85. Answering paragraph 85, denies

86. Answering paragraph 86, incorporates herein answers to paragraph 1 through 85 of the amended complaint.

87. Answering paragraph 87, denies.

88. Answering paragraph 88, denies.

89. Answering paragraph 89, denies.

90. Answering paragraph 90, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

91. Answering paragraph 91, denies.

92. Answering paragraph 92, incorporates herein answers to paragraph 1 through 91 of the amended complaint.

93. Answering paragraph 93, denies.

94. Answering paragraph 94, denies.

95. Answering paragraph 95, denies.

96. Answering paragraph 96, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

97. Answering paragraph 97, denies.

98. Answering paragraph 98, incorporates herein answers to paragraph 1 through 97 of the amended complaint.

99. Answering paragraph 99, denies.

100. Answering paragraph 100, denies.

101. Answering paragraph 101, denies.

102. Answering paragraph 102, denies.

103. Answering paragraph 103, denies.

104. Answering paragraph 104, denies.

105. Answering paragraph 105, denies.

106. Answering paragraph 106, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

107. Answering paragraph 107, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

108. Answering paragraph 108, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

109. Answering paragraph 109, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

110. Answering paragraph 110, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

111. Answering paragraph 111, denies.

112. Answering paragraph 112, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

113. Answering paragraph 113, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

114. Answering paragraph 114, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

115. Answering paragraph 115, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

116. Answering paragraph 116, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

117. Answering paragraph 117, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

118. Answering paragraph 118, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

119. Answering paragraph 119, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

120. Answering paragraph 120, denies.

121. Answering paragraph 121, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

122. Answering paragraph 122, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

123. Answering paragraph 123, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

124. Answering paragraph 124, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

125. Answering paragraph 125, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

126. Answering paragraph 126, is without knowledge or information sufficient to form a belief as to the truth of the allegations

127. Answering paragraph 127, denies.

128. Answering paragraph 128, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

129. Answering paragraph 129, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

130. Answering paragraph 130, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

131. Answering paragraph 131, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

132. Answering paragraph 132, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

133. Answering paragraph 133, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

134. Answering paragraph 134, incorporates herein answers to paragraph 1 through 133 of the amended complaint.

135. Answering paragraph 135, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

136. Answering paragraph 136, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

137. Answering paragraph 137, denies.

138. Answering paragraph 138, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

139. Answering paragraph 139, denies.

140. Answering paragraph 140, denies.

141. Answering paragraph 141, incorporates herein answers to paragraph 1 through 140 of the amended complaint.

142. Answering paragraph 142, denies.

143. Answering paragraph 143, denies.

144. Answering paragraph 144, denies.

145. Answering paragraph 145, denies.

146. Answering paragraph 146, denies.

147. Answering paragraph 147, incorporates herein answers to paragraph 1 through 146 of the amended complaint.

148. Answering paragraph 148, denies.

149. Answering paragraph 149, denies.

150. Answering paragraph 150, denies.

151. Answering paragraph 151, incorporates herein answers to paragraph 1 through 150 of the amended complaint.

152. Answering paragraph 152, denies.

153. Answering paragraph 153, denies.

154. Answering paragraph 154, denies.

155. Answering paragraph 155, denies.

156. Answering paragraph 156, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

157. Answering paragraph 157, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

158. Answering paragraph 158, incorporates herein answers to paragraph 1 through 157 of the amended complaint.

159. Answering paragraph 159, denies.

160. Answering paragraph 160, denies.

161. Answering paragraph 161, denies.

162. Answering paragraph 162, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

163. Answering paragraph 163, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

164. Answering paragraph 164, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

165. Answering paragraph 165, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

166. Answering paragraph 166, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

167. Answering paragraph 167, is without knowledge or information sufficient to form a belief as to the truth of the allegations and denies sexual assault and battery.

168. Answering paragraph 168, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

169. Answering paragraph 169, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

170. Answering paragraph 170, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

171. Answering paragraph 171, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

172. Answering paragraph 172, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

173. Answering paragraph 173, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

174. Answering paragraph 174, denies.

175. Answering paragraph 175, incorporates herein answers to paragraph 1 through 174 of the amended complaint.

176. Answering paragraph 176, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

177. Answering paragraph 177, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

## AFFIRMATIVE DEFENSES

As and for affirmative defenses to plaintiff's 2nd amended complaint, defendant Darryl L. Christensen submits the following:

1. Defendant is entitled to immunity from liability and suit pursuant to the doctrine of qualified immunity.

2. Plaintiff's claims are barred by *Parratt v. Taylor,* 451 U.S. 521 (1981).

3. Plaintiff has not alleged facts sufficient to support punitive damages.

4. Plaintiff may have failed to mitigate damages.

5. Plaintiff's amended complaint fails to state a claim upon which relief can be granted.

6. Some or all of plaintiff's claims may be barred by the statute of limitations.

7. Plaintiff failed to exhaust administrative remedies.

8. Plaintiff's claims are barred or limited by the provisions of 42 U.S.C. § 1997e(e) injury requirement.

9. Plaintiff's state law claims are barred by failure to comply with notice of claim provisions of Wis. Stats. §893.80 and subject to caps set forth therein.

10. The actions of defendant Darryl L. Christensen alleged in the Amended Complaint were not actions under color of state law.

## JURY DEMAND

Defendant demands a jury trial in this case.

16

Dated at Fond du Lac, Wisconsin, this 13th day of July, 2016.

        SAGER & COLWIN LAW OFFICES, S.C.
        Attorneys for Defendant,
        Darryl L. Christensen

***/s/ Martin J. De Vries***

        Martin J. De Vries
        State Bar No. 1032279

SAGER & COLWIN LAW OFFICES, S.C.
201 South Marr Street
P. O. Box 2068
Fond du Lac, Wisconsin  54936-2068
(290) 921-1320

17