UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

      Plaintiff,

  v.

POLK COUNTY, and
DARRYL L. CHRISTENSEN,                    Case No. 15-C-428

      Defendants,

WISCONSIN COUNTY MUTUAL INSURANCE
CORPORATION,

      Intervenor.

---

**NOTICE OF FIRM NAME CHANGE**

---

      PLEASE TAKE NOTICE that as of July 15, 2016, Whyte Hirschboeck Dudek S.C. has combined with Husch Blackwell LLP.  Whyte Hirschboeck Dudek S.C. is the current counsel of record for defendant Polk County in this matter.  As a result of the aforementioned combination, Husch Blackwell LLP will be the new counsel of record for Polk County.  Please update your system to reflect these changes, sending all documents to the undersigned at the new firm from the date of this notice forward.

12958047.1

Dated this 29th day of July, 2016.

                s/ Andrew A. Jones
Charles H. Bohl
Andrew A. Jones
Paul D. Cranley
Kurt M. Simatic

HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: 414-273-2100
Fax: 414-223-5000
Charles.Bohl@huschblackwell.com
Andrew.Jones@huschblackwell.com

33 East Main Street, Suite 300
Madison, WI 53701-1379
Telephone: 608-255-4440
Fax: 608-258-7138
Paul.Cranley@huschblackwell.com

20800 Swenson Drive, Suite 300
Waukesha, Wisconsin 53186
Telephone: 262-956-6200
Fax: 262-956-6210
Kurt.Simatic@huschblackwell.com

Attorneys for Polk County Sheriff's Department