# Personnel Training Listing

| Print Date/Time: | 04/27/2016 14:25 | From Date: | 02/01/2008 | | | | POLK COUNTY SHERIFFS OFFICE |
| Login ID: | scott.nargis | To Date: | 11/01/2014 | | | | ORI: WI0490000 |

| Personnel | Course | Start Date | End Date | Location | Instructor | Credit Hours | Other Hours | Status | Result |
|---|---|---|---|---|---|---|---|---|---|
| **0884 - CHRISTENSEN, DARRYL L** | | | | | | | | | |
| | CPR | 03/26/2008 | 03/26/2008 | | | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 01/01/2009 | 01/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | TASER X26 RECERT | 01/13/2009 | 01/13/2009 | | 1134 NARGIS | | | | |
| | TASER X26 RECERT | 01/20/2009 | 01/20/2009 | | 1134 NARGIS | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 02/01/2009 | 02/28/2009 | | | 2.50 | | COMPLETED | PASSED |
| | POSC | 02/11/2009 | 02/11/2009 | POLK COUNTY JAIL | 1134 NARGIS | | | | |
| | JAIL IN-SERVICE | 02/11/2009 | 02/11/2009 | | 1134 NARGIS | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 03/01/2009 | 03/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 03/11/2009 | 03/11/2009 | | 1134 NARGIS | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 04/01/2009 | 04/30/2009 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 05/01/2009 | 05/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 05/13/2009 | 05/13/2009 | POLK COUNTY JAIL | 1134 NARGIS | 2.00 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 05/13/2009 | 05/13/2009 | | 1134 NARGIS | | | | |
| | DAILY TRAINING | 06/01/2009 | 06/30/2009 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 06/17/2009 | 06/17/2009 | | 1798 HOFFERBER | 1.00 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 06/17/2009 | 06/17/2009 | | 1798 HOFFERBER | 1.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 07/01/2009 | 07/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 07/15/2009 | 07/15/2009 | | 1134 NARGIS | 1.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 08/01/2009 | 08/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 09/01/2009 | 09/30/2009 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 09/15/2009 | 09/15/2009 | | 1134 NARGIS | | | | |
| | DAILY TRAINING | 10/01/2009 | 10/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 11/01/2009 | 11/30/2009 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 12/01/2009 | 12/31/2009 | | | 2.50 | | COMPLETED | PASSED |
| | BLOODBORNE PATHOGENS | 12/09/2009 | 12/09/2009 | | | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 01/01/2010 | 01/31/2010 | | | 2.50 | | COMPLETED | PASSED |
| | PROFESSIONAL COMMUNICATIONS | 01/13/2010 | 01/14/2010 | | | 4.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 02/01/2010 | 02/28/2010 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 02/01/2010 | 02/28/2010 | | | 1.50 | | COMPLETED | PASSED |
| | TASER X26 RECERT | 02/01/2010 | 02/28/2010 | | | 2.00 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 02/16/2010 | 02/16/2010 | | 2156 LAVENTURE | 1.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 03/01/2010 | 03/31/2010 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 04/01/2010 | 04/30/2010 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 05/01/2010 | 05/31/2010 | | | 2.50 | | COMPLETED | PASSED |

PCJ0000628

# Personnel Training Listing

| Print Date/Time: | 04/27/2016 14:25 | From Date: | 02/01/2008 | | | | POLK COUNTY SHERIFFS OFFICE |
| Login ID: | scott.nargis | To Date: | 11/01/2014 | | | | ORI: | WI0490000 |

