*Training Plan*
*Calendar Year 2005*

| Month | Topic | Length |
|---|---|---|
| January<br>18th, Team 3<br>21st, Team 2<br>24th, Team 1 | TASER | Four hours |
| February<br>4th, Team 3<br>15th[th], Team 2<br>18th, Team 1 | Lee Shaykhet | Two hours |
| March<br>4th, Team 3<br>7th, Team 2<br>10th, Team 1 | Drug I.D. /<br>Med Skills Training | Two hours<br>(1400-1600) |
| April<br>15th, Team 1 | Active Countermeasures/<br>Restraint Chair | Two hours |
| May<br>18th, Team 2 | Active Countermeasures/<br>Restraint Chair | Two hours |
| June<br>20th, Team 3 | Active Countermeasures/<br>Restraint Chair | Two hours |
| July<br>14th, Team 1 | Passive Countermeasures/<br>Pressure Points | Two hours |
| August<br>16th, Team 2 | Passive Countermeasures/<br>Pressure Points | Two hours |
| September<br>9th, Team 3 | Passive Countermeasures/<br>Pressure Points | Two hours |
| October<br>12th, Team 1 | Restraint Chair/<br>Professional Communications | Two hours |
| November<br>14th, Team 2 | Restraint Chair/<br>Professional Communications | Two hours |
| December<br>8th, Team 3 | Restraint Chair/<br>Professional Communications | Two hours |

Taser re-cert, January 2006

*Training Plan*
*Calendar Year 2006*

| Month | Topic | Instructor | Needed |
|---|---|---|---|
| January 10th/11th | Taser cert / re-cert, O.C. Cert | Sgt Nargis | |
| February 9th/10th | Professional Communication Scenarios | Sgt Nargis | DOJ videos |
| March 8th/9th | CPR re-cert | Carol Pool | |
| April 13th/14th | Active & Passive Countermeasures | Sgt Nargis | Pads/mats |
| May 16th/17th | Report writing / articulation | Sgt Rossing | DOJ video(s) |
| June 15th/16th | Simulations/scenario-based training | Sgt Nargis | Redman gear/ 2nd POSC instructor |
| July 12th | Excited Delirium | Sgt Nargis | |
| August 17th | Medical/Mental Health screening + Inmate supervision techniques & Jail Operational management | Scott Morris | |
| September 13th/14th | Decision exercises | Sgt Nargis | DOJ videos |
| October 19th/20th | **Stress management** | **Sgt Nargis** | **DOJ video** |
| November 15th/16th | Simulations/scenario-based training | Sgt Nargis | Redman gear/ 2nd POSC instructor |
| December 12th/13th | **Bloodborne pathogens / med update** | Nurse Johnson | |

\*\* Intoximeter operators need to re-certify by April

*Training Plan*
*Calendar Year 2007*

| Month | Topic |
|---|---|
| January 17th/18th | Taser re-certification |
| **February 19th/20th** | **Weapon Retention, Pat Searches & Standing Stabilization** |
| March 1st | Staff Meeting |
| **April 17th/18th** | **Passive/Active Countermeasures & Restraint Chair** |
| May 1st | Staff Meeting |
| **June 7th/8th** | **Scenarios (cell emergencies)** |
| July 5th | Staff Meeting |
| **August 9th/10th** | **Handcuffing & Ground Stabilization** |
| September 4th | Staff Meeting |
| **October 11th/12th** | **Passive/Active Countermeasures & Restraint Chair** |
| November 1st | Staff Meeting |
| **December 13th/14th** | **Bloodborne Pathogens** |

*Calendar Year 2008*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January 21st/22nd | Taser re-cert/certification & O.C. cert | Sgt Nargis |
| **February** | **New World** | **Sgt Nargis/Rossing & New World Sys.** |
| March 26th | CPR re-cert | Carol Pool of 973 |
| **April 24th** | **Resolving New World issues** | **Sgt Nargis** |
| May 13th (0900) | Legal issues | D.A. Steffen |
| **June 17th** | **Passive Countermeasures & Ground Stabilization** | **Sgt Nargis/ A. Jorgenson** |
| July 23rd | Sweep & disengage/G.U.N./ Ground Defense | Sgt Nargis/ A. Jorgenson |
| **August 19th** | **Searches – Pat/strip/cell** | **Sgt Nargis/ A. Jorgenson** |
| September 17th | Active Countermeasures & Pad subduing | Sgt Nargis/ A. Jorgenson |
| **October** | | |
| November 19th | Professional Communications & Crisis Intervention | Sgt Nargis |
| **December 17th** | **Bloodborne pathogens** | **Nurse Johnson** |

