Date: 2/16/10 0700

Type of training: Classification/Staffing

Allen Jorgenson     _[signature]_ 816

Jeromy Cox     _[signature]_

HANS GILLER     _[signature]_

_[signature]_     Matthew J. Lehman

_[signature]_     Lorraine Beigl

_[signature]_     Bill Bryce

_[signature]_ K Babeau     Daryl Christensen 806

Pat Wimberley     Mike Ottosen 846

Janet Koch 805

Milo White – excused, issues with house going on public auction
Matt Thayer – excused, funeral

8W1 816
2-17-10

PCJ0003779

Date: 2/16/10   1430

Type of training: Classification/Staffing

Amy Crownhart

Harold Schur

Larry Bergeron

Jim Schaef

Jon Eh

Becky Roberts

PCJ0003780

Date: _3-9-10_
_2:30p_

Type of training: _CPR_

_Becky Roberts_          _Steve Schaf_

_Bill Briggs_            _Larry Bergeon_

_Mill Ottoson_          _Scott C_

_Donna Johnson_

_Matthew Thay_

_Joanell Bibeau_

_Steve Hilleshiem_

PCJ0003781

Date: _3-9-2010_____

Type of training: _C P R_____

| | |
|---|---|
| D Fjorden | _(signature)_ |
| Pat Wimberley | Lorri Bezl |
| _(signature)_ | _(signature)_ |
| Janet Krach | Matthew J Lechn |
| _(signature)_ white | _(signature)_ |
| _(signature)_ | Scott Nargis |
| _(signature)_ Huffn | Allen Jorgensen |
| _(signature)_ | |

Date: _5/25/10_

Type of training: _Inmate Manipulation_

| | |
|---|---|
| D Jorden | Joanell Bibeau |
| _(signature)_ | |
| Becky Roberts | |
| Larry Bergeron | |
| M D white | |
| Matt Lechman | |
| Mark L Nelson | |
| Diane Cronnberg | |

PCJ0003783

Date: _____5.25.10_____

Type of training: _INMATE MANIPULATION_

Peter Duchdm _____

_____

_____

B.ll Bryy _____

Matthew thayer _____

_____

_____

Lori Eiland _____

_____

_____

_____

Allen Jorgenson _____

Jeromy Cox _____

Steve Hellesh _____

_____

_____

Date: _7-28-10_____

Type of training: _PROCEDURE  REFRESHER_____

| | |
|---|---|
| Lorraine Beyer | _(signature)_ |
| Joannes Bibee | Milo Ottosen |
| Kelly Krautkramer | Pat Wimberley |
| _(signature)_ | _(signature)_ |
| Gail Hoff   814 | Allen Jorgensen |
| _(signature)_ | Steve Hilleshiem |
| Carol Laventure | Daryl - late |
| Matthew Thayer  8:36 | |
| Keri Schaaf | |
| Becky Roberts | |
| Scott H | |
| Bill Buggs | |

