Date: _2 / 20 / 13_          _1 200 HRS_

Type of training: _RESTRAINT CHAIR / INMATE DISCIPLINE_

Pat Wimbrley

Tatum Campbell

Kelly Krautkramer

_814_

_Bull Huffle_ 842

Matthew Mayer _836_

_Jeaneel KBleacc_ _811_

_Janet Koch_

_831_

J Bryss

Matt Lechman _# 812_

806 called
and was home
with a sick
-kid. SKH 819

Date: _2_/_20_/_13_  _1430 HRS_

Type of training: _RESTRAINT CHAIR / INMATE  DISCIPLINE_

| | |
|---|---|
| _Warden 815_ | _Sgt. S. Schwn_ |
| _Becky Rabitt_ | _Sgt Saul Hartutur_ |
| _Lorraine Beyl_ | |
| _Lori Flal_ | |
| _Mike Ottosen / 846_ | |
| _Larry Bergeron_ | |
| _Scott_ | |
| _Bill Burgis_ | |
| _Steve Tullesh_ | |
| _Melissa Alexander_ | |
| _T. M._ | |
| | |
| | |

PCJ0003811

Date: _3-20-13_   _0760_ _____

Type of training: _PROBATION ISSUES & E.B.P._

| | |
|---|---|
| J Cox 814 | Matt Leshman |
| Bays 830 | Kelly Krautkramer |
| _____ 8863 | _____ |
| _____ 820 | Matthew Mayer 836 |
| Melissa Alexander 813 | Darrell Bibereich /811 |
| J. Schrage 826 | Larry Bergeron |
| C Flanders 827 | Donna Johnson |
| SPhares 817 | Derryl Christensen |
| Buddy Roberts | Pat Wimberley |
| _____ 841 | |
| Janet Koc_ | |

1930 ↓

Date: 7-18-13

Type of training: Staffing / Marathon Co. Assault

| | |
|---|---|
| _Scott_ _(signature)_ | SPhacet /817 |
| Daryl Christiansen 806 | Becky Robert 821 |
| Matthew Thayer 836 | Matt Lechman #812 |
| Michael Kehler 820 | Mike Ortonen 846 |
| _(signature)_ Andrews 827 | J Briggs 828 |
| _(signature)_ B Becker /811 | Sara _(signature)_ Ventura 819 |
| Polly Fyrden 815 | Larry Bergeron |
| Tatum Campbell 835 | |
| Bill _(signature)_ /830 | |
| S. Schaefer 826 | |
| _(signature)_ Beyl / 829 | |
| Mike Hoffal 842 | |
| Melissa Alexander 813 | |

Date: ___10-24-13___

Type of training: _Risk Management 12pm_

Janet Koch 825

_____ 827

_____ 820

_____ 842

_____ 818

Sarah _____ 819

_____ 834

Matthew _____ 836

Date: _____10-24-13_____

Type of training: _____Risk Management 7am_____

Mike Otto / 846 _____

S. Schafer 826 _____

Matt Lechner 812 _____

_____ 838 _____

Bill Bay / 1834 _____

J Cox 814 _____

SPhaire /817 _____

Bucky Roberts _____

Tatum Campbell / 835 _____

Tyler Briggs _____

Phillip Graytner _____

Melissa Alexander _____

_____ _____

PCJ0003815

Date: _12- 11- 13_____

Type of training: _BBP____ 8700hs_

_JC 814_____   _out for Lorraine Beyl_____

_Matt Lechman 812_____   _____

_Melissa Alexander 813_____   _____

_Stev [illegible] 826_____   _____

_[illegible] #820_____   _____

_[illegible] Bergeron 808_____   _____

_Becky Roberts 821_____   _____

_Matthew Thayer 836_____   _____

_[illegible] 816_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

PCJ0003816

Date: _____ 12-11-13 _____

Type of training: _____ BBP _____ 1430hrs

D. 806 _____

Brups / 839 _____

gnff Hffl 842 _____

Pat Wimberley / 831

Scott _____ 838

_____ 846

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

Date: _2-20-14_

Type of training: _TASER RE-CERT_

| | |
|---|---|
| Bradley Thompson | Melissa Alexander #813 |
| #820 | Lorraine Berge |
| _892_ | _816_ |
| Stacx /817 | Tatiana Campbell /835 |
| Janet Koch 825 | |
| Larry Bergeron | |
| Niehohn | |
| Todd Hall | |
| Pat Wimberly | |
| Lenee' Tudahl #815 | Lenee' Tudahl |
| L Flandrex | Loni Flandrex |
| Matthew Thayer | Matthew Thayer |
| Steve Hillashin | |

Date: _____3-10-14_____

Type of training: __CPR re-cert  12-2p__

BRAD THOMPSON _____

_____ _____

_____ _____

Lenee' Tudall _____

Lorrie Beyl _____

Michael Kohler _____

Larry Bergeron _____

Pat Wimberley _____

_____ _____

Steve Hillestin _____

Janet Koch _____

Nargis _____

_____ _____

PCJ0003819

Date: _____3-10.14_____

Type of training: ___CPR re-cert  7:10-4:30___

Tatum Campbell

Becky Roberts

Thelissa Alexander

Steve Schaf

Matthew Voss   /836

C Jl  876

William Ray  830

Lori Fal ____ 827

Sen Cli

Matt Leeh

PCJ0003820

Date: 4·29·14    0700 hrs.

