| | T 1 | W 2 | T 3 | F 4 | S 5 | S 6 | M 7 | T 8 | W 9 | T 10 | F 11 | S 12 | S 13 | M 14 | T 15 | W 16 | T 17 | F 18 | S 19 | S 20 | M 21 | T 22 | W 23 | T 24 | F 25 | S 26 | S 27 | M 28 | T 29 | W 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 806 D. Christensen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 812 B. Redmond | A4 | A5 | A1 | A2 | | | | | | | | | | | | A2 | A5 | A4 | A3 | A2 | A1 | A5 | A6 | A1 | A4 | A4 | A5 | A1 | A2 | A3 |
| 814 D. Christensen | | | | A2 | A4 | A5 | A3 | | | A2 | A1 | A2 | A5 | | A1 | A2 | A5 | A4 | A3 | A3 | A1 | A5 | A6 | A1 | A4 | | | | | A4 |
| 818 D. Dettmering | B2 | B1 | B2 | B3 | 6A-103/1030-22N | B4 | B5 | | | | | | | | | | | | | | | | | | | | | | B3 | B4 |
| 816 T. Johnson | | B1 | B2 | B3 | B3 | B4 | B5 | B1 | | B4 | | B5 | B3 | | B5 | | B4 | A1 | A | A1 | B4 | B5 | B3 | B4 | B5 | B3 | 6A-6P | A2 | | C3 |
| 822 M. White | A5 | B1 | B2 | B3 | A4 | A5 | | | | | B2 | B2 | B3 | A1 | B1 | B2 | | A1 | 9A-6P | A1 | B5 | B1 | A1 | A2 | A5 | A5 | B4 | B4 | B4 | B5 |
| 828 M. Nelson | B3 | | | | A5 | A6 | B5 | | B1 | B4 | | B3 | | A2 | A3 | A4 | B4 | B5 | A | A5 | | C2 | A1 | A4 | A6 | B3 | 6A-6P | A2 | | |
| 826 S. Schaefer | A1 | | 1030-2230/6A-103/ | A6 | A1 | A2 | A1 | 6A-6P | B2 | B3 | B4 | B2 | B3 | A1 | A2 | A3 | 6A-6P | A | | A5 | A1 | A3 | A2 | A4 | A6 | 6A-1030 | A2 | A3 | | |
| 808 L. Bergeron | | 6a-6p | A4 | A5 | A1 | A2 | A3 | 6A-6P | | | A3 | A4 | A2 | B3 | | B5 | | | | | A1 | A3 | A2 | B1 | B4 | | | 2p-2p | | A5 |
| 840 C. Ressler | C4 | C6 | C3 | C4 | | | C6 | C6 | C1 | C4 | C6 | C1 | C2 | | C6 | | C1 | C2 | | C3 | C2 | C2 | C3 | C4 | C6 | 6P-6A | C2 | C3 | C4 | C6 |
| 838 S. Pittman | A3 | B2 | B3 | B4 | C6 | | C1 | A5 | C3 | A2 | B1 | B4 | B2 | C3 | | | A2 | A | 6A-6P | B3 | 1900-2230 | | | | | 6A-6P | A3 | A4 | B5 | B1 |
| 824 D. Casey | | | | | C1 | C1 | C2 | C3 | C2 | C3 | | B4 | C2 | C4 | | C6 | C2 | 6P-6A | 6P-6A | C1 | C3 | C2 | C4 | C6 | C2 | C3 | C4 | C6 | C6 | C4 |
| 832 A. Jorgenson | C3 | | | | | C1 | C3 | 6P-6A | C3 | | C1 | C2 | | | C6 | C1 | 6P-6A | C3 | C1 | | C3 | C3 | C1 | C2 | C1 | C3 | 6P-6A | B1 | C6 | 10P-10A |
