## Scott Nargis

| | |
|---|---|
| **From:** | scottn@co.polk.wi.us |
| **Sent:** | Friday, February 21, 2014 10:49 AM |
| **To:** | becky.roberts@co.polk.wi.us; bradley.thompson@co.polk.wi.us; Darryl@co.polk.wi.us; janet.koch@co.polk.wi.us; jennifer.tober@co.polk.wi.us; lawrenceb@co.polk.wi.us; lenee.tudahl@co.polk.wi.us; LoriF@co.polk.wi.us; Lorraineb@co.polk.wi.us; matthew.lechman@co.polk.wi.us; matthew.thayer@co.polk.wi.us; melissa.amundson@co.polk.wi.us; MichaelO@co.polk.wi.us; MichaelH@co.polk.wi.us; michael.kahler@co.polk.wi.us; Patw@co.polk.wi.us; peter.dueholm@co.polk.wi.us; scottp@co.polk.wi.us; stacey.ptacek@co.polk.wi.us; stevels@co.polk.wi.us; StevenH@co.polk.wi.us; tatum.campbell@co.polk.wi.us; TimJ@co.polk.wi.us; todd.gall@co.polk.wi.us; tyler.briggs@co.polk.wi.us; williamb@co.polk.wi.us |
| **Subject:** | info from training |

Just to recap some of the info from yesterday's training:

- Janet….excellent report on the U/A for Amanda Benson. Left no wiggle room for Benson to make excuses, and resulted in her Huber being revoked by the judge. Good job.
- PREA (Prison Rape Elimination Act)
    - Seems to be that everyone is in a tizzy to train their staff on PREA. There is no requirement for use to be compliant with everything that the law calls for, but nevertheless it is federal law. So we'll hit the basics of PREA training.
    - Do not allow/condone inappropriate contact between inmates.
    - Do not allow/condone/engage in inappropriate contact between staff & inmates.
    - If someone (staff or inmate) presents a concern about inappropriate contact, report it to me.
- Most of you have seen the bill that Senator Harsdorf is co-sponsoring (AB 699), which would permit (but not require) counties to certify jailers as protective status.
    - I recommend writing to Senator Harsdorf & Seversen to express your concerns and your desire to see this bill pass.
    - I have already written one on behalf of the entire staff.
- Not everyone got to see the video on the lack of pat-down at a booking room that resulted in a handgun getting into a facility. But there was an incident not that long ago where an inmate was found to have a genital piercing. Brought up a good practice I would like to have started.
    - Following a shower/change-over at booking, and prior to placing someone in general population, do a metal detector search of them. Particularly the groin area.
    - Any questions on use of the metal detectors, get with someone who knows how to use them.
    - Yes, it will require keeping the big one charged.
- DOC 350 is close to being enacted. Will mean a couple of changes for us:
    - Majority of the changes are moving the standards towards "best practices". We already do the vast majority of these.
    - Annual fire safety training is required; no required length of time.
    - Annual training for all staff who deliver medications; no required length of time.
    - Annual suicide prevention & risk factor identification; minimum of 2 hours
- I will be sending out a job dynamics survey.
    - This is your chance to tell me what we can do to make your job better/safer/more enjoyable.
    - I'll email it. Save it to the computer, type your answers & turn it in anonymously if you choose. Or fill it out by hand, put your name on it. It doesn't matter. I'm the only one who is going to see the information, and there are no repercussions for what you have to say on it.

PCJ0004706

- Even if you have nothing to say, complete it anyway and tell me that.

Those who were not present for the Taser re-cert, I will be getting in touch with you and will be arranging with Becky to get you recertified.

SN/810

PCJ0004707