# OFFICE OF THE SHERIFF
## Polk County Sheriff's Department
*"Integrity, Honor, and Courage"*
### JAIL DIVISION
### 1005 West Main, Suite 900 – Balsam Lake, WI 54810

Peter M. Johnson, Sheriff                               Steven B. Moe, Chief Deputy

**Scott A. Nargis, Captain**
**Jail Business Telephone: 715-485-8370**
**Jail Business Fax: 715-485-9124**

22 April 2011

To:     Jail Officer Darryl Christensen

From:  Captain Scott Nargis

Re:     Documentation of discipline

Officer Christensen,

This memo is intended to document a disciplinary procedure, which occurred on Friday, April 22, 2011, regarding the following incident.

### Synopsis of Event

On April 21, 2011, Officer Christensen was assigned as the Booking Officer for the A-shift (0600-1430hrs) in the Polk County Jail. During the course of his shift there was a call for assistance in the Secure (Max) Pod of the jail, regarding an inmate throwing chairs in a multi-purpose room. This inmate had been placed in the multi-purpose room for being disruptive in his cell block earlier.

Subsequently, officers responded to the area and moved the inmate out of the cell to the booking room for placement into a receiving cell. The inmate, while obstinate regarding officers' instructions, was cooperative and did move on his own.

Subsequently, Officer Christensen entered the booking room ahead of the inmate to remove the mattress from the receiving cell. The inmate made a comment to one of the accompanying officers, which resulted in Officer Christensen grabbing the inmate and propelling him up against the wall.

As part of the investigation the video of the booking room, at the time of the incident, was viewed. In the video the inmate can be seen walking under his own power towards receiving cell R-1. The inmate then turns toward one of the accompanying officers and makes what is reported as a snide/rude comment. Officer Christensen can be seen

Nargis  
DEPOSITION  
EXHIBIT ___5___ (JFD)

**EXHIBIT E**

PCJ0003725

exiting R-1, throwing the mattress away from the cell, reaching out to grab the inmate by uniform, then propelling him towards the wall.

Officer Christensen's written and oral accounts of the incident mirror what was observed on the video, and were absent any indication that the inmate was making any threatening actions or statements to the officers.

### Relative Disciplinary History

Officer Christensen has received a one-day suspension in the past for unrelated behavior.

### Disciplinary Meeting

On Friday, April 22, 2011, at approximately 1330hrs, Chief Deputy Steve Moe and I met with Officer Christensen, privately, in my office. We had a discussion of the incident and indicated to Officer Christensen that he was entitled to union representation, as there was a possibility of discipline as the result of a violation of Jail Policy C-300 (Use of Force and Restraints), resulting in force being used against an inmate when it was not necessary. Officer Christensen waived his right to union representation.

Officer Christensen indicated that the facts surrounding the event were not in dispute. He did acknowledge that the inmate was a difficult inmate, and that the inmate got the best of him. Officer Christensen acknowledged that his actions were wrong and indicated that he would take steps to prevent a similar situation from occurring in the future.

### Summary and Conclusion

I believed that this matter was best resolved by issuing a verbal reprimand to Officer Christensen, and providing re-training on the justification for use of force in the Jail, per our policy.

I would like to note that Officer Christensen has a lengthy history of service with our Department and has had no similar incidents in the past. Officer Christensen demonstrated a professional demeanor during this process, and was cooperative.


CC:   Officer Christensen personnel file.