# POLK COUNTY JAIL — Performance Review

## EMPLOYEE INFORMATION

- **Name:** Darryl Christensen
- **Job Title:** Jailer
- **Department:**
- **Review Period:** 10/10 to 10/11
- **Employee ID:**
- **Date:** 10-6-11
- **Manager:** Capt Nargis

## RATINGS

| Category | 1 = Poor | 2 = Fair | 3 = Satisfactory | 4 = Good | 5 = Excellent |
|---|---|---|---|---|---|
| Job Knowledge | ☐ | ☐ | ☐ | ☒ | ☐ |
| Work Quality | ☐ | ☐ | ☐ | ☒ | ☐ |
| Attendance/Punctuality | ☐ | ☐ | ☐ | ☒ | ☐ |
| Initiative | ☐ | ☐ | ☒ | ☐ | ☐ |
| Communication/Listening Skills | ☐ | ☐ | ☐ | ☒ | ☐ |
| Dependability | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments (Work Quality): "is gettin better in New World"
Comments (Communication/Listening Skills): good w/inmates - ok tic, very good w/coworkers

**Overall Rating** (average the rating numbers above): 3.83

## EVALUATION

ADDITIONAL COMMENTS: Enjoy, Safety Friendly

## GOALS (as agreed upon by employee and manager)

## VERIFICATION OF REVIEW

By signing this form, you confirm that you have discussed this review in detail with your supervisor. Signing this form does not necessarily indicate that you agree with this evaluation.

- **Employee Signature:** Darryl Christensen    **Date:** 10-6-11
- **Manager Signature:** [Nargis]    **Date:** 10-6-11

Nargis DEPOSITION EXHIBIT
6-2-16

EXHIBIT F

What was your favorite incident/event in the past 12 months and why? What made it so special?

*Matt Wright incident - felt good*

What was your biggest mistake/regret of the past 12 months and what did you learn from it?

*Matt Wright incident - got disciplined*

If you won the lottery, what is one thing that would keep you from quitting your job?

*Nothing*

What would make your life easier at work?

*Try to bring back some camaraderie/cohesion in the staff*

How do you like to be managed? Am I watching too closely or not enough? Would you like more/less contact?

*don't like when sgts override staff decisions.*

PCI0000010