Polk County Wisconsin
Job Description

| | |
|---|---|
| **Job Title:** | Corrections Officer |
| **Division:** | Jail |
| **Department:** | Sheriff's Department |
| **Location:** | Justice Center |
| **Shift:** | Variable |
| **Reports To:** | Jail Sergeant, Jail Captain |
| **Prepared By:** | Scott Nargis, Steven Moe |
| **Effective Date:** | June 14, 2002, October 6, 2006 |
| **Revised Date:** | February 17, 2011 |
| **Salary Level:** | Corrections Officer scale, WPPA Protective Employees Contract |
| **Approved By:** | |
| **Approved Date:** | |
| **FLSA Status:** | Non-Exempt |

## SUMMARY

Under the guidance of the Jail Sergeant, the Corrections Officer is responsible for providing care, custody, and the detention of male and female inmates in the Jail; providing a positive rehabilitative influence to all inmates; insuring compliance with all applicable state and federal laws; and acting within the policies and procedures of the Polk County Jail.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following (other duties may be assigned):

Supervises and maintains custody of inmates of the Polk County Jail by controlling inmate conduct; conducts searches; inspects living areas; maintains surveillance; dispenses medication; provides escorts to court and meetings; regulates inmate visitation and coordinates the intake and release of inmates.

Maintains a safe and secure environment within the Polk County Jail.

Move inmates, whether cooperative or combative throughout the jail in a safer manner.

Monitor and respond to jail activity; ensuring the safety and protection of others.

Utilize Jail Management Software/Records Management Software to record, retrieve and interpret data relative to inmates and their incarceration.

Recognize and respond to multiple and simultaneous events.




PCJ0000649

Respond to, report and document any emergency and/or special situations as necessary.

Communicate effectively with other law enforcement agencies, probation and parole, prosecutors, defense attorneys, court personnel, county, state and federal agencies, Department of Human Services, emergency service providers, inmates and the public in general.

Attend and successfully complete required training, in-services and staff development activities.

Report to work when ordered to do so by the proper authority.

Perform any other duties as assigned by the Sheriff, Chief Deputy or Jail Captain.

**MARGINAL DUTIES AND RESPONSIBILITIES** include the following. Other duties may be assigned.

Perform general clerical and data processing duties

Provide necessary back-up to other staff members during periods of absence and during peak work- loads as directed.

Know and understand department programs to answer questions or refer to the appropriate resource(s).

Adhere to the Department's policies.

Attends and participates in staff meetings, while on or off duty, as required..

Transport inmates as required.

Train other staff members, or potential staff members, to perform the essential job functions.

Performs any and all other duties as assigned by the supervisory staff.

**SUPERVISORY RESPONSIBILITIES**

Is responsible for assisting the supervisory staff in the direction, coordination and evaluation of the activities of trainees.

**QUALIFICATIONS:** Possess the skills and abilities to perform each essential duty satisfactorily. The requirements below are representative of the knowledge, skills, and/or abilities required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

### EDUCATION and/or EXPERIENCE

Must be a U.S. Citizen, at least 18 years of age.

Must be a resident of Wisconsin, or having residence within a forty five minute commute time to the Polk County Justice Center from a County adjacent to Polk County.

Must possess a valid Wisconsin driver's license or have access to available transportation.

Must have a high school diploma or equivalent.

Must be free of felony convictions.

Applicants who have a post High School education and/or two years of experience in a corrections or law enforcement related field will be given preference.

Basic computer skills and keyboard experience required.

Must have good ethical character.

Must have the ability to demonstrate excellent communication skills (written and oral), in a polite, courteous and professional manner.

### LANGUAGE SKILLS:

Ability to read, analyze, and interpret general periodicals, professional journals, technical procedures, or governmental regulations.

Ability to write routine reports and correspondence.

Ability to effectively present information and respond to questions from inmates, criminal justice professionals, contract agents, and the general public.

## MATHEMATICAL SKILLS:

Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions and decimals.

Ability to use and account for standard units of American money.

## REASONING ABILITY:

Ability to define problems, collect data, establish facts, and draw valid conclusions.

Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists.

Ability to interpret a variety of instructions furnished in written, oral, diagram or schedule form.

## CERTIFICATES, LICENSES, REGISTRATIONS

Become certified by the State of Wisconsin as Jailer/Corrections Officer within the timelines established by the Training and Standards Bureau..

Obtain and maintain CPR/AED certification.

Obtain and maintain Wisconsin DOT TIME training.

Obtain and maintain any other certification deemed necessary by administration.

Must have a passing score on a standardized corrections officer entry level exam.

Must pass a standardized psychological screening for corrections officers.

Must pass a standardized physical exam for corrections officers.

## PHYSICAL DEMANDS

The physical demands described below are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Polk County Personnel Department                                                                 June 16, 1998

4

PCJ0000652

Regularly stand, walk, sit, use hands to finger, handle, or feel objects, tools or controls; reach with hands and arms; and talk and hear. Occasionally stoop, kneel, crouch, or crawl.

Must be able to occasionally lift and/or move up to, or more than, 100 pounds.

Specific vision abilities required by this job include: close vision, distance vision, color vision, peripheral vision, depth perception, and ability to adjust focus.

## WORK ENVIRONMENT

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

May occasionally be exposed to verbal threats or assaults.

May occasionally be exposed to physical threats or assaults by inmates.

Often exposed to intense levels of various and simultaneous activities.

Always exposed to artificial light and electronic equipment.

Always work in an entirely secured setting, and primarily in close quarters.

Noise level is frequently moderate and occasionally loud.