

# TASER
### PROTECT LIFE

**TASER X26**

**Darryl Christensen**

Certified User

This Certifies that

**Darryl Christensen**

is trained in the proper and safe use of the TASER® X26 Electronic Control Device and has passed the requirements of the Polk County Jail TASER X26 training program under the supervision of a Certified Instructor.

In Witness Whereof, Certified Instructor

**Scott Nargis**

has certified the successful completion of the training requirements this day:

3/15/2010

Certified Instructor: _____  Certified Instructor ID: 060130273701412871346C

© 2007 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

**EXHIBIT T**

PCJ0000590



# TASER INTERNATIONAL®

### TASER X26 CERTIFICATION
### Darryl Christensen

This Certifies that

**Darryl Christensen**

is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.

In Witness Whereof, Certified Instructor

**Scott A. Nargis**
has certified the successful completion of the training requirements this day:

**January 20, 2009**

Certified Instructor: _[signature]_

Certified Instructor ID: 060130273701412871346C

© 2004 TASER International, Inc. TASER®, Shaped Pulse™ and the Cobra & Lightning Bolt Logo are trademarks of TASER International, Inc.

PCJ0000597



# Polk County Jail
## Certificate of Completion

is hereby granted to:

*Darryl Christensen*

for completing 1.5 hrs of training on Weapons Defense/Retention & Basic Ground Defense.

For July 23rd, 2008
Granted: July 24th, 2008

Scott A. Nargis
Sergeant

PCJ0000600



TASER® X26 CERTIFICATION

Darryl Christensen

Certified User

*This Certifies that*

**Darryl Christensen**

*is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.*

*In Witness Whereof, Certified Instructor*

**Scott A. Nargis**
*has certified the successful completion of the training requirements this day:*

**January 22, 2008**

*Certified Instructor:* _____  *Certified Instructor ID:* 0601302737014128713 46C

© 2004 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

PCJ0000603



# TASER® X26 CERTIFICATION

**Darryl Christensen**

Certified User

*This Certifies that*

## Darryl Christensen

*is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.*

*In Witness Whereof, Certified Instructor*

**Scott A. Nargis**
*has certified the successful completion of the training requirements this day:*

**January 17th, 2007**

*Certified Instructor:* _____  *Certified Instructor ID:* 060130273701412871346C

© 2004 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

PCJ00000606



# Polk County Jail
## Certificate of Completion

is hereby granted to:

*Darryl Christensen*

for completing 2.0 hrs of training on Pat Searches, Standing Stabilization and Weapon Retention.

For February 19th, 2007
Granted: February 20th, 2007

Scott A. Nargis
Sergeant

PCJ0000607



# TASER® X26 CERTIFICATION

**Darryl Christensen**
Certified User

This Certifies that

**Darryl Christensen**

is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.

In Witness Whereof, Certified Instructor

Scott A. Nargis

has certified the successful completion of the training requirements this day:

January 11th, 2006

Certified Instructor: _____

Certified Instructor ID: 040325629651412871346

PCJ0000610



# TASER INTERNATIONAL®

*This Certifies that*

**Darryl Christensen**

*is trained in the proper and safe use of the TASER X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.*

*In Witness Whereof, Certified Instructor*

**Scott A. Nargis**
*has certified the successful completion of the training requirements this day:*

January 19th, 2005



Certified Instructor: _____    Certified Instructor ID:

040325629651412871346C

© 2004 TASER International, Inc. TASER®, Stinger Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.



## TASER® Non-Lethal Device User Certification Application
PRINT LEGIBLY AND CLEARLY PLEASE!

Which device were you certified in (check one or both): M26 ☒26

Rank: Jail Officer         Name: Darryl Christensen

Dept. / Company: Polk County Jail

Phone: _____         Fax: _____

Email: _____

Address/State/Zip: _____

Number of answers correct: 44 out of 50. (80% minimum = 40 correct answers)

Instructor to initial that student has successfully completed the following practical application tests:

- **Y** Demonstration of proper finger positions for aiming and firing.
- **X** Reload TASER device 5 times in 15 seconds (watch finger position, disqualify for fingers in front of blast doors).
- **Y** Officer can control unit adequately when commanded "Arm - Spark - Safe" at random.
- **Y** Officer can remove and reinstall battery correctly.
- **Y** Draw TASER device and hit target at 8-foot distance (time limit 5 seconds).
- ___ Draw TASER device (select the unit most likely to be used in the field) hit target at 8 feet, reload, hit 2nd target at 12 feet with laser sight (time limit 10 seconds).

I hereby certify that the above named applicant has successfully completed a minimum of four hours training, has passed the written test with a score of 80% or better, has passed the above functional tests, has demonstrated sufficient proficiency in the function, and use of the above TASER non-lethal device checked above and is hereby certified as a trained user of this system.

Attested by Certifying Instructor: Sgt Scott Nargis          [Signature]
                                   (Print Name)              (Signature)

Date: 1-18-05

*Maintain a file copy of this certification in department records.*

© 2004 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

PCJ0000616