UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

      Plaintiff,

vs.

POLK COUNTY SHERIFF'S DEPARTMENT
and DARRYL L. CHRISTENSEN,

      Defendants,

   and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

      Intervenor.

Case No. 15-CV-428

---

M.J.J.,

      Plaintiff,

vs.

POLK COUNTY SHERIFF'S DEPARTMENT,
DARRYL L. CHRISTENSEN,

      Defendants,

   and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

      Intervenor.

Case No. 15-CV-433

---

## MOTION TO CONSOLIDATE TRIALS

---

NOW COMES Defendant Polk County Sheriff's Department pursuant to Fed. R. Civ. P. 42 and moves the Court to consolidate for trial Case Nos. 15-CV-428 and 15-CV-433, and shows the Court that both cases present common questions of law and fact and as grounds therefore:

13256339.1

1. Both cases are civil rights claims under 42 USC § 1983 and both involve similar allegations of sexual misconduct with prisoners in the Polk County Jail on the part of ex-Officer Darryl L. Christensen.

2. The defendants are the same in both cases. The same lawyers represent the plaintiffs in both cases. The same lawyers represent the defendants in both cases.

3. Many witnesses will be called as witnesses in both trials, including:

    (a) Defendant Darryl L. Christensen.

    (b) Plaintiffs have designated the same expert witnesses in both cases (Jeffrey Eiser and Mack Raderstorf).

    (c) Defendant Polk County Sheriff's Department has designated the same expert witnesses in both cases (Kenneth Robbins, M.D. and Eugene Atherton).

    (d) When the expert witnesses were deposed, they were simultaneously deposed in both cases.

4. It is anticipated that the plaintiffs and the defendants will present testimony in both cases concerning the policies, procedures, training and practices of the Polk County Sheriff's Department.

5. It is anticipated that the plaintiffs and defendants in both cases will present identical testimony concerning the design and architectural features of the Polk County jail including testimony concerning the use of video cameras, sight lines within the jail and mechanisms for entering secured areas.

6. This defendant has moved for summary judgment in both cases and has filed identical Proposed Findings of Fact in both cases.

This defendant certifies that it will file no brief to support this motion other than a reply brief if the motion is opposed.

Dated this 14th day of November, 2016.

    s/ Charles H. Bohl
Charles H. Bohl
Paul D. Cranley
Kurt M. Simatic
HUSCH BLACKWELL LLP
555 E. Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone:  414-273-2100
Fax:  414-223-5000
Email:  charles.bohl@huschblackwell.com

33 East Main Street, Suite 300
Madison, WI 53701-1379
Telephone:  608-255-4440
Fax:  608-258-7138
Email:  paul.cranley@huschblackwell.com

20800 Swenson Drive, Suite 300
Waukesha, Wisconsin 53186
Telephone: 262-956-6200
Fax: 262-956-6210
Email: kurt.simatic@huschblackwell.com

Attorneys for Polk County Sheriff's Department