# HUSCH BLACKWELL

Paul D. Cranley
Partner

33 East Main Street, Suite 300
P.O. Box 1379
Madison, WI 53701-1379
Direct: 608-258-7124
Fax: 608-258-7138
Paul.Cranley@huschblackwell.com

November 22, 2016

**VIA ECF**

William M. Conley, Chief U.S. District Judge
U.S. District Court for the Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

      Re:  **J.K.J. v. Polk County Sheriff's Department, et al.**
            **Western District of Wisconsin Case No. 15-C-428**

Dear Judge Conley:

      This letter is in response to the plaintiff's motion to seal the criminal trial transcript of Daryl Christensen (ECF No. 103) and plaintiff's motion to seal the transcripts of Mark A. Raderstorf, M.S., Eugene E. Atherton, and Kenneth I. Robbins (ECF No. 104). Defendant Polk County has no objection to either motion.

                                               Very truly yours,

                                               Paul D. Cranley

PDC/jjs

cc:    Lori Marie Lubinsky (via ECF)
        Samuel C. Hall, Jr. (via ECF)
        Lida Marie Bannink (via ECF)
        Sara Catherine Mills (via ECF)
        Thomas J. Weidner (via ECF)
        Kurt Simatic (via ECF)
        Andrew Alston Jones (via ECF)
        Charles Henry Bohl (via ECF)