IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J.K.J.,

    Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT
and DARRYL L. CHRISTENSEN,

    Defendants,

and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

    Intervenor.

*and*

M.J.J.,

    Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT
and DARRYL L. CHRISTENSEN,

    Defendants,

and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

    Intervenor.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-428-wmc

Case No. 15-cv-433-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of intervenor Wisconsin County Mutual Insurance Corporation (WCMIC) against plaintiffs J.K.J. and M.J.J., granting WCMIC's motions for summary judgment and declaring that WCMIC has no duty to defend or cover defendant Darryl L. Christensen.

It appearing that there is no just reason for delay, I direct that this final judgment be entered.

Approved as to form this 21st day of December, 2016.

_____
William M. Conley
District Judge

_____     _12/22/16_____
Peter Oppeneer                       Date
Clerk of Court