Western District Case No.15-CV-428
Western District Case No.15-CV-433
vs.
Darryl L. Christensen

DOC NO
REC'D/FILED
2017 JAN -3 AM 11: 15
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

District Judge William Conley


On December 16 2016 I received a letter of notification from Attorney Sara Mills of the LAW FIRM OF Crivello Carlsonstating that the court order granted the motion to withdraw as my counsel. It further states that I need to respond by January 6 2017 to advise the court of my plans for counsel.
   At this point I will have to represent myself pro se as I am indigent, incarcerated in the Dodge Correctional Inst. I was divorced in May 2016 in a non contested divorce in which my wife was awarded everything. As a result I have no money, no assets, no collateral to use to hire an attorney.
   Further more I do not know what can be gained by a lawsuit against me as I am facing a 30 year sentence earning .26 per hour in which the state is taking 60% to pay my court costs and obligations.
   I am not familure with these proceedings and do not know what I am required to do next, so please excuse my ignorance in what paper work needs to be filed or the appropriate language to be used in this procedure.
   Please send all correspondance to me at the following address
Darryl Christensen #639400
Dodge Correctional Inst.
P.O. Box 700 Waupun WI.
53963


                Thank you for your attention in this matter
                            Sincerly
                            *Darryl L. Christensen* (signature)
                            Darryl L. Christensen