**EXHIBIT FORM**

|  | EXHIBIT (S) OF | | |
|---|---|---|---|
| | **PLAINTIFF J.K.J** <br>(Indicate plaintiff or defendant) | **J.K.J.** <br><br>V.    Case No.    15-CV-428 <br><br>**Polk County and Darryl L. Christensen, et al.** | |
| | EXHIBIT (S) OF | | |
| | **PLAINTIFF M.J.J.** <br>(Indicate plaintiff or defendant) | **M.J.J.** <br><br>V.    Case No.    15-CV-433 <br><br>**Polk County and Darryl L. Christensen, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| 1 | | | Defendant Christensen's Personnel File (PCJ0000001-189) | Relevance, Motions in Limine (both object to other without Bates) |
| 2 | | | Defendant Christensen's Employment records (PCJ0000190-334) | Relevance, Motions in Limine (both object to other without Bates) |
| 15 | | | Inmate Screening Supplement (PCJ0003529) | Relevance |
| 17 | | | Complaints against Christensen (PCJ0003718-3736) | Relevance, Motions in Limine |
| 18 | | | 1/18/12 Jorgenson's Fraternization with Inmate (PCJ0003737-3768) | Relevance |
| 19 | | | Training Plan 2005-2014 (PCJ0003769-3778) | Relevance |
| 20 | | | Training Sign in Sheets 2010-2014 (PCJ0003818) | Relevance |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 30 | | | Photos-jail (4709-4723, 4726, 4729, 4731-4733, 4737, 4739, 4741, 4744, 4746, 4749, 4751, 4754, 4756, 4764, 4768, 4769, 4772-4774, 4778, 4780, 4781, 4788, 4789, 4808-4810) | Relevance |
| 31 | | | Handwritten letter from Inmate N.S. (PCJ0004936-4941) | Hearsay, Relevance |
| 33 | | | Allen Jorgenson Letter of Resignation to Nargis from Jorgenson-2/3/2012 (PCJ0004944) | Hearsay, Relevance |
| 34 | | | Additional late disclosed documents re: Jorgensen investigation (004674-4681MJJ/JKJ) | Hearsay, Relevance |
| 47 | | | Defendant Christensen's Certified plea hearing transcript (004573-4619 MJJ/JKJ) | Hearsay, Relevance |
| 48 | | | Defendant Christensen's Certified Sentencing transcript (004620-4672 MJJ/JKJ) | Hearsay, Relevance |
| 49 | | | Summary of Qualifications of Jeff Eiser | Hearsay |
| 50 | | | Curriculum Vitae Mark Raderstorf, M.A. | Hearsay, Relevance |
| 82 | | | Core Jail Standards, First Addition, Copyright 2010 by the American Correctional Association (portions of/not in its entirety) (limit to 1-CORE-4D-13 through 4D-16) | Relevance |
| 84 | | | Performance-Based Standards for Adult Local Detention Facilities, Fourth Addition, Copyright 2004 by the American Correctional Association (portions of/not in its entirety) (Limit to sec. 4-ALDF-4D-22) | Relevance |
| 85 | | | National Prison Rape Elimination Act, 42USC§15601, et sec. (portions of/not in its entirety) | Relevance |
| 86 | | | U.S. Department of Justice Prison Rape Elimination Act National Standards, 28CFR§115 (portions of/not in its entirety) | Relevance |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 102 | | | Jerrick's Jorgensen Investigation Notes (PCJ0004945-4963) | Relevance, hearsay |
| | 103 | | | Jerrick's Christensen Investigation Notes (PCJ0004964-4979) | Relevance, hearsay |
| | 104 | | | Jail Photos taken on 1/19/2017 (MJJ/JKJ 5519-5537) | Relevance, hearsay |
| | 105 | | | Jail videos taken on 1/19/2017 (2 total) | Relevance, hearsay |
| | 106 | | | National Standards To Prevent, Detect, and Respond to Prison Rape, 77 Fed. Reg. 37106-01 (June 20, 2012) (limited to Vol. 77, No. 119, 37106-37232) | Relevancy |