IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J.K.J.,

                Plaintiff,                ORDER

   v.

                                               15-cv-428-wmc

POLK COUNTY and DARRYL L.
CHRISTENSEN,

                Defendants.

and

M.J.J.,

                Plaintiff,

   v.

                                               15-cv-433-wmc

POLK COUNTY and DARRYL L.
CHRISTENSEN,

                Defendants.

The court issues the following rulings on the parties' objections to questions posed to witness Steven L. Schaefer during his deposition (dkt. #218).  As the court directed at the final pretrial conference, plaintiff shall also remove all asides or discussions between counsel and/or with the court reporter.

- 20:13-14: sustained; omit lines 20:12-21, except keep in "I think Dolly actually" in line 21
- 36:1-2: overruled; omit lines 36:1-2
- 36:12-13: moot since withdrawn; omit lines 36:9-15
- 52:9, 22-23: sustained as to both; omit lines 52:6 - 53:7
- 53:23-24: overruled; omit lines 53:23 - 54:2

- 54:16-18: sustained (MIL order); omit lines 54:7 - 55:14

- 64:5-6: overruled; omit lines 64:5-6

- 65:15: overruled; omit line 65:15

- 65:22-24: overruled (Ex. 504 in by stipulation; omit lines 65:22-24

Entered this 26th day of January, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge