# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 1/31/2017   DAY: Tuesday   START TIME: 8:31am   TOTAL HOURS: 7 hr, 25 min
JUDGE/MAG.: WMC   CLERK: JAT   REPORTER: JD/ CS
PROBATION OFFICER: ---   INTERPRETER: ---   SWORN: YES ☐   NO ☐
CASE NUMBER: 15-cv-428 & 433   CASE NAME: J. K. J. & M. J. J. v. Polk County & Darryl Christensen

**APPEARANCES:**
PLAINTIFF(S): Lida Bannink
Thomas Weidner

DEFENDANT(S): Charles Bohl, Paul Cranley,
& Kurt Simatic (Polk County)
Sara Mills (Christensen)

**PROCEEDINGS:** 2nd Day Jury Trial

### PLAINTIFF(S) WITNESS
1. Melinda Juleen (continued)
2. Darryl Christensen (adverse)
3. Peter Johnson (adverse)
4. Steven Moe
5. Scott Nargis
6. Bradley Hompe
7. Lynelle Manning
8. Steven Schaefer (video deposition)

### DEFENDANT(S) WITNESS

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. _____ GRANTED ☐  DENIED ☐  U/A ☐
2. _____ GRANTED ☐  DENIED ☐  U/A ☐
3. _____ GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. _____ GRANTED ☐  DENIED ☐  U/A ☐
2. _____ GRANTED ☐  DENIED ☐  U/A ☐
3. _____ GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 10:25am   RESUME: 10:45am   2ND BREAK: 12:27pm   RESUME: 1:32pm
3RD BREAK: 3:42pm   RESUME: 3:57pm   4TH BREAK: _____   RESUME: _____
ADJOURNMENT: 5:36pm