IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER K. JOHNSON,

        Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants.

and

MELINDA J. JULEEN,

        Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants.

SPECIAL VERDICT - DAMAGES

15-cv-428-wmc

15-cv-433-wmc

---

We, the jury, for our special verdict, do find as follows:

### Jennifer K. Johnson

**QUESTION NO. 1:** What amount of compensatory damages, if any, should defendants Darryl L. Christensen and Polk County pay plaintiff Jennifer K. Johnson for injuries caused by defendants' violations of her constitutional rights and/or defendant Polk County's negligence?

$ _2,000,000.00_

1

QUESTION NO. 2: Did plaintiff Jennifer K. Johnson prove by a preponderance of the evidence that she is entitled to punitive damages against defendant Darryl Christensen?

Yes ✓    No _____

*If you answered Question No. 2 "yes," then please answer Question No. 3. If you answered Question No. 2 "no," then please proceed to Question No. 4.*

QUESTION NO. 3: What amount of punitive damages do you award plaintiff Jennifer K. Johnson against defendant Darryl Christensen?

$ 3,750,000.00

Melinda J. Juleen

QUESTION NO. 4: What amount of compensatory damages, if any, should defendants Darryl L. Christensen and Polk County pay plaintiff Melinda J. Juleen for injuries caused by defendants' violations of her constitutional rights and/or defendant Polk County's negligence?

$ 2,000,000.00

2

QUESTION NO. 5: Did plaintiff Melinda J. Juleen prove by a preponderance of the evidence that she is entitled to punitive damages against defendant Darryl Christensen?

Yes ✓   No ___

*If you answered Question No. 5 "yes," then please answer Question No. 6. If you answered Question No. 5 "no," then please proceed to proceed to the end of the verdict form and sign and date it.*

QUESTION NO. 6: What amount of punitive damages do you award plaintiff Melinda J. Juleen against defendant Darryl Christensen?

$ 3,750,000.00

_____
Presiding Juror

Madison, Wisconsin
Dated this __3__ day of February, 2017.