UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

      Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

      Defendants.

Case No. 15-CV-428

---

M.J.J.,

      Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

      Defendants.

Case No. 15-CV-433

---

## POLK COUNTY'S NOTICE OF APPEAL

Notice is hereby given that defendant Polk County hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in consolidated Case No. 15-CV-428 on February 6, 2018 (ECF No. 280) and Case No. 15-CV-433 on February 6, 2018 (ECF No. 281).

Dated this 2nd day of March, 2018.

                s/ Charles H. Bohl
                Charles H. Bohl
                Andrew A. Jones
                Paul D. Cranley
                Kurt M. Simatic

                HUSCH BLACKWELL LLP
                555 East Wells Street, Suite 1900
                Milwaukee, Wisconsin 53202-3819
                Telephone: 414-273-2100
                Fax: 414-223-5000
                Email: charles.bohl@huschblackwell.com
                Email: andrew.jones@huschblackwell.com
                Email: kurt.simatic@huschblackwell.com

                33 East Main Street, Suite 300
                Madison, WI 53701-1379
                Telephone: 608-255-4440
                Fax: 608-258-7138
                Email: paul.cranley@huschblackwell.com

                Attorneys for Polk County