UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

        Plaintiff,

  v.                                                                                   Case No. 15 CV 428

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants

and

M.J.J.,

        Plaintiff,

  v.                                                                                 Case No. 15 CV 433

POLK COUNTY and DARRYL L. CHRISTENSEN,

       Defendants.

---

### DARRYL L. CHRISTENSEN'S NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that the Defendant, Darryl Christensen, by his attorneys, CRIVELLO CARLSON, S.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in consolidated Case No. 15-CV-428 on February 6, 2018 (Docket No. 280) and Case No. 15-CV-433 on February 6, 2018 (Docket No. 281).

Dated this 2nd day of March, 2018.

>BY: s/ Sara C. Mills
> SAMUEL C. HALL, JR.
> State Bar No.: 1045476
> SARA C. MILLS
> State Bar No.: 1029470
> Attorneys for Defendant, Darryl L. Christensen
> CRIVELLO CARLSON, S.C.
> 710 N. Plankinton Avenue, Suite 500
> Milwaukee, Wisconsin 53203
> (414) 271-7722 - Phone
> (414) 271-4438 – Fax
> E-mail: shall@crivellocarlson.com
> smills@crivellocarlson.com