IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

    Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

    Defendants,

and

M.J.J.,

    Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

    Defendants.

AMENDED JUDGMENT IN
A CIVIL CASE

Case No. 15-cv-428-wmc

Case No. 15-cv-433-wmc

---

    This action came for consideration before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of intervenor Wisconsin County Mutual Insurance Corporation (WCMIC) against plaintiffs J.K.J. and M.J.J., declaring that WCMIC has no duty to defend or cover defendant Darryl L. Christensen.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff J.K.J. against defendants Polk County and Darryl L. Christensen, jointly and severally, awarding plaintiff $2,000,000.00 in compensatory damages and $83,600.00 in prejudgment interest.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of J.K.J. against defendant Darryl L. Christensen, awarding plaintiff $3,750,000.00 in punitive damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff M.J.J. against defendants Polk County and Darryl L. Christensen, jointly and severally, awarding plaintiff $2,000,000.00 in compensatory damages and $83,600.00 in prejudgment interest.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of M.J.J. against defendant Darryl L. Christensen, awarding plaintiff $3,750,000.00 in punitive damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Polk County against plaintiffs J.K.J. and M.J.J., dismissing plaintiffs' claims of negligent infliction of emotional distress and duty to indemnify co-defendant Darryl L. Christensen.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Polk County against plaintiffs J.K.J. and M.J.J., finding Polk County entitled to immunity from plaintiffs' negligence claims pursuant to Wis. Stat. § 893.80.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs J.K.J. and M.J.J. against defendants Polk County and Darryl L. Christensen, jointly and severally, awarding $599,549.32 in total attorneys' fees and costs for both cases pursuant to 42 U.S.C. § 1988(b), to be allocated equitably as the plaintiffs and their counsel shall agree.

Approved as to form this 18th day of May, 2018.

_____
William M. Conley
District Judge

by _____ Deputy Clerk     5/18/2018
Peter Oppeneer                                   Date
Clerk of Court