UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

        Plaintiff,

v.                                             Case No. 15 CV 428

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants

and

M.J.J.,

        Plaintiff,

v.                                             Case No. 15 CV 433

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants.

---

### DARRYL L. CHRISTENSEN'S AMENDED NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Defendant, Darryl Christensen, by his attorneys, CRIVELLO CARLSON, S.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Amended Judgment entered in this consolidated action on February 5, 2018 (ECF No. 280, Case No. 15-CV-428; ECF No. 281, Case No. 15-CV-433), and the second Amended Judgment entered on May 18, 2018. (ECF No. 312, Case No. 15-CV-428; ECF No. 314, Case No. 15-CV-433.) This amended notice of appeal amends Darryl Christensen's prior notice of appeal, filed on March 2, 2018. (ECF No. 294, Case No. 15-CV-428; ECF No. 298, Case No. 15-CV-433.)

Dated this 25th day of May, 2018.

>BY: s/ Sara C. Mills
> SAMUEL C. HALL, JR.
> State Bar No.: 1045476
> SARA C. MILLS
> State Bar No.: 1029470
> Attorneys for Defendant, Darryl L. Christensen
> CRIVELLO CARLSON, S.C.
> 710 N. Plankinton Avenue, Suite 500
> Milwaukee, Wisconsin 53203
> (414) 271-7722 - Phone
> (414) 271-4438 – Fax
> E-mail: shall@crivellocarlson.com
> smills@crivellocarlson.com