# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 25, 2018

BEFORE

DIANE P. WOOD, Chief Judge

| | |
|---|---|
| No. 18-1498 | J. K. J., et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>POLK COUNTY,<br> Defendant - Appellant |
| No. 18-1499 | J. K. J., et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>DARRYL L. CHRISTENSEN,<br>Defendant - Appellant |
| No. 18-2170 | J. K. J., et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>POLK COUNTY, WISCONSIN,<br>Defendant - Appellant |
| No. 18-2177 | J. K. J., et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>DARRYL L. CHRISTENSEN, |

|  | Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00428-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00433-wmc<br>Western District of Wisconsin ||
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00428-wmc<br>Western District of Wisconsin<br>Court Reporter Cheryl Seeman<br>Clerk/Agency Rep Peter Oppeneer<br>District Judge William M. Conley ||

| **Originating Case Information:** |
|---|
| District Court No: 3:15-cv-0433-wmc<br>Western District of Wisconsin |

| **Originating Case Information:** |
|---|
| District Court No: 3:15-cv-00433-wmc<br>Western District of Wisconsin<br>Clerk/Agency Rep Peter Oppeneer |

This matter comes before the court for its consideration of the **DEFENDANT-APPELLANT DARRYL CHRISTENSEN'S MOTION FOR CONTINUANCE OF ORAL ARGUMENT**, filed on October 19, 2018, by counsel for Appellant Darryl Christensen.

The motion is DENIED and oral argument will proceed as scheduled.

form name: **c7_Order_Arg_Resched_Deny**(form ID: **225**)