UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

   Plaintiff,

 v.

POLK COUNTY and DARRYL L. CHRISTENSEN,   Case No. 15-C-428

   Defendants.

---

M.J.J.,

   Plaintiff,

 v.

POLK COUNTY and DARRYL L. CHRISTENSEN,   Case No. 15-C-433

   Defendants.

---

## MOTION TO WITHDRAW

---

Charles H. Bohl hereby moves this Court for an order allowing him to withdraw as one of the attorneys for defendant Polk County.

Other attorneys at the law firms of Husch Blackwell LLP will continue to represent Polk County. As a result, the undersigned counsel's withdrawal will not adversely affect the representation of Polk County and will not delay the disposition of these cases.

WHEREFORE, the undersigned respectfully requests that this Court enter an order allowing for his withdrawal as counsel for Polk County.

Dated this 26th day of December, 2018.

             s/ Charles H. Bohl
             Charles H. Bohl
             HUSCH BLACKWELL LLP
             555 East Wells Street, Suite 1900
             Milwaukee, WI  53202-3819
             (414) 271-2300  Phone
             Charles.Bohl@huschblackwell.com

4837-1180-8898.1