| Personnel | Course | Start Date | End Date | Location | Instructor | Credit Hours | Other Hours | Status | Result |
|---|---|---|---|---|---|---|---|---|---|
| | JAIL IN-SERVICE | 05/25/2010 | 05/25/2010 | | | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 06/01/2010 | 06/30/2010 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 07/01/2010 | 07/31/2010 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 07/28/2010 | 07/28/2010 | | | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 08/01/2010 | 08/31/2010 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 09/01/2010 | 09/30/2010 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 09/14/2010 | 09/14/2010 | | | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 10/01/2010 | 10/31/2010 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 10/20/2010 | 10/20/2010 | POLK COUNTY JAIL | | 1.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 11/01/2010 | 11/30/2010 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 12/01/2010 | 12/31/2010 | | | 2.50 | | COMPLETED | PASSED |
| | BLOODBORNE PATHOGENS | 12/07/2010 | 12/07/2010 | | 0699 JOHNSON | 2.00 | | COMPLETED | PASSED |
| | TASER X26 RECERT | 01/01/2011 | 01/31/2011 | | | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 01/01/2011 | 01/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 02/01/2011 | 02/28/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 02/16/2011 | 02/16/2011 | POLK COUNTY SO | 1134 NARGIS | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 03/01/2011 | 03/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 03/22/2011 | 03/22/2011 | POLK COUNTY JAIL | 2156 LAVENTURE | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 04/01/2011 | 04/30/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 05/01/2011 | 05/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 05/17/2011 | 05/17/2011 | | | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 06/01/2011 | 06/30/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 06/22/2011 | 06/22/2011 | POLK COUNTY JAIL | 2372 ROBERTS | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 07/01/2011 | 07/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 08/01/2011 | 08/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 09/01/2011 | 09/30/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 09/21/2011 | 09/21/2011 | | | 1.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 10/01/2011 | 10/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 11/01/2011 | 11/30/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 12/01/2011 | 12/31/2011 | POLK COUNTY JAIL | | 2.50 | | COMPLETED | PASSED |
| | BLOODBORNE PATHOGENS | 12/08/2011 | 12/08/2011 | POLK COUNTY JAIL | 0699 JOHNSON | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 01/01/2012 | 01/31/2012 | | | 2.50 | | COMPLETED | PASSED |
| | TASER X26 CERTIFICATION | 01/03/2012 | 01/31/2012 | POLK COUNTY SO | 1785 JORGENSON | 1.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 02/01/2012 | 02/29/2012 | | | 2.50 | | COMPLETED | PASSED |
| | WORKPLACE HARASSMENT | 02/14/2012 | 02/14/2012 | | | 1.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 03/01/2012 | 03/31/2012 | | | 2.50 | | COMPLETED | PASSED |

PCJ0000629

# Personnel Training Listing

| Print Date/Time: | 04/27/2016 14:25 | From Date: | 02/01/2008 | | | | POLK COUNTY SHERIFFS OFFICE |
| Login ID: | scott.nargis | To Date: | 11/01/2014 | | | | ORI: | WI0490000 |