PCJ0003772

*Calendar Year 2009*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January 20th | Taser re-cert/certification & O.C. cert | Sgt Nargis |
| February 11th | **Diffusing Aggressive Behavior/ Verbal Judo** | **Sgt Nargis/ A. Jorgenson** |
| March 11th | Cuffing/uncuffing & restraint chair | Sgt Nargis |
| April 15th | **Staffing** | |
| May 13th | Passive Countermeasures & Ground Stabilization | Sgt Nargis/ A. Jorgenson |
| June 17th | **Huber training** | **M. Hofferber** |
| July 15th | U/A (Medtox) training | Sgt Nargis/Sgt LaVenture |
| August | **Staffing** | |
| September 15th (cancelled) | Active Countermeasures & Scenarios (extraction) | Sgt Nargis/ A. Jorgenson |
| October 21st | **Suicide prevention** | **A. Jorgenson/ D. Johnson** |
| November | Staffing | Sgt Nargis |
| December 9th | **Bloodborne pathogens** | **Nurse Johnson** |

*Calendar Year 2010*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January 13th/14th | Professional Communication | Sgt Brett Heino W.S.P. |
| February 16th | Taser re-cert (self-pace)/ Classification review & audit system | Nargis/LaVenture |
| March 9th | CPR | 973 |
| **April 29th** | **Restraint chair/ground defense (cancelled due to staffing issues)** | **Sgt Nargis/ A. Jorenson** |
| May 25th | Manipulation/Games Inmates Play | Sgt LaVenture |
| **June** | **Fire training (cancelled due to med issue)** | **D. Christensen** |
| July 28th | "Basics" Review | Sgt Nargis |
| **August (cancelled)** | **Cell emergency/possible evac drill** | **D. Christensen** |
| September 14th | Cell emergency (reschedule from Aug.) | D. Christensen A. Jorgenson |
| **October 20th** | **Restraint Chair** | **A. Jorgenson** |
| November | | |
| **December 7th** | **Bloodborne pathogens** | **Nurse Johnson** |

*Calendar Year 2011*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January | Taser re-cert | Jorgenson |
| **February 16th** | **Countermeasures & Cell extractions** | **Nargis/Jorgenson** |
| March 22nd | Ethics | Sgt LaVenture |
| **April (cancelled)** | **Restraint chair/stabilization** | **Nargis/Jorgenson** |
| May 17th | Staffing – cancelled, replaced with Restraint chair/Stabilization | Nargis/Jorgenson |
| **June 22nd** | **Sex Offender issues** | **Roberts** |
| July | | |
| **August** | | |
| September 21st | Approach Considerations/ Intervention Options | Nargis/Jorgenson |
| **October (cancelled)** | **Scenarios** | **Nargis/Jorgenson** |
| November | Staffing | |
| **December 8th** | **Bloodborne pathogens** | **Nurse Johnson** |

*Calendar Year 2012*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January | Taser re-cert | Jorgenson/Roberts |
| **February 14th & 15th** | **Workplace Harassment & Discrimination** | **County** |
| March 13th | CPR re-cert/Basic First Aid refresher | 973 staff/Christensen/Ottosen |
| **April 24th** | **Mental Health Issues** | **Sgt LaVenture** |
| May 30th | Stress Management | Roberts |
| **June** | **Fire Training** (cancelled; scheduling conflict) | **Christensen/Ottosen** |
| July | | |
| **August** | | |
| September 10th | Suicide Prevention/Intervention | Polk Co. Mental Health Task Force |
| **October 18th** | **Active/Passive Countermeasures** Pre-attack indicators & follow-thru | **Nargis/Krautkramer** |
| November | Staffing | |
| **December** | **Bloodborne pathogens** | **Nurse Johnson** |

*Calendar Year 2013*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January | Taser re-cert | Roberts/Nargis |
| **February 20th** | **Restraint chair/Inmate Discipline** | **Nargis/LaVenture Schaefer** |
| March 20th | Evidence Based Practices & probation Issues | P.O. Jeunai Boche |
| **April** | | |
| May | | |
| **June** (cancelled) | **Fire/Extinguisher training** | **Ottosen/Christensen** |
| July | Staffing; Review of Marathon Co. assault | Nargis |
| **August** | | |
| September | | |
| **October** | **Risk Management** | **Nargis** |
| November | Staffing | |
| **December** | **Bloodborne pathogens** | **Nurse Johnson** |

PCJ0003777

*Calendar Year 2014*
*Training Plan*

| Month | Topic | Trainer |
|---|---|---|
| January | Taser X-26 recert/PREA (moved to Feb) | Nargis/Roberts |
| **February** | **Hostage Negotiation/Situation (cancelled; 817's class cancelled)** | **Ptacek/Nargis** |
| March | CPR (Intox re-cert: Nargis, Christensen, Johnson, Thayer) | Unity Ambulance |
| April | **Restraint Chair & Stabilization Techniques/Tactics** | **Nargis/ Kahler** |
| May | Fire/Extinguisher Training | Christensen/Ottosen |
| **June** | | |
| July | | |
| **August** | | |
| September | Jail Officer Survival Techniques | Kahler/Thayer |
| **October** | **Suicide Prevention/Risk Factor ID/Crisis Mgmt** | **Nargis** |
| November | Taser X26 recert | Nargis |
| **December** | **Bloodborne pathogens** | **Nurse Johnson** |