PCJ0003785

Date: _9-14-10_____

Type of training: _Cell  Emergencies_____

_[signature]_____     _[signature]_____

_Becky Roberts_____     _Steve Hilleshi_____

_Pat Wimberley_____     _____

_Mik Ottosei_____     _____

_[signature]_____     _____

_Kelly Krauthorm_____     _____

_Willie Burg_____     _____

_Jeanese Bibeau_____     _____

PCJ0003786

Date: 9-14-10

Type of training: Cell Emergencies

Jeromy Cox                    Lois Flunder

Peter Duchelm                _____

Matthew Thayer               _____

Scott O. [signature]         _____

Matt Leehman                 _____

[signature] D White          _____

Lorraine Beyl                _____

[signature] Venture          _____

PCJ0003787

#1

Date: _10 -20 -10_____

Type of training: _RESTRAINT CHAIR_____

Allen Jorgenson          Becky Roberts

_umawter_                _Mk Ottoson_

Jeromy Cox               _Lorraine Beigl_

_Tony Moon_              _Matthew Magan_

_Toll Hall_              _Jenet Koch_

_Matt Lechman_           _[signature]_

_Bill Buyt_              _[signature]_

_Pat Wimberley_          _____

PCJ0003788

Date: _10-20-10_____

Type of training: _RESTRAINT CHAIR_____

| | |
|---|---|
| _Steve Schaf_ | _Michell Heffron_ |
| _Scott Plumm_ | _D. Hillish_ |
| _Kelly Krautkramer_ | |
| _Lori Flail_ | |
| _Sarah KraVentine_ | |
| _Jennie Zibeau_ | |
| _Larry Bergeron_ | |
| _Daryl Christensen 886_ | |

Date: _12-7-10_____

Type of training: _Bloodborne Pathogens_____

_[signatures]_

PCJ0003791

## Polk County Jail Taser Re-cert January 2011

| | Completed / Date | Score out of 50 |
|---|---|---|
| 806 D. Christensen | Yes 01/23/2011 | 49 |
| 816 T. Johnson | Yes 01/17/2011 | 48 |
| 822 M. White | Yes 01/13/2011 | 47 |
| 828 M. Nelson | Yes 01/13/2011 | 49 |
| 808 L. Bergeron | Yes 01/30/2011 | 48 |
| 838 S. Pittman | Yes 01/30/2011 | 50 |
| 832 A. Jorgenson | | |
| 842 M. Hofferber | Yes 01/13/2011 | 50 |
| 844 S. Hilleshiem | Yes 01/30/2011 | 49 |
| 846 M. Ottosen | Yes 01/17/2011 | 45 |
| 830 B. Briggs | Yes 01/23/2011 | 49 |
| 834 P. Dueholm | Yes 01/30/2011 | 46 |
| 836 M. Thayer | Yes 01/13/2011 | 47 |
| 818 T. Gall | Yes 01/13/2011 | 50 |
| 812 M. Lechman | Yes 01/13/2011 | 49 |
| 814 J. Cox | Yes 1/30/2011 | 50 |
| | | |
| 811 J. Bibeau | Yes 01/11/2011 | 46 |
| 815 D. Fjorden | Yes 01/23/2011 | 41 |
| 827 L. Flandrena | Yes 01/13/2011 | 48 |
| 829 L. Beyl | Yes 01/23/2011 | 44 |
| 831 P. Wimberley | Yes 01/30/2011 | 49 |
| 821 B. Roberts | Yes 01/30/2011 | 50 |
| 825 J. Koch | Yes 01/13/2011 | 48 |
| 823 K. Krautkramer | Yes 01/14/2011 | 50 |
| | | |
| 819 Sgt S. LaVenture | Yes 01/13/2011 | 49 |
| 826 Sgt S. Schaefer | Yes 01/23/2011 | 47 |

Date: _____2-16-11_____

Type of training: _Active + Passive C. M._

| | |
|---|---|
| _[signature]_ | _Allen Jorgensen_ |
| _[signature]_ | |
| _[signature]_ | |
| _[signature]_ | |
| _[signature]_ | |
| _[signature]_ | |
| _[signature]_ | |
| _[signature]_ | |

PCJ0003792

Date: ___2-16-11___

Type of training: _Active → Passive C.M._

| | |
|---|---|
| _Lerry Bergren_ | _Jeremy Cix_ |
| _Scott P. Horan_ | _Matthew theye_ |
| _D. Chamberlain 8TC_ | _A. Hillish_ |
| _Bill Briggs_ | _Daniel Pech_ |
| _M.K. Hofferber_ | _Todd Hill_ |
| _Pat Wimberley_ | |
| _Bicky Roberts_ | |
| _James K. Bilbad 811_ | |