Type of training: Restraint Chair + Stabilization

Melissa Alexander

Tatum Campbell

_____ ML 816

Shawn

_____ Thompson 824

Michael Kahler 820

Pester Durholm 834

Date: _4-29-14_____ _1200 hrs._____

Type of training: _Restraint Chair & Stabilization_

Lorraine Beyl _____        _____

Leanne Tidall _____        _____

Matthew Meyer  836 _____        _____

Steve Schaefer 826 _____        _____

_____ 809 _____        _____

Michael Kahler 800 _____        _____

Noah Hall _____        _____

Janet Koch _____        _____

Steve Hillesheim _____        _____

Daryl Christenson _____        _____

_____        _____

_____        _____

_____        _____

Date: 4-29-14      1430 hrs.

Type of training: Restraint chair + Stabilization

| | |
|---|---|
| *I flander* | |
| Larry Bergeron | |
| *Becky Roberts* | |
| MK Ottsen | |
| *gretchen Hoffeber* | |
| Pat Wimberley | |
| Brian Warner | |
| Michael Kahler 820 | |
| *Sara a.* | |
| | |
| | |
| | |
| | |

Date: _____5-29-14_____1430 hrs._____

Type of training: _FIRE/EXTINGUISHER_

OTTOSEN
instructor

Lynette Manning _____   _____

Lois Flanders _____   _____

Mike Ottosen _____   _____

Pat Wimberley _____   _____

Lorrie Bergh _____   _____

Darryl Christensen _____   _____

Bill Burg _____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

Schaefer/Hillesheim excused

PCJ0003824

Date: _5-29-14_____0700 hrs._____

OTTOSEN
instructor

Type of training: _FIRE / EXTINGUISHER_____

| | |
|---|---|
| _Jeff Huff_ | _____ |
| _____ | _Larry Bergeron_ |
| _____ | _Renee Tiedahl_ |
| _Janet Koch_ | _SN 810_ |
| _____ | _Mtn Ottosen_ |
| _Becky Roberts_ | _Lynelle Manning - 1430 hrs_ |
| _Stacey_ | _Lori Blanchard_ |
| _Beth Thompson_ | _____ |
| _Michael Kahler_ | _____ |
| _Gould Gall_ | _____ |
| _Matthew Thayer_ | _____ |
| _Matthew Lochner_ | _____ |
| _Melissa Alexander_ | _____ |

PCJ0003825

Date: _9-25-14_

Type of training: _JAiL OFFICER SURVIVAL TECHNIQUES_

Matthew Thayer   836   _____

Matt Lechin   #812   _____

Pat Wimberly /83)   _____

Mike Afth   842   _____

3Placex /817   _____

JToor   809   _____

Manning /823   _____

Aff gfh   _____

Larry Bergeron   _____

Pittman   _____

_____   _____

_____   _____

_____   _____

Date: _____9-26-14_____

Type of training: ___JAIL OFFICER SURVEVAL_____
TECHNIQUES

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

PCJ0003827

_[handwritten signatures, illegible]_

Bill Briggs

_[illegible signature]_

_[illegible]_

Berd Thumper

Peter Lindholm

_[illegible signature]_

PCJ0003828

Date: 10-28-14          1200 hrs

Type of training: Suicide Prevention

Steve Schaefer

Todd Gill

mat Huffer

JMaer.

Leni' Tridell

ben A

Lynell Mary

Wood

Melissa Alexander

Bill Burg

Matt Lechman

Janet Koch

L Beyl

PCJ0003829

Date: 10·28·14        1430hrs

Type of training: Suicide Prevention

Brad _____ Piper_ #824 _____

Brian Warner #822 _____

Matthew Thayer 836 _____

_____ 834 _____

Scott Kellesh 847 _____

Pat Wimberley 831 _____

Lori Landreu 803 _____

_____ Mason 816 _____

Larry Bergeron _____

___ Marine 832 _____

Daryl Christiansen _____

_____  _____

_____  _____

Date: 11-19-14

Type of training: TASER RECERT 1200hs

Adam Marine

Jen Toar

Bell Bry

SDace x.

_____ #820

_____ Hall

Leru Judall #815

Janet Koch 825

_____ M

Melissa Alexander

Tatum Campbell

Matt Lechman

Tim Johnson

_____

SHellish

_____

Bing _____

Date: 11-19-14

Type of training: TASER RECERT 1430 hrs

BRADLEY THOMPSON

STEVE SCHAEFER

Pat Wimberly

Lorraine Beye

Larry Bergeron

Mel Heffel

Matthew Unger

SPhacx /817
B Ducholm /834
G Gel
Rd Tkye /824

Brian Warner 822

Adam Marine /832

[signature]

Ml [signature] # 820

Tatum Campbell /835

Lori Flandren  827

Matt Lechman  812

Jen Toaf 809

J. Schuf  826

L Judall 815

Bryp 1839

Janet Koch 825

Matthew May  836

J flandren 827

12-06-14
9200

PCJ0003833

Mike Hofft 842

A Hileshin 844

Lynelle M J 823

Melissa Alexander 813

Lorraine Beyl

Mike Olsen

Pat Wimberley /831

12-16-14
1430 hrs.

PCJ0003834