| 842 M. Hofferber | B4 | C2 | C4 | C5 | C1 | C2 | | B1 | B2 | C4 | C1 | C2 | B5 | 10A-10I | | | B1 | B5 | B2 | B3 | C1 | C3 | | C2 | C1 | C3 | 6P-6A | C6 | B1 | B2 |
| 844 S. Hillesheim | B1 | B3 | C3 | C6 | C2 | | B2 | C1 | C3 | C3 | C2 | C3 | C4 | A | B2 | 2A-6A | B5 | B1 | | A | C4 | C6 | | C1 | C2 | C3 | B4 | 2p-2a | C3 | B2 |
| 834 T. Hoppe | | A | A | A | B4 | B1 | | | | A | A | B4 | B5 | A | A | A | B1 | B2 | B3 | B5 | B3 | | | | | B4 | B5 | B1 | C6 | C4 |
| 836 J. Snyder | | A | A | A | A | A | A | | | | A | A | A | A | A | A | | | | A | A | | | | | | | | A | A |
| 811 J. Bibeau | A2 | A3 | A3 | A4 | A3 | A3 | A4 | A1 | A3 | A4 | A5 | A1 | A1 | A3 | A4 | A5 | A3 | 6A-6P | B1 | A4 | A4 | A3 | A5 | A6 | A3 | 6A-6P | | | A5 | A1 |
| 817 S. Crownhart | A2 | A3 | A5 | A1 | | | | A1 | | A4 | A5 | A1 | | A3 | A5 | | 6A-6P | 6A-2P | 6A-6P | A5 | A4 | A4 | A3 | A6 | A3 | | | A4 | A1 | A2 |
| 819 N. Anderson | | B4 | B1 | B1 | B5 | B2 | B1 | | | B3 | B3 | B1 | B4 | | B5 | B1 | | | | B1 | | B2 | B1 | B2 | B3 | | | | B2 | B3 |
| 809 T. Kincade | B5 | B5 | B5 | B1 | A3 | A4 | A5 | B3 | B4 | B1 | B4 | B1 | B4 | B1 | B1 | A5 | B5 | | | | | B4 | A3 | A5 | A2 | B1 | B2 | B3 | | |
| 815 D. Fjorden | C2 | | | | B1 | B5 | B3 | C4 | B4 | | | | A1 | B1 | B2 | 2P-2A | C4 | 6P-6A | C2 | | | | | B3 | B5 | C4 | C6 | C1 | | |
| 827 L. Flandrena | C5 | sp-sa | C1 | C2 | C3 | C4 | C5 | | C1 | | | | 10P-10/ | C1 | C2 | C3 | C4 | C4 | C3 | C4 | C6 | C1 | C2 | C3 | C4 | 6P-6A | | C2 | C1 | C2 |
| 829 L. Beyl | C1 | B5 | | | C2 | C3 | C4 | B3 | C1 | | C3 | C4 | | | | | B2 | | B2 | B2 | | | | | B5 | | C4 | C1 | | |
| 831 P. Wimberly | B | | | | A | A | A | | B | B | B | | B | A | A | A | B | B | B | | B | B | A | A | A | B | B | B | | B |
| 823 J. Bentz | A | B | B | B | A | A | A | A | A | A | B | B | B | A | A | A | A | A | A | military | B | B | A | A | A | A | A | A | B | B |
| | | | | | | | | | | | | | | | | | | 6A-430 | | | B | | | | | 9A-330 | | | | |
| 820 Sgt D. Rossing | | | | | | | | | | | | | | | | | | | | S1 | | | | | | | | | | |
| 810 Sgt S. Nargis | S1 | S1 | S1 | 8a-330 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 | | | S1 | S1 | S1 | S1 | S1 | S1 | S1 | | S1 | S1 |