| Personnel | | | | | | | | |
| Course | Start Date | End Date | Location | Instructor | Credit Hours | Other Hours | Status | Result |
|---|---|---|---|---|---|---|---|---|
| INTOXIMETER RECERT | 03/06/2012 | 03/07/2012 | POLK COUNTY SO | | 2.00 | | COMPLETED | PASSED |
| INTOXIMETER RECERT | 03/06/2012 | 03/07/2012 | POLK COUNTY SO | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 04/01/2012 | 04/30/2012 | | | 2.00 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 04/24/2012 | 04/24/2012 | POLK COUNTY JAIL | 2156 LAVENTURE | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 05/01/2012 | 05/31/2012 | | | 2.50 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 05/30/2012 | 05/30/2012 | | 2372 ROBERTS | 1.00 | | COMPLETED | PASSED |
| DAILY TRAINING | 06/01/2012 | 06/30/2012 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 07/01/2012 | 07/31/2012 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 08/01/2012 | 08/31/2012 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 09/01/2012 | 09/30/2012 | | | 2.50 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 09/10/2012 | 09/10/2012 | | | 2.00 | | COMPLETED | PASSED |
| DAILY TRAINING | 10/01/2012 | 10/31/2012 | | | 2.50 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 10/18/2012 | 10/18/2012 | | 1134 NARGIS | 1.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 11/01/2012 | 11/30/2012 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 12/01/2012 | 12/31/2012 | | | 2.50 | | COMPLETED | PASSED |
| BLOODBORNE PATHOGENS | 12/13/2012 | 12/13/2012 | | 0699 JOHNSON | 2.00 | | COMPLETED | PASSED |
| DAILY TRAINING | 01/01/2013 | 01/31/2013 | | | 2.50 | | COMPLETED | PASSED |
| TASER X26 CERTIFICATION | 01/01/2013 | 01/31/2013 | POLK COUNTY SO | 2372 ROBERTS | 2.00 | | COMPLETED | PASSED |
| DAILY TRAINING | 02/01/2013 | 02/28/2013 | | | 2.50 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 02/20/2013 | 02/20/2013 | | 1134 NARGIS | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 03/01/2013 | 03/31/2013 | | | 1.50 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 03/20/2013 | 03/20/2013 | | BOCHE, JEUNAI ANNE | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 04/01/2013 | 04/30/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 05/01/2013 | 05/31/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 06/01/2013 | 06/30/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 07/01/2013 | 07/31/2013 | | | 2.50 | | COMPLETED | PASSED |
| JAIL IN-SERVICE | 07/18/2013 | 07/19/2013 | | 1134 NARGIS | 1.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 08/01/2013 | 08/31/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 09/01/2013 | 09/30/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 10/01/2013 | 10/31/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 11/01/2013 | 11/30/2013 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 12/01/2013 | 12/31/2013 | | | 2.50 | | COMPLETED | PASSED |
| BLOODBORNE PATHOGENS | 12/11/2013 | 12/11/2013 | POLK COUNTY SO | 0699 JOHNSON | 2.00 | | COMPLETED | PASSED |
| DAILY TRAINING | 01/01/2014 | 01/31/2014 | | | 2.50 | | COMPLETED | PASSED |
| DAILY TRAINING | 02/01/2014 | 02/28/2014 | | | 2.50 | | COMPLETED | PASSED |
| TASER X26 RECERT | 02/20/2014 | 02/20/2014 | POLK COUNTY JAIL | 2372 ROBERTS | 2.00 | | COMPLETED | PASSED |

PCJ0000630

# Personnel Training Listing

| Print Date/Time: | 04/27/2016 14:25 | From Date: | 02/01/2008 | | | | POLK COUNTY SHERIFFS OFFICE |
| Login ID: | scott.nargis | To Date: | 11/01/2014 | | | | ORI: | WI0490000 |

| Personnel | Course | Start Date | End Date | Location | Instructor | Credit Hours | Other Hours | Status | Result |
|---|---|---|---|---|---|---|---|---|---|
| | DAILY TRAINING | 03/01/2014 | 03/31/2014 | | | 2.50 | | COMPLETED | PASSED |
| | INTOXIMETER RECERT | 03/12/2014 | 03/13/2014 | POLK COUNTY SO | | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 04/01/2014 | 04/30/2014 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 04/29/2014 | 04/29/2014 | POLK COUNTY JAIL | 1134 NARGIS | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 05/01/2014 | 05/31/2014 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 05/29/2014 | 05/29/2014 | POLK COUNTY JAIL | 2017 OTTOSEN | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 06/01/2014 | 06/30/2014 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 07/01/2014 | 07/31/2014 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 08/01/2014 | 08/31/2014 | | | 2.50 | | COMPLETED | PASSED |
| | DAILY TRAINING | 09/01/2014 | 09/30/2014 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 09/25/2014 | 09/26/2014 | POLK COUNTY SO | 2571 KAHLER | | | | |
| | DAILY TRAINING | 10/01/2014 | 10/31/2014 | | | 2.50 | | COMPLETED | PASSED |
| | JAIL IN-SERVICE | 10/28/2014 | 10/28/2014 | POLK COUNTY SO | 1134 NARGIS | 2.00 | | COMPLETED | PASSED |
| | DAILY TRAINING | 11/01/2014 | 11/30/2014 | | | 2.50 | | COMPLETED | PASSED |

**Total Hours** 247.50

PCJ0000631