PCJ0003793

Date: _____3-22-11_____2:30 pm_____

Type of training: _____ETHICS_____

Janet Koch _____

Larry Bergeron _____

_(signature)_ _____

_(signature)_ _____

_Christensen_ _____

Jerony Cox _____

_(signature)_ _____

_____ _____

PCJ0003794

Date: _3-22-11_____ 7am_____

Type of training: _ETHICS_____

| | |
|---|---|
| _Sara J Flak_ 827 | |
| _Dolly Jorden_ 815 | _Matt Lechman_ 812 |
| _Becky Roberts_ 821 | _Alle_ 8 |
| _Pat Wimberley_ | _Mik Ottose_ |
| _Bill Bing_ | |
| _Mark Whelan_ | _Scott A Penn_ |
| _Todd Gall_ | _Matthew Thayer_ |
| _Mr D White_ | _Lorraine Beigl_ |
| _Scott Nargis_ | _Steve Hilleshm_ |

PCJ0003795

Date: _____5 - 17 - 11_____

Type of training: RESTRAINT CHAIR/STABILIZATION

| | |
|---|---|
| _Niel Hill_ | _Steve Villeshi_ |
| _Mike O'Hern_ | _Matthew Phage_ |
| _Becky Roberts_ | _Daryl Christensen 882_ |
| _Scott A. Brown_ | |
| _Bill Biggs_ | |
| _Steve Schaefer_ | |
| _Lori Hail_ | |
| _Janell Bibeau_ | |

PCJ0003796

Date: _____5-17-11_____

Type of training: RESTRAINT CHAIR / STABILIZATION

Matt Lechman   8-2        Lorraine Boyle
Jeromy Cox     814        MD Neill
_____ 816
Kelly Krautbomme
DFForder
Saul Klwenture
Janet Koch
_____ 854

PCJ0003797

Date: _____9-21-11_____ morning

Type of training: _Approach Considerations /_
_Intervention Options_

| | |
|---|---|
| Allen Jorgenson | Betty Roberts |
| Sarah LaVenture | _(illegible)_ |
| Loranie Beyl | _(illegible)_ |
| _(illegible)_ | _(illegible)_ |
| Bill Briggs | Matt Lachman  # 812 |
| Steve Hilleshein | Mike Ottosen |
| Janet Koch | Peter Dettholm |
| Dolly Fjorden | Melissa Amundson |

PCJ0003798

Date: _____ 9-21-11 _afternoon_

Type of training: Approach Considerations/
Intervention Options

Larry Bergeron _____    _____

Darryl Christensen 806 _____    _____

Matthew Uhren   836    _____    _____

Tattum RG    835    _____    _____

Louis J Flad    827    _____    _____

Joanell Bibeau  811    _____    _____

_____    _____

_____    _____

PCJ0003799

Date: _12-8-11_

Type of training: _BLOODBORNE PATHOGENS_

| | |
|---|---|
| Stacey Ptacek | Mike Hoffer |
| Melissa Amundson | Dolly Fjorden |
| Glen Schuh | Pat Wimberley |
| Scott A. _____ | Matt Leshman |
| Lorraine Beegle | Pete Duckolm |
| Allen Jorgenson | Bill Ryyss |
| Matthew Thayer | Janet Koch |
| Michael Kahler | Sara LaVenture |
| Kelly Krauteramer | |
| Steve Hilleshiem | |

_Taser_

**BECKY ROBERTS:**

SCOTT PITTMAN _SP 838_
BILL BRIGGS _BB/ 834_
JANET KOCH _JK 825_
MELISSA ALEXANDER _Ma 813_
STEVE HILLESHIEM _SH 844_
TIM JOHNSON _TJ 816_
KELLY KRAUTKRAMER _KK 823_
LORI FLANDRENA _LF 827_
MATT THAYER _MT 836_


**ALLEN JORGENSON:**

LARRY BERGERON
DOLLY FJORDEN
PETE DUEHOLM
TODD GALL
JEREMY COX
LORAINE BEYL
JOANELL BIBEAU
MATT LECHMAN
MIKE OTTOSEN
DARYL CHRISTENSEN
_Micheal Hoffeber_

PCJ0003801

CPR re-cert

12 - 2:00

Scott Nargis

Stacey Ftack.