A = 0600 - 1430
B = 1400 - 2230
C = 2200 - 0630

S1 = 0900 - 1730
S2 = 1900 - 0330

1=MASTER  2=FLOOR  3=MAX  4=INTAKE  5=MIN CTL  6=UTILITY  S=SUPERVISOR

Comp   Vacation   Sick   Personal   Training   PTO

6/25/04

PCJ0004255

| # | Name | F 1 | S 2 | S 3 | M 4 | T 5 | W 6 | T 7 | F 8 | S 9 | S 10 | M 11 | T 12 | W 13 | T 14 | F 15 | S 16 | S 17 | M 18 | T 19 | W 20 | T 21 | F 22 | S 23 | S 24 | M 25 | T 26 | W 27 | T 28 | F 29 | S 30 | S 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 806 | D. Christensen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 818 | D. Dettmering | 8a-10a | | | B2 | a2-B4 | | | b1-C3 | b3-C6 | A2-b5 | | | | | | | A1 | A5 | A3 | B5 | A4+b2 A5-b1 | A1 | B2-c3 | B3 | B4 | | A3 | A3 | A4 | A5 | A1 |
| 816 | T. Johnson | C4-a4 | | | | | | C1 | C2 | | | | | | | | | | | | | B5 | B2 | C3 | C1 | b1-C2 | | C3 | C6 | | A1 | A2 |
| 822 | M. White | | | | | | B3 | B5 | | | | | | | | | | | | | | | A1 | B1 | C4 | A1 | | | A3 | | A5 | B3 |
| 828 | M. Nelson | A4 | A5 | A5 | A5 | | | A1-b4 | A2-b4 | A3 | A4 | A5-b5 | | A1 | A4 | A4 | A5 | A4 | A1 | A4 | A5 | A3 | | A2-b4 | C3 | A3 | | A4 | A5 | A1 | A4 | A2 |
| 826 | S. Schaefer | A5 | A1 | B2 | a5-B3 | | A5 | A1-b4 | A5 | A5 | A5 | A1 | B3 | A5 | B4 | A3-b4 | A4 | A5 | A3 | A2 | A5 | A5 | A2 | A3-b5 | | A5-b5 | c3-A4 | A4 | A4 | A1 | A4 | A5 |
| 808 | L. Bergeron | | C4 | | b3-C1 | b5 | b5-C2 | C3 | b5-C4 | C1 | C2 | C6 | B3 | C3 | 2P-530 | B3 | C1 | C2 | C4 | C3 | | | | | | C6 | C4 | C6 | C1 | C3 | C6 | C6 |
| 840 | C. Ressler | C6 | C1 | | C6 | C1 | b1-C4 | b4-C6 | C1 | C | C | C3 | C6 | C3 | C1 | C3 | C1 | C2 | | C3 | C1 | C4 | C6 | | b1-C2 | C1 | C3 | C4 | C1 | C2 | C3 | |
| 838 | S. Pittman | | | A2-b5 | A3 | A4 | A4+b5 | A5 | A1-b5 | C1 | C2 | C3 | A1 | A3 | A4 | A5 | B2-c6 | B3 | C4 | C3 | C1 | | C4 | | C6 | C3 | B5 | | | A2 | A3 | |
| 832 | A. Jorgenson | 1030-84 | B1 | A3 | A3 | A3 | A1 | A2 | A3-b2 | B1 | B3 | B4 | A1 | A5 | A5 | B5 | c4-A1 | B4 | B3 | B5 | A5 | A5 | B4 | | | B4 | B5 | B6 | B4 | B3 | B4 | B5 |
| 842 | M. Hofferber | B5 | B2 | B3 | B4 | B1 | | | | B1 | B2 | B4 | B5 | B1 | B1 | B5 | A5 | B4 | B5 | B1 | B2 | B3 | C4 | B3 | B2 | A1+p A3-b1 | B5 | B6 | B4 | B3 | B4 | B5 |
| 844 | S. Hillesheim | B1 | a4-B3 | | B4 | B2 | a4-B3 | B2 | B1 | B2 | B4 | B1 | B4 | B5 | b1 | B2 | B3 | B4 | | B5 | B1 | B2 | B3 | | | B3 | B2 | C6 | B5 | B4 | B3 | B5 |
| 848 | M. Laqua | C1 | C2 | b4-C3 | b1-C4 | C6 | | | | b5-C2 | C3 | C3 | C1 | C4 | C2 | C3 | C1 | C2 | C3 | C2 | C6 | b2-C1 | C2 | B4 | | | C2 | C6 | C2 | C3 | C4 | C1 |