Johnell Bibeau

Saul Kwentrus

Lori Flandreau

Pat Wimberley

[illegible]

Willie Bryj

Matt Leckman #812

Janet Kech 825

[illegible] 835

Matthew [illegible] 836

Peter Dicholu 834

Jeremy Cox

Bella Braubramer 823

Donda Johnson

2:30 - 4:30

Kelly Rickle

Chad [illegible]

Becky Roberts 821

Lorrie Berge 829

[illegible] 826

K Jaclen 815

Larry Bergesen

Mike Hoffenber

[illegible]

Mike Otterson

Date: _____ 4-24-12 _____

Type of training: _MENTAL HEALTH ISSUES_
_A. M._

| | |
|---|---|
| _Willi Bug_ | _Lorraine Berge_ |
| _Lay Bergeron_ | _(signature)_ |
| _Will Hill_ | _(signature)_ |
| _Stacey Stare_ | _Scott A Jm_ |
| _(signature)_ | _Becky Roberts_ |
| _Kelly K_ | _Matt Lechman_ |
| _Steve Hillestrom_ | |
| _Janeen KBiberi_ | |

PCJ0003803

Date: _4-24-12_____

Type of training: _MENTAL HEALTH ISSUES_
_P.M._

Jeromy Cx                    _Donna Johnson_
Melissa Alexander            _Lori Hardien_

Dolly Fyrden                 _____
Pat Wamberly                 _____
Mitn Hopple                  _____
Daryl Christensen 816        _____
Janet Koch                   _____
Fatima                       _____

PCJ0003804

Mike Ottosen
Tyler Briggs
Steve Schaefe
Matt Lechman #812
Dolly Jordan
Bill Byji
Jonny C
Wood Gill
Lorraine Begel
SPlacek
Pat Wimberley
Pete Dickhow
Larry Bergeron
Becky Roberts
Matthew Thayer 836
844
816

5-30-12
Stress Management

PCJ0003805

Date: _____9-10-12_____

Type of training: Suicide Intervention/Prevention
QPR.

| | |
|---|---|
| *Steve Schay* | *DJ Allen* |
| Michael Kahler    820 | *Tatiana Campbell* |
| *C. John*  86 | Tyler Bupp  62B |
| *signature* | Walker Bupp  839 |
| *signature* 817 | Becky Roberts 821 |
| *signature* | Matthew Thayer    836 |
| *signature* | Mike Ottosen    846 |
| *Amy Christensen* 806 | Matt Lechman #812 |
| Joanne Bilsen | Melissa Alexander #813 |
| Lorraine Boyd | Bergeron |

PCJ0003806

*Noon - 2p*

Date: _10-18-12_____

Type of training: _Active/Passive C.M._; *Pre-attack postures,*
*Follow-thru considerations*

_~~Jesse~~ 814_      _~~signature~~_

_Mike Hoff 842_      _D Forden_

_~~signature~~ #880_      _S Hart 817_

_~~signature~~_      _Janet Koch_

_Melissa Alexander 813_      _~~signature~~_

_~~signature~~ 8th_

_Tatum Campbell_

_Kelly Kreutzkamp_

PCJ0003807

2:30-4:50

Date: ___10-18-12___

Type of training: __Active/Passive C.M.__ ; pre-attack postures, follow-thru considerations

| | |
|---|---|
| _Steve Schaefer_ | _John Briggs_ |
| _Bill Buys_ | _LjBeyl_ |
| _Daryl Christensen 816_ | |
| _Larry Bergeron_ | |
| _Same LaVenture_ | |
| _Steve Hillesh_ | |
| | |
| _Jacob B Deen_ | |

PCJ0003808

Date: 12-13-12

Type of training: BBP