| 846 | M. Ottosen | B2 | B4 | C2-a5 | C3-a2 | C4 | | C1 | | b5-C6 | C2 | C1 | C4 | C6 | b2-C3 | C4 | C2 | C6 | | B1 | B2 | B3 | C2 | C6 | b5-C4 | | | B3 | B1 | B5 | C6 | C2 |
| | J. Johnson | A | A | B | B | B | | | C1 | C | C | A | B | B | | | C1 | C2 | C4 | C3 | | | | | C | | | | | | | |
| | P. Dueholm | | | | | | | | | C | C | C | A | B | B | | | C2 | A | A | A | A | A | A | C | | | A | A | A | A | A |
| | B. Briggs | A | A | B | B | B | | | C1 | C | C | A | B | B | | | C1 | C2 | A | A | A | A | A | A | C | | | A | A | A | A | A |
| 811 | J. Bibeau | | | A2-b5 | A3 | A4 | A4+b5 | A5 | A5-b4 | A5-b4 | | A3 | A4 | A4 | A5 | A1 | A2-b1 | A3 | A4 | A3 | A1 | A2 | A4-b3 | A3 | A4 | A2 | A4 | A5 | A1 | A2 | A3 | A4-b2 |
| 817 | S. Crownhart | A1 | A2 | | A5 | A1 b5 | B2 | B1 | | 66 b4 a1ai | A2 | | | A5 | A1 | | | | A4 | A3 | A1 | A2 | A4-b3 | | | A4 | A1 | A5 | | | | |
| 819 | N. Anderson | | | a4-B1 | a2-B5 | | | B4 | b1 c6 | | | | | B1 | B3 | B2 | B4 | B5 | | | | B3 | | B2 | a2-B4 a-2230 | B2 | | | | | | |
| 809 | T. Kincade | | A1-b3 | A2-b5 | | | | | | | | | | | | | | | | | | | | | | | B2 | B4 | B2 | B1 | B3 | B4 |
| 815 | D. Fjorden | | | | C2 | C3 | C4 | C6 | B3 | b5-C6 | C3 | | C1 | C4 | C4 | C1 | C2 | C6 | C3 | C2 | C6 | C3 | b3-C1 b4-C6 | C4 | B5 | B2 | B3 | B4 | B2 | B1 | | C2-C3 |
| 827 | L. Flandrena | C2 | b5-C1 | b5-C1 | C2 | C3 | C4 | C6 | b2-C1 | | | | | C3 | | C1 | C2 | C4 | C6 | B6 | C1 | C4 | B1 | | C6 | b5-C3 | C1 | C2 | C3 | C4 | C1 | |
| 829 | L. Beyl | | B | B | B | B | B | | | | | A5 | B1 | B4 | B2 | B5 | | B1 | B5 | B4 | B6 | C6 | B1 | B5 | C6 | | B2 | B4 | B6 | C4 | B5-7p | B1 |
| 823 | J. Boche | | | A1-b3 | b1-c6 | B2 | | A4-b1 | | | A1-b5 | B | | B1 | B4 | b4-C6 | C3 | C4 | C2 | C1 | C4 | C6 | b1-c3 C2-a2 | C6 | | b5-C3 | C1 | B1 | B6 | C6 | B2 | b2-C3 |
| 831 | P. Wimberley | b3-C3 | C4-a4 | C6-a2 | C1 | C2 | | A3 | | | B3 | C4-a4 | B1 | a4-B2 | B4 | | C3 | C6 | C1 | B6 | B4 | B6 | C6 | | | | | C1 | C4 | C6 | 7p-C2 | C4 |
| | M. Lechman | A | A | A | A | A | | | | A | A | A | A | A | A | | | A | A | A | A | A | A | | | | | A | A | A | A | A |
| 824 | Sgt D. Casey | | | | | | | | | | B2 | A2 | S1 | A5 | A1 | A2 | A3 | A4 | A5 | A4 | A2 | S2 | S2 | S2 | | | | A1 | A2 | A3 | S2 | S2 |
| 820 | Sgt D. Rossling | A2 | A3 | A1-b4 | A1 | A | A3 | A4 | A5 | A1-b3 | S1-b2 | S1 | S1 | S1 | S1 | S1 | A3 | S1 | S1 | S1 | S1 | S1 | S1 | | 0730-A1 | S1 7a-330 | S1 | S1 | S1 | S1 | S1 | S1 |
| 810 | Sgt S. Nargis | | | | | | A4 | A5 | | | | | | | | | | A4 | A5 | A4 | A2 | A5 | | | A5 | A3 | A5 | | | | | |

Comp  Vacation  Sick  Personal  Training  PTO

1=MASTER  2=FLOOR  3=MAX  4=INTAKE  5=MIN CTL  6=UTILITY  S=SUPERVISOR

A = 0600 - 1430
B = 1400 - 2230
C = 2200 - 0630

S1 = 0900 - 1730
S2 = 1800 - 0330

7/31/05

PCJ0004256

| # | Name | S 1 | S 2 | M 3 | T 4 | W 5 | T 6 | F 7 | S 8 | S 9 | M 10 | T 11 | W 12 | T 13 | F 14 | S 15 | S 16 | M 17 | T 18 | W 19 | T 20 | F 21 | S 22 | S 23 | M 24 | T 25 | W 26 | T 27 | F 28 | S 29 | S 30 | M 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 806 | D. Christensen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 818 | D. Dettmering | A4 | A5 | A1 | B3 | B4 | | A1 | A2-b4 | | | | B4 | B5-2300 | C2-a4 | | A1 | A2 | A3 | A4 | A5 | B1 | B2 | B3-c6 | | | | B1 | A5-b4 | B4 | B3 | B4 |
| 816 | T. Johnson | | B4 | B2 | B3 | | | | | | B2 | B3 | B4 | 300-063 | a4-B1 | | A2 | A3 | A4 | A5 | B1 | B2 | C2 | C2-A2 | | | | C1 | A1 | B2 | A5 | C3 |
| 822 | M. White | A5 | A1 | c3-A2 | A3 | A4 | A5 | A2-b3 | A3 | A4 | A5 | A1 | A2 | A3 | A4 | A5 | A1 | A3 | A4 | A5 | A1 | A3 | A1 | A2 | A1 | c6-A5 | A4 | A3 | A2 | A1 | A5 | A4 |
| 828 | M. Nelson | | | | B3 | | A5 | A3-b4 | B2 | B3 | B4 | B5 | B1 | B2 | | B3 | | A3 | A4 | A5 | A1 | A2 | A3 | A1 | A5 | C3 | C6 | A3 | A2 | A1 | A5 | |
| 826 | S. Schaefer | B1 | B3 | B2 | B3 | A5 | A1 | | B2 | B3 | B4 | B5 | C4 | | B1 | B3 | B4 | | C1 | C6 | | A3 | A2 | A1 | A5 | C2 | C1 | C6 | B2 | C1 | C3 | B4 |
| 808 | L. Bergeron | C6 | C1 | C2 | C3 | C4 | b5-C6 | b1-c2 | C3 | C4 | C6 | C1 | C4 | B1 | C4 | C1 | C6 | A1-b4 | A3 | A4 | C2 | b4-C6 | C6 | C4 | C3 | c2-A2 | C6 | C5 | C6 | C1 | C3 | C6 |
| 840 | C. Ressler | | | A1 | | | c6-A5 | | | | A5 | C6 | A3 | A3 | A5 | A1 | A2 | A3 | A4 | A5 | A1 | A2 | A3 | A2 | A1 | A5 | A4 | A3 | A2 | A1 | A5 | A4 |
| 838 | S. Pittman | A1-b2 | A2 | A3 | B4 | B5-c6 | B1-c1 | | B2 | B3 | A1 | A2-b5 | A3 | B1 | B3 | B3 | B5 | B1 | B5 | B6 | B1 | B1 | A5 | B1 | A1 | A5 | A4 | A3 | A2 | A1 | A5 | A1-b2 |
| 832 | A. Jorgenson | | C2 | C3 | A5 | A1 | B1 | B2 | B3 | B4 | A1 | A2 | A3 | A4 | A5 | B1 | B2 | B5 | B6 | B1-11p | | C1 | B5 | a5-B5 | A2 | B3 | B5 | B6 | B1 | B5 | | B1 |
| 842 | M. Hofferber | C6 | | | C6 | B1 | B2 | B3 | B4 | B5 | A1 | B2 | B3 | B4 | B3 | B4 | B5 | B1 | B6 | B5 | B6 | B2 | B3 | B4 | B1 | B6 | B1 | B2 | B3 | C3 | C4 | |
| 844 | S. Hilleshiem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 848 | M. Laqua | | | | | | | | | | | | | | | | | | | | | | A5 | | A2 | B2 | B3 | B1 | A5 | A1 | B2 | B2 |
| 846 | M. Ottosen | | | | A1 | A2 | A3 | A5 | A1-b1 | A2-b5 | A2 | A3 | A4 | A2 | A3 | A4 | A3 | A3 | A4 | A1 | A2-b3 | A5 | B5 | C1-2300 | A3 | A2 | A1 | A5 | A4 | A3 | A2 | A3 |
| 830 | B. Briggs | | | | A1 | A2 | | A5 | A1-b1 | A2-b5 | A1 | A4 | A5 | | A3 | A4 | | A3 | A4 | A1 | A2-b3 | A5 | A1 | C1-2300 | A3 | A2 | A1 | A5 | A4 | A3 | A2 | |
| 811 | J. Bibeau | A2 | A3 | A4 | A2 | A3 | A4 | | B6 | B1 | A2 | A3 | A4 | A2 | A3 | A4 | A1 | A3 | A1 | A2 | A1 | A5 | A1 | B1 | A4 | | A2 | A1 | A5 | A4 | A3 | A3 |
| 836 | J. Johnson | Military Military | | A1 | C4 | B5 | C | C3 | b2-C4 | b5-C6 | C1 | C6 | C4 | C | C | C2 | C6 | C1 | C1 | C | C | C | C3 | | C1 | C4 | C3 | C6 | C1 | b4-C2 | C6 | A2 |
| 819 | N. Anderson | B3 | B2 | B4 | B1 | B2 | B3 | | B1 | C1 | B1 | B2 | B3 | B4 | B5 | a2-B1 | B1 | B2 | B3 | B1 | B2 | B4 | a5-B5 | B1 | B2 | B4 | B5 | B3 | B4 | B4 | B5 | R2 |
| 817 | S. Crownhart | A3 | A4-b1 | A5 | | A4 | | A5 | A1-b1 | A2-b5 | A3 | A4 | A5 | A4 | A4 | | A3 | A4 | A1 | A2 | A3 | A1 | A1 | | B4 | A3 | A2 | A1 | A5 | A4 | A3 | |
| 827 | L. Flandrena | C3 | b3-C4 | C6 | C1 | C2 | C3 | C6 | b4-C6 | | C3 | C2 | C1 | C1 | C6-a5 | C4-a2 | C3 | b4-C2 | C1 | C6 | C4 | b3-C3 | C2-a5-C1-2300 | a5-B5 | A1 | c6-A5 | C6 | C3 | C6 | B2 | B1 | b2-C2 |
| 829 | L. Beyl | C4 | B5 | C1 | B5 | C1 | B5 | B2 | C1 | C1 | C1 | C1 | C1 | B3 | C4 | | B1 | C3 | B3 | C1 | b3-C6 | C3 | C2 | C1-2300 | A2 | C3 | C1 | C2 | C1 | C6 | C1 | C1 |
| 823 | J. Boche | B4 | B5-c3 | B1 | B1 | B2 | B5 | B6 | B2 | B3 | B4 | | B3 | B4 | B2 | B2 | B3 | B3 | B1 | B2 | B2 | B4 | B4 | C2-a5 | B2 | B4 | B6 | B3 | B4 | B5 | B1 | B2 |
| 831 | P. Wimberley | b2-C4 | C6 | C1 | C4 | | C6 | C6 | C4 | C3 | C2 | B3 | B4 | C4 | C3 | C2 | C4 | C3 | C2 | C2 | C1 | C4 | C3 | C1-2300 | C1 | C3 | C6 | C3 | C6 | C6 | C6 | C2 |
| 815 | D. Fjorden | B5 | | | B2 | B3 | B4 | B5 | B6 | B1 | C3 | C2 | | B3 | B4 | B4 | B1 | B2 | B3 | | C6 | | B1 | | B2 | B3 | B4 | B5 | | | B3 | |
| 809 | T. Kincade | | | | C1 | C2 | C6 | C6 | B2 | C1 | | | B4 | | B2 | C4 | C3 | C4 | C1 | C4 | C4 | C4 | C3 | C3 | C1 | B4 | C6 | B6 | B4 | B5 | B1 | A3 |
| 825 | D. Fjorden | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 834 | P. Dueholm | | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | | | | | | | | | | | | |
| 846 | M. Ottosen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 848 | M. Hilleshiem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 844 | S. Hilleshiem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | (shaded) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 810 | Sgt S. Nargis | C1 | S1 | S1 | S1 | S1 | S1 | S2 | S2 | S2 | S1 | S1 | S1 | S1 | S2 | S2 | S2 | S1 | S2 | S1 | S1 | S1 | S2 | S2 | S2 | S1 | S1 | S1 | S1 | S2 | S2 | C1 |
| 820 | Sgt D. Rossing | S1 | S2 | S1 | S2 | S1 | S2 | S1 | S2 | S1 | S2 | S1 | S2 | S1 | S2 | S1 | S2 | S1 | S2 | S2 | S1 | S1 | S2 | S2 | S1 | S1 | S2 | S2 | S1 | S1 | S1 | S1 |
| 824 | Sgt D. Casey | S2 | | S2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | S2 |

Legend:
A = 0600 - 1430   S1 = 0900 - 1730
B = 1400 - 2230   S2 = 1900 - 0330
C = 2200 - 0630

1=MASTER   2=FLOOR   3=MAX   4=INTAKE   5=MIN CTL   6=UTILITY   S=SUPERVISOR

Comp   Vacation   Sick   Personal   Training   PTO

